To      Prose @ nysd.uscourts.gov

Fr: Maluia Freckleton
        Pro Se


        Freckleton
            Vs.
        Mercy College


                    Case No 7: 22-CV-1985
                        ( KMK )

Plaintiff's Opposition to Defendant's Motion For Summary Judgement
August 9, 2024

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: Malvia Freckleton v. Mercy College, et al.
No. 7:22-cv-1985-KMK

Dear Judge Karas:

    I, Malvia M. Freckleton (Plaintiff) is diagnosed with Mental Health Illnesses, Major Depressive Disorder F32.9, Anxiety F41.9, and Moderate episodes of recurrent major depressive disorder F33.1. The Plaintiff suffered from Testing Anxiety during Nursing school and (testing anxiety, requested extra time to complete exams at The College of New Rochelle during the Plaintiff's 2nd semester). I Malvia M. Freckleton pro se in the above-referenced action, write according to rule 56 of the Federal Rules of Civil Procedure, the plaintiff agrees that there is a genuine dispute as to material facts and deserves a chance to show that the dispute exists on a material fact and that the defendant is not entitled to judgment as a matter of law.

**Facts Testimonies**

As the defendants deposition testimonies, Rule 56(c)(1)(A)

    The College of New Rochelle did violate my disability rights even when I wrote to the R.E.A.L disability office they never advocated for me. And the Dean and Associate Dean at the end of the email stated "Please refer to the grade appeal process for additional information should you wish to continue with this grievance process. The Office for Resources, Equity, Accessibility, and Learning (REAL) office of The College of New Rochelle states in its Mission & Vision "The REAL Office is available to any course or campus barriers that may be preventing access to education." The REAL disability office failed to help the Plaintiff as a student facing extremely difficult challenges.

    The College of New Rochelle Disability Legislation states" Section 504 of the Rehabilitation Act of 1973 is a civil rights law that prohibits discrimination on the basis of disability in programs and activities, public or private, that receive federal financial assistance. This law conforms to the definition of disability under the Americans with Disabilities Act Amendments Act (ADAAA).

    The College of New Rochelle Disability Legislation states "Section 504 stipulates that no otherwise qualified person due to disability may be denied the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance (29 U.S.C. 8 794(a)). Note that this statue applies only to public and private "recipients" of federal aid.

**Doctors' Letters confirming that Malvia M. Freckleton does suffer from Anxiety and have testing anxiety which is in all letters address to The College of New Rochelle and Mercy College**

While the Plaintiff attended The College of New Rochelle from 2015-2018 the college had accommodated the plaintiff with time and a half for the entire Nursing program and several letters dating 2016-2019 from Doctors Isaac Davis Lic# P342605NPI#1536642780, Alter Kidd NBHN #016717-Lic #133900, Ramona Chube (Philadelphia Public Health), Psych Social Worker Supervisor Craig Crabtree Lic #065399-NBHN295527, Andrew Chin Lic #193197.

The College of New Rochelle and Mercy College currently have all these letters from the Plaintiff's doctors on file at the disability's office since all the documents were transferred to Mercy College (CNR Teach-Out Nursing Program, B.S). Ms. Deborah Hunt, Ph.D., Associate Dean of <u>Nursing-dhunt4@mercy.edu</u> and Professor Susan Wilson, ANP, RN, Executive Director, Bronx campus- <u>swilson53@mercy.edu</u>.

Your Honor, The defendants kept denying when Plaintiff asked Susan Moscou and Miriam Ford about Mercy College hiring Professor Susan Wilson answered during interrogatories that Susan Wilson was never a professor at Mercy College even when I had the meeting with Susan Moscou and Miriam Ford. Interrogatories document sent from Defendant to Plaintiff dated March 7, 2022, showed proof that Mriam Form, Susan Moscou lied that they did not known Susan Wilson and if they knew Susan Wilson they would have her changed Plaintiff grades. Your Honor the defendants have come forth to admit that Professor Susan Wilson was in fact employed to Mercy College.

**The College of New Rochelle Made an offer of $10,000 to the Plaintiff, During Mediation at the Office of Civil Rights For the Discrimination Of My Disability Rights.**

The Office of Civil Rights David Krieger Esq. knows about The College of New Rochelle complaint being filed against Professor Susan Wilson who discriminated against Plaintiff who has a disability and was asked by The College of New Rochelle to resign immediately effectively, when Susan Wilson plotted to fail Plaintiff Medical Surgical (NUR 411) class and destroy plaintiff's life goal of becoming a Mental Health Nurse Practitioner.

Your honor, The College of New Rochelle and Professor Susan Wilson violated my disability rights without any emotional support as stated on October 9, 2018, The College of New Rochelle was unwilling to re-admit Malvia M. Freckleton and agreed to offer Malvia M. Freckleton $10,000 and admit no wrongdoing and then make their best counter offer again of $16,000 (a semester worth of tuition) in exchange for a full settlement. Malvia M. Freckleton rejected the offer from The College of New Rochelle which in now-defunct since 2019. The College of New Rochelle violated Malvia M.Freckleton ADA rights and my file was transferred to Mercy College to complete the 2 classes to get my BSN Nursing degree.

**Deposition of Sara Venezian Re-Plaintiff Disability 01/30/2024**
EXIHIBITS #1-#25
Pages: 5, 6, 21, 22, 25, 28, 29, 30,31, 33, 34, 35, 36, 37, 38, 39, 44, 43, 45,46

**Deposition of Re-Plaintiff Disability 01/30/2024**
EXHIBITS #1-#25
Pages: 12, 17, 18, 20, 25, 28, 29, 30, 33

Respectfully
Malvia M. Freckleton    08/09/2024
Pro se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———-—---------------------------------------------------------X

MALVIA M. FRECKLETON                          :
                                              :
              Plaintiff, pro se.              :        Case No. 7:22-cv-1985 (KMK)
                                              :
       vs.                                    :        **PLAINTIFF'S AFFIRMATION IN OPPOSITION**
                                              :        **TO  MOTION FOR SUMMARY**
MERCY COLLEGE, SUSAN MOSCOU, and              :
   MIRIAM FORD.                               :
                    Defendants.               :
                                              :
                                              :
———-------------------------------------------------------------X


       I, Malvia M. Freckleton, **affirm under penalty of perjury that:**

1.  I, Malvia M. Freckleton, am the plaintiff in the above-entitled action, and respectfully submit this
    affirmation in opposition to the motion dated August 9, 2024, made by Jeffrey S. Kramer  Esq for
    defendants Mercy College, Susan Moscou, and Miriam Ford asking the Court to order the following relief:
    Notice of Motion For Summary Judgement.

2.   I have personal knowledge of facts that bear on this Motion since the plaintiff is a student registered and has
    documentation received from Mercy College as listed:

    - Official Transcript from Mercy College/ The College of New Rochelle  Plaintiff GPA= 2.722
      Mercy_00003.PDF, _00004.PDF, _00005.PDF, _00006.PDF, _00007.PDF,.

    - Mercy College Financial Award Notification for Plaintiff 2019-2020
      Total Grant Aid = $16874.50
       Fall 2019 = $7294.50
       Spring 2020 = $9580.00
       Your estimated Direct cost after Grants and Scholarships = $2719.50

    - Mercy College Student Account Statement
      Malvia M. Freckleton
      Student ID: 20263639

    - Doctors and Psych Social Worker Supervisor who works at Gotham Health Cumberland, NYC Health+
      Hospitals 100 North Portland Avenue, Brooklyn, NY11206
    - Documents showing Plaintiff's PHQ9 score= 9 since 03/24/2016 - current

    - Signed letters stating the Plaintiff suffers from Anxiety, Testing Anxiety, and Major Depression Disorder

- Doctors requested to accommodate Malvia M. Freckleton's extended time to take exams which were granted and Plaintiff got approved accommodation at The College of New Rochelle from 2016-2018 with the same letter stating extended time to take exams with no discrimination.

- Student Detail Schedule for Plaintiff at Mercy College 2 classes to complete BSN of Nursing

(1) Leadership & Management- NURS 366 Campus CNR New Rochelle. Class time 2:00 pm- 5:00 pm September 04, 2019 -December 20, 2019 Lecture

(2) Nursing and the Community - NURS 426 Class time 10:30 am- 1:30 pm September 04, 2019 -December 20, 2019 Lecture

(3) Nursing & Community Synthesis - NURS Class time TBA September 04, 2019 -December 20, 2019 Simulation Lab

- Mercy College Degree Audit for Student Malvia M. Freckleton ID# 20263639

- Mercy College Discriminating Against Student Malvia M. Freckleton ID# 20263639 Disability Rights after using the same assigned doctors from Gotham Health 100 North Portland, Brooklyn NY, 11206 since 2016-2019. A report that provides proof of prior accommodations, an Evaluation team report given to Mercy College on 07/12/2019, and documentation that illustrates past use of post-secondary accommodations. Mercy College Office of Accessibility listing common examples of acceptable documentation include but are not limited.

- Mercy College Nursing, Traditional Nursing Program, B.S

3. The Defendant's Motion for Summary Judgement should be denied, In this matter, there exist serious, credible, and factual issues that can only be resolved at a hearing. Furthermore, Plaintiff has sufficient evidence to support a prima facie and protected activity.

4. Given the foregoing, it is respectfully submitted that the Defendant's Motion for Summary Judgement should be denied.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, PA
    August 9, 2024,

Respectfully
Malvia M. Freckleton
Pro se
210 E.High Street
Philadelphia, PA 19144
347-622-6800

Commonwealth of Pennsylvania - Notary Seal
Dennis J. Caldwell, Notary Public
Philadelphia County
My Commission Expires June 23, 2028
Commission Number 1242071

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MALVIA M. FRECKLETON                    :
                                        :
    Plaintiff, Pro se                   :     Case No. 7:22-cv-1985
                                        :     Hon. Kenneth M. Karas  (KMK)
                                        :
vs.                                     :
                                        :
                                        :
                                        :
MERCY COLLEGE, SUSAN MOSCOU            :
and  MIRIAM FORD.                       :
                    Defendants.         :
                                        :
                                        :
-------------------------------------------------------------------X


**MEMORANDUM OF LAW IN OPPOSITION TO THE DEFENDANTS'**

**MOTION FOR SUMMARY JUDGEMENT**

# TABLE OF CONTENTS

I.     PRELIMINARY STATEMENT………………………………………………...1

II.    STATEMENT OF FACTS…………………………………………………………2

III.   ARGUMENT………………………………………………………………………6

         A.  Legal Standard…………………………………………………...6

         B.  Plaintiff Has Made a Prima Facie Claim For ADA Retaliation Because There is Evidence That Defendants' Denied Plaintiff Admission Because Plaintiff Sought Extra Testing Time Because Plaintiff Was Already A Student Enrolled Under ADA Disability At The College of New Rochelle

         C.  Summary Judgement should be denied to Miriam Ford, Susan Mosco, and Mercy College

         D.  The plaintiff properly sought to resolve the issue of being dismissed from the previous College.

         E.  A reasonable Jury could find Mercy College, Susan Moscou, and Miriam Ford violated the Plaintiffs' ADA Rights.

IV.     Conclusion

## IV.  CONCLUSION

Therefore, as the Plaintiff I ask the Court not to grant the Defendants their motion for summary judgment on issues that need to be resolved where concrete evidence

Dated: August 09, 2024                              Respectfully submitted

                                                    By:_____  08/09/2024

                                                    Malvia M. Freckleton

                                                    210 E. High St

                                                     Philadelphia, PA 19144

                                                     347-622-6800

                                                     Freckleton33@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MALVIA M. FRECKLETON                     :

                                          :

  Plaintiff, Pro se                     :      Case No. 7:22-cv-1985

                                          :      Hon. Kenneth M. Karas  (KMK)

                                          :

                                          :      Plaintiff's Opposition To Defendants'Motion

vs.                                      :      For Summary Judgement

                                          :

                                          :

MERCY COLLEGE, SUSAN MOSCOU  :
 and  MIRIAM FORD.                    :

                       Defendants.          :

                                          :

---------------------------------------------------------------X

       According to NRCP Rule 56 for the plaintiff ADA retaliation claim, Plaintiff Malvia Myhomie Freckleton appearing as pro se, submits this opposition to the Notice Of Motion For Summary Judgement on file herein June 10, 2024, to demonstrate to the Court that there are genuine issues of material facts in this case that precludes the entry of a judgment as a matter of law.

       This opposition is based upon and supported by the following Memorandum of Points and Authorities, the pleadings, and paper on file, the affidavits and exhibits attached hereto, and any argument the Court may allow at the hearing.

DATED this day <u>9</u> day of <u>August</u>, <u>2024</u>.

Respectfully submitted by:

_Freckleton_   08/09/2024

Malvia M. Freckleton

Plaintiff, Pro se

**PRELIMINARY STATEMENT**

This case was about Mercy College, Miriam Ford, and Susan Moscou not allowing the Plaintiff Malvia. M. Freckleton to complete her Bachelor of Science for Nursing having 2 classes to finish and Mercy College disability accessibility office denying Plaintiff accommodation. Even though they knew Professor Susan Wilson was working at Mercy College at the time Plaintiff was already registered for school. In 2019 ("the 2019 disability discrimination"). This case Your Honor, is about Susan Moscou and Miriam Ford knowing that Professor Susan Wilson an ex-professor at The College of New Rochelle has discriminated against Plaintiff's Disability rights and had coerced to remove Plaintiff from Mercy College. Recently, this case has become about how my disability rights were violated at The College of New Rochelle and Mercy College and how they destroyed evidence.

However, there is a new issue: since 2019 Mercy College, Susan Moscou, and Miriam Ford knew they had important information on Professor Susan Wilson violating Plaintiff disability rights in their possession, but falsely claimed they did not know a Professor Susan Wilson. It was at the end of Interrogatory that Defendant produced a document showing that Mercy College had hired a professor at Mercy College at the time of Plaintiff's start date for school when Mercy College, Susan Moscou terminated my disability accommodation and my ability to complete my 2 classes to ascertain my BSN degree. Mercy College, Susan Moscou, and Miriam Ford intentionally withholding, discoverable information from the Plaintiff about Disability rights being violated and still being violated at Mercy College.

1. Important facts.

1.  In response to discovery, Defendants Susan Moscou, and Miriam Ford stated they did not know professor Susan Wilson and if they knew Susan Wilson they would have her changed Plaintiff's grades.

2.  The plaintiff was in good standing in academics with her disability. Plaintiff's academic records from The College of New Rochelle were 2.653 and when Mercy College gave Plaintiff their transcript from The College of New Rochelle the GPA was 2.722. So Plaintiff never did anything and the GPA went up automatically. Your Honor the only

reason why I had to appeal to the Nursing department at the College of New Rochelle was that Professor Susan Wilson violated my disability rights and The College of New Rochelle violated my disability rights also by not allowing the REAL disability office to investigate the violation and therefore, Plaintiff filed a complaint with OCR in 2018 and this 8/18/2021 Gmail - Additional Proof in Audio Recording Malvia M. Freckleton <freckleton33@gmail.com> Additional Proof in Audio Recording 11 messages Malvia Freckleton <freckleton33@gmail.com> To: "Krieger, David" <David.Krieger@ed.gov> Tue, Dec 18, 2018, at 7:06 AM Good morning Mr. Krieger, I must apologize for the delay in sending the audio files that we spoke briefly about yesterday December 17, 2018. You mentioned that The College of New Rochelle said I made Threatening statements: (1) " Me against Them" (2) "Going to get Nursing" (3)" Getting Vengeance against Nursing" (4)" I refuse to leave the President Office when asked to leave the office. After listening to you about these alleged allegations, I told you these threats I was falsely accused of because under no circumstances during my encounter with the college have I made any threats to anyone at the college and I told you, Mr. Kreiger, that I was very professional, respectful, and did not behave in any derogative manner. I also volunteer to send you proof, a copy of my audio recording that I recorded each time on different occasions I spoke or met with either Ms.Spadaccini or Professor Wilson I recorded the conversation to have evidence against The College of New Rochelle since the College treated me with such little regards making me feel inferior due to my diagnosed disability (anxiety) which I take prescribed medication to reduce my anxiety. As you listen to this audio  Sir I kindly ask of you to spend the time to listen keenly to every single recording to the end, as each recording does have valid and private information that will show how The College of New Rochelle responded in such negative way against me (Malvia Freckleton). Question Sir Krieger? If The College of New Rochelle says by any means that I threaten them with the list provided at the top of this email stating (4) alleged allegations. Then why October 9, 2018, The College of New Rochelle is unwilling to READMIT me but wants to offer me $10,000 and admit to no wrongdoing and then make me their best counter offer again of $16,000 (a semester's worth of tuition) in exchange for a full settlement after firmly stating they know no other Nursing Program will accept me and they will not readmit me. Sir, I am just a

single mother who wants to provide a better life for my two (2) children. I have attached the audio recording Thanks In Advance Malvia Freckleton Lawyer listening files.zip.

3.  Your Honor the same day I sent that recording to The Office of Civil Rights with Professor Susan Wilson sabotaging my grades, adjusting my points after the exam, saying to Plaintiff face that I would never pass my NCLEX, the proctor for my exam shut the computer down so I could not finish my exam and this was the reason the OCR found professor Susan Wilson guilty and on the same day I sent the recording to OCR was just a couple hours professor Susan Wilson wrote this to The College of New Rochelle students which

    📧 Professor Susan Wilson 2018 .

4.  The College of New Rochelle  REALSupport@cnr.edu Disability guideline and policy director Elizabeth Spadaccini, MS, LMSW did nothing to advocate for my disability rights.

5.  This Court should order Defendants to bring forth Professor Susan Wilson to produce all information and verify under oath that she violated my disability rights and coerced other colleagues to sabotage Plaintiff, with all this evidence and showing that The College of New Rochelle and Mercy College have one thing in common "Professor Susan Wilson" and since she decided to violate my disability rights, The College of New Rochelle and Mercy College entities have not realized that all this time they have violated my ADA rights without going through the correct protocol of the investigation by the REAL Office and Why I filed with The Office of Civil Rights and Professor Wilson resigned immediately effectively even though she is a tenure professor.

Mail body:




**final good bye** ☆


Michael Dones + 33 others to me
Dec 18 at 8:23 PM

Thank you so much for your instruction and guidance I wish you luck in your future endeavors. Your class was exceptional!

Reply

SW  Susan Wilson + 33 others to me
Dec 18 at 8:20 PM

Students,
It is with a heavy heart that I write this. This is my last semester at CNR. I am so glad I was able to teach you, but regret that I will not be there at pinning or graduation. Good luck with next semester and the Boards.
Sincerely,
Prof Wilson



Mail body:



## we are meeting in the De... ☆

 **Malvia Freckleton, Susan Wilson**

May 11, 2018, 3:13 PM

**Thank you**

On Fri, May 11, 2018, 3:00 PM Susan Wilson <notifications@instructure.com> wrote:


> we are meeting in the Dean's conference room
>
> Malvia,
> I am not discussing how many questions I adjusted for. I reviewed your
> test yesterday before we met.

Mail body:

**2:52**

 4G

< Inbox    **Mercy College, Su...**    ∧ ∨

19 Messages

 Malvia M. Freckleton    3/16/22
Good Morning Kristen Bowes, Un...    🚩

Found in Gmail Inbox    📁

 **Mail Delivery Subsystem**    3/16/22
To: freckleton33@gmail.com  >



# Message blocked

Your message to
**swilson@mercy.edu** has been
blocked. See technical details below
for more information.



555 Broadway   1-877-MERCY GO
Dobbs Ferry, NY 10522   www.mercy.edu

April 18, 2019

20263639
Malvia Freckleton
763 Lenox Rd Apt 2R
Brooklyn, NY 11203

Dear Malvia:

Congratulations from the Office of Enrollment Services on your acceptance to Mercy College!

We look forward to working with you to meet your educational expenses for the 2019-2020 Academic Year.

**If you are interested in federal, state, or institutional financial aid, you MUST file the 2019-2020 Free Application for Federal Student Aid (FAFSA).** We have begun to send out financial aid award letters on a rolling basis to accepted applicants who have successfully submitted the FAFSA. It is important that you complete this next step in the admission process.

We strongly recommend that you file the FAFSA online at www.fafsa.gov. Please be sure to have your PIN (Personal Identification Number) when preparing to file (instructions for obtaining a PIN are available at the FAFSA website).

When completing the FAFSA, please indicate the correct school code for Mercy College. If the code is not listed on the FAFSA application, the College will not receive the necessary information to generate a comprehensive financial aid award package.

Please note that the Federal School Code for Mercy College is 002772.

New York residents will automatically be notified by HESC (Higher Education Services Corporation) to apply for the New York State grant programs after the FAFSA has been successfully filed. The NYS Tuition Assistance Program (TAP) application is available at the following website: www.tapweb.org. Similar to the FAFSA, you will also need to create a PIN and username to complete the TAP application (instructions for both are available at the previously mentioned website).

If you have any questions regarding the application process, please do not hesitate to contact the Office of Enrollment Services at (877) MERCY GO. Please visit www.mercy.edu/accepted for information on upcoming events and important dates.

We are excited to be a partner in your academic journey!

Sincerely,
Office of Enrollment Services

**MAIN CAMPUS · DOBBS FERRY** | BRONX | MANHATTAN | YORKTOWN HEIGHTS

Scanned by CamScanner

Thanks so much!

------------------

Jennifer Garvey

Nursing Coordinator

Nursing Program

Mercy College

555 Broadway

Dobbs Ferry, NY 10522

914.674.7862

**From:** Caruso, Jaime <jcaruso9@mercy.edu>
**Sent:** Friday, August 9, 2019 10:05 AM
**To:** Rubeo, Samantha <srubeo2@mercy.edu>; Carfley, Catherine <ccarfley@mercy.edu>
**Subject:** RE: Malvia

Samantha,

Thanks so much!  Hopefully her Banner SAAADMS record will change too.  As of now she is still listed as "full acceptance" in Banner, which is confusing if she goes to others seeking information.

Kind regards,



**Jaime L. Caruso**
**Manager of New and Special Programs,**
**Graduate Recruitment**

**Dobbs Ferry Campus- Office of Admissions**

**555 Broadway, Dobbs Ferry, NY 10522**
**T:** (914) 888-5287

**F:** (914) 674-7608

**E:** jcaruso9@mercy.edu

   

Malvia Freckleton                                            June 19, 2019
CWID: 20263639                                              Campus: CNR New Rochelle

# Financial Aid Award Notification        2019-2020 Academic Year

## ESTIMATED GRANT AND SCHOLARSHIP AID (No repayment required)

Grants and Scholarships can come from multiple sources (Federal, State, Mercy, and other private sources) and do not need to be repaid after graduation.

|  | Total | Fall 2019 | Spring 2020 |
|---|---|---|---|
| Federal Pell Grant | 3,809.50 | 762.00 | 3,047.50 |
| Estimated NYS TAP Grant | 5,065.00 | 2,532.50 | 2,532.50 |
| CNR Legacy Scholarship | 1,500.00 | 750.00 | 750.00 |
| Mercy NY Aspire Scholarship | 1,500.00 | 750.00 | 750.00 |
| Mercy College Assistance Grant | 5,000.00 | 2,500.00 | 2,500.00 |
| **Total Grant Aid** | **$16,874.50** | **$7,294.50** | **$9,580.00** |

| YOUR ESTIMATED DIRECT COST AFTER GRANTS AND SCHOLARSHIPS IS: | $2,719.50 |
|---|---|

You can use the following options to help cover remaining costs:

## FEDERAL AND PRIVATE LOANS

A loan is aid that must be repaid with interest after you leave school. You have the option to accept all or some of the loans offered below. To reduce your loan amount, simply write the new amount under the 'decline/reduce' heading below. If you do not want to take out any loans, write 'decline' next to the loan amount listed below. If you do not respond, your loans will be processed as set out below.

|  | Total | Fall 2019 | Spring 2020 | Decline/ Reduce |
|---|---|---|---|---|
| Fed Direct Sub Stafford Loan | 5,500.00 | 2,750.00 | 2,750.00 | |
| Fed Direct Unsub Stafford Loan | 7,000.00 | 3,500.00 | 3,500.00 | |
| **Total Loan Aid** | **$12,500.00** | **$6,250.00** | **$6,250.00** | |

If you are accepting your awards in full, you do not need to return this letter. *Only* if you are making a change to the above loan amounts, please sign and date below, and return this signed award letter to the Office of Enrollment Services **within two weeks of the above date.**

Signature: _____    Date: _____

---

**ESTIMATED ANNUAL COST OF ATTENDANCE FOR FULL TIME STUDENTS, 2019-2020**

The Cost of Attendance includes both charges you pay directly to the College and estimates for other expenses you may have during your education.

**COSTS PAID TO MERCY (DIRECT COSTS)**

| Tuition and Fees | $18,934 |
|---|---|
| Registration Fee | $    660 |
|  | $19,594 |

**OTHER POTENTIAL EDUCATIONAL COSTS (INDIRECT COSTS)**

| Books & Supplies | $  1,620 |
|---|---|
| Housing & Meals | $  5,932 |
| Transportation | $  1,646 |
| Other Costs | $  1,938 |
|  | $11,136 |

Indirect costs are not charged by the College, and vary from student to student. These are potential costs you may have outside of what's on your bill. A reasonable estimate based on a typical full-time student is included above.

**LIVING ON CAMPUS**

The amounts listed above are estimated based on a commuter student.
If you are interested in living on campus, you should plan on having additional room and board charges of approximately $13,200 for the year, half of which is due to be paid directly to the College by August 1.



Mail body:



https://ssb-prod.ec.mercy.edu/pls/PROD/bwskfshd.

# Student Detail Schedule

## Total Credit Hours: 5.000

### Leadership & Management - NURS 366 - NMB

| | |
|---|---|
| Associated Term: | Fall 2019 Semester |
| CRN: | 13012 |
| Status: | Wait List on May 28, 2019 |
| Waitlist Position: | 3 |
| Notification Expires: | |
| Assigned Instructor: | |
| Grade Mode: | Standard |
| Credits: | 0.000 |
| Level: | Undergraduate |
| Campus: | CNR New Rochelle |

**Scheduled Meeting Times**

| Type | Time | Days | Where | Date Range | Schedule Type | Instructors |
|---|---|---|---|---|---|---|
| Class | 2:00 pm - 5:00 pm R | TBA | | Sep 04, 2019 - Dec 20, 2019 | Lecture | TBA |

### Nursing and the Community - NURS 426 - NMB

| | |
|---|---|
| Associated Term: | Fall 2019 Semester |
| CRN: | 13254 |
| Status: | Web Registered on May 28, 2019 |
| Assigned Instructor: | |
| Grade Mode: | Standard |
| Credits: | 3.000 |
| Level: | Undergraduate |
| Campus: | CNR New Rochelle |

**Scheduled Meeting Times**

| Type | Time | Days | Where | Date Range | Schedule Type | Instructors |
|---|---|---|---|---|---|---|
| Class | 10:30 am - 1:30 pm R | TBA | | Sep 04, 2019 - Dec 20, 2019 | Lecture | TBA |

### Nursing & Community Synthesis - NURS 426S - NMA

| | |
|---|---|
| Associated Term: | Fall 2019 Semester |
| CRN: | 13259 |
| Status: | Web Registered on May 28, 2019 |
| Assigned Instructor: | |
| Grade Mode: | Standard |
| Credits: | 2.000 |
| Level: | Undergraduate |
| Campus: | CNR New Rochelle |



Student Detail Schedule

https://ssb-prod.ec.mercy.edu/pls/PROD/bwskfshd.

Scheduled Meeting Times
Type Time Days Where Date Range          Schedule Type Instructors
Class   TBA          TBA        Sep 04, 2019 - Dec 20, 2019 Simulation Lab       TBA

Return to Previous
RELEASE: 8.7.1

© 2019 Ellucian Company L.P. and its affiliates.



## Student Account Statement

**MERCY COLLEGE**

Malvia M. Freckleton

Student ID: 20263639

**Term:** Fall 2019 Semester(201930)
**Bill Date:** 07/02/2019

### TERM CHARGES

| | |
|---|---|
| Mercy CNR General Student Fee | 430.00 |
| Mercy CNR Student Activity Fee | 426.00 |
| Program Fee BS Nursing | 425.00 |
| Tuition Undergraduate Fall | 3980.00 |

| **Term Charges Total:** | **5261.00** |
|---|---|

### PAYMENTS AND FINANCIAL AID

| | |
|---|---|
| *CNR Legacy Schp | 750.00 |
| *Estimated Nys Tap | 2532.50 |
| *Federal DL Sub Stafford Loan | 2721.00 |
| *Federal DL UnSub Stafford Loan | 3463.00 |
| *Federal Pell Grant | 762.00 |

| **Payments & Aid Total:** | **10228.50** |
|---|---|

| PREVIOUS BALANCE: | TERM BALANCE: | CURRENT BALANCE DUE: |
|---|---|---|
| 0.00 | 5261.00 | $ 5261.00 |

Credit items with * are "Estimated amounts of financial aid" and will not be credited until required criteria are met. Failure to do so may result in the loss of financial aid and full responsibility of the billing charges. Refer to financial aid terms and conditions document for specific requirements of each award. Scheduled Payments with * are future payment plan installments not due at this time. You are responsible for making these future payments according to the agreed upon monthly schedule.

REMOVE DOCUMENT ALONG THIS PERFORATION

**MERCY COLLEGE**

Office of Student Accounts
555 Broadway
Dobbs Ferry, NY 10522
Phone: 877-MERCY-GO

**Term:** Fall 2019 Semester(201930)
**Student ID:** 20263639
**Bill Date:** 07/02/2019

| Balance Due | Due Date |
|---|---|
| $ 5261.00 | 08/14/2019 |
| Amount Enclosed: | $ |

Malvia M. Freckleton
763 Lenox Rd
Apt 2R
Brooklyn, NY 112032226

You may pay online via connect.mercy.edu or pay by check made payable to "Mercy College". Include your student ID on the check. Monthly payment plans are available at mercy.afford.com.

To view your current schedule, download the Mercy Mobile App from the AppStore or Google Play Store. 1-877-MERCY-GO

EXHIBIT
6
Hicstoy.com

# The College of New Rochelle

c/o Mercy College, 555 Broadway, Dobbs Ferry, NY 10522 (914) 674-3105
(former) 29 Castle Place, New Rochelle NY 10805-2339 (914) 654-5213

Issued To: Legal

| | |
|---|---|
| Page: | 1 |
| Date Issued: | 14-SEP-2023 |
| Level: | Undergraduate |

**Record of:** Malvia M Freckleton

Student ID: 100900858     SSN: *****9158     Date of Birth: 01/17/1973

Course Level: Undergraduate
Student Type: Continuing
Only Admit: Fall 2015 Semester
Matriculated: Fall 2015 Semester

Current Program
Bachelor of Science in Nursing
Program : Bachelor of Science in Nursing
College : Sch of Nursing Healthcare Prof
Campus : Main Campus
Major : Nursing

| SUBJ | NO. | C | COURSE TITLE | CRED GRD R | | SUBJ | NO. | C | COURSE TITLE | CRED GRD R | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PTS | | | | | | PTS | |

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

Transfer Information continued:

Cuny Borough Manhattan Cc

| | | | | | | | Ehrs: | 3.500 | QPts: | 0.000 | |
| | | | | | | | GPA-Hrs: | 0.000 | GPA: | 0.000 | |

PSY 110 GENERAL PSYCHOLOGY 3.000 T
Ehrs: 3.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

New York City Tech College

BIO 126 ANAT & PHYSIOLOGY II 3.500 T
Ehrs: 3.500 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

New York City Tech College

Cuny Borough Manhattan Cc

LAE 1111 Liberal Arts Elective 3.000 T
PSY 245 DEVELOPMENTAL PSYCHOLOGY 3.000 T
WRT 101 ENGLISH COMP 1 3.000 T
Ehrs: 9.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

BIO 207 MICROBIOLOGY I 3.000 T
ENG 1111 English Elective 3.000 T
Ehrs: 6.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

New York City Tech College

Cuny Borough Manhattan Cc

SOC 100 ELEMENTS OF SOC 3.000 T
Ehrs: 3.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

New York City Tech College

MTH 109 COLLEGE ALGEBRA-TRIG 3.000 T
PHL 1111 Philosophy Elective 3.000 T
Ehrs: 6.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

New York City Tech College

CHM 115 GEN ORG BIO CHM I 4.000 T
WRT 102 ENGLISH II 3.000 T
Ehrs: 7.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

ENG 1111 English Elective 3.000 T
HIS 1111 History Elective 3.000 T
PHL 1111 Philosophy Elective 3.000 T
Ehrs: 9.000 QPts: 0.000
GPA-Hrs: 0.000 GPA: 0.000

BIO 125 ANAT & PHYSIOLOGY I 3.500 T

New York City Tech College

*************** CONTINUED ON NEXT COLUMN ***************

Cuny Borough Manhattan Cc

*************** CONTINUED ON PAGE 2 ***************

CONTINUED ON NEXT COLUMN
CONTINUED ON PAGE 2



Registrar

A Transcript is official only when it bears the seal
of the College and the signature of the Registrar.

"THE WORD ""COPY"" APPEARS WHEN PHOTOCOPIED"

# The College of New Rochelle

c/o Mercy College, 555 Broadway, Dobbs Ferry, NY 10522 (914) 674-3105
(former) 29 Castle Place, New Rochelle NY 10805-2339 (914) 654-5213

| Record of: Malvia M Freckleton | Student ID: 100900858 | SSN: *****9158 | Date of Birth: 01/17/1973 |
|---|---|---|---|
| | | Page: 2 | |
| | | Date Issued: 14-SEP-2023 | |
| | | Level: Undergraduate | |

**Transfer Information continued**

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| MTH | 117 | | STATISTICS | 3.000 | T | | |
| REL | 1111 | | Religious Studies Elective | 3.000 | T | | |
| | | | Ehrs: 6.000 QPts: 0.000 GPA: 0.000 | | | | |
| | | | GPA-Hrs: 0.000 | | | | |

New York City Tech College

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| BUS | 103 | | INTRO COMPUTER SYSTEM | 3.000 | T | | |
| BUS | 1111 | | Business Elective | 3.000 | T | | |
| NUR | 211 | | NUTRITION | 2.000 | T | | |
| | | | Ehrs: 8.000 QPts: 0.000 GPA: 0.000 | | | | |
| | | | GPA-Hrs: 0.000 | | | | |

**INSTITUTION CREDIT:**

Spring 2014 Semester

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| BIO | 11) | | CONCEPTS IN BIOLOGY | 0.000 | WV | .000 | |
| | | | Ehrs: 0.000 QPts: 0.000 | | | | |
| | | | GPA-Hrs: 0.000 GPA: 0.000 | | | | |

Fall 2015 Semester
Sch of Nursing Healthcare Prof
Nursing
New First Time

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| NUR | 107 | MC | HEALTH ASSESSMENT LAB | 0.000 | P | .000 | |
| NUR | 207 | MC | HEALTH ASSESSMENT/LAB | 3.000 | B | 9.000 | |
| NUR | 203 | MC | FOUND NURSING PRAC | 5.000 | C+ | 11.500 | |
| NUR | 203L | MC | FOUND NURSING PRAC/LAB | 0.000 | P | .000 | |

************* CONTINUED ON NEXT COLUMN *************

Institution Information continued:

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| NUR | 212 | KC | PHARMACOLOGY | 3.000 | B | 9.000 | |
| NUR | 212L | KC | DOSAGE CALCULATIONS | 0.000 | P | .000 | |
| NUR | 2?2 | MC | TRANSCULTURAL NURSING | 2.000 | A | 8.000 | |
| | | | Ehrs: 13.000 QPts: 37.590 | | | | |
| | | | GPA-Hrs: 13.010 GPA: 2.804 | | | | |

Spring 2016 Semester
Sch of Nursing Healthcare Prof
Nursing
Continuing

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| NUR | 20? | XC | PSYCHO-SOCIAL NURSING | 3.000 | A- | 11.100 | |
| NUR | 304 | KC | ALTERED PHYSIOLOGY I | 2.000 | B- | 5.400 | |
| NUR | 309 | MC | ACUTE HLTH PROB OF ADULTS | 4.000 | W | .000 | |
| NUR | 314 | MC | SYN:ACUTE HLTH PRB ADULTS | 3.000 | W | .000 | |
| PHE | 181 | MC | ZUMBA | 0.000 | P | .000 | |
| | | | Ehrs: 5.000 QPts: 16.500 | | | | |
| | | | GPA-Hrs: 5.000 GPA: 3.300 | | | | |

Summer 2016 Semester
Sch of Nursing Healthcare Prof
Nursing
Continuing

| SUBJ | NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|
| NUR | 306 | KC | ALTERED PHYSIO II | 2.000 | A- | 7.400 | |

************* CONTINUED ON PAGE 3 *************



Registrar

A Transcript is official only when it bears the seal of the College and the signature of the Registrar.

THE WORD "VOID" APPEARS WHEN PHOTOCOPIED

# The College of New Rochelle

c/o Mercy College, 555 Broadway, Dobbs Ferry, NY 10522 (914) 674-3105
(former) 29 Castle Place, New Rochelle NY 10805-2339 (914) 654-5213

Page: 3
Date Issued: 14-SEP-2023
Level: Undergraduate

Record of: Malvia M Freckleton    Student ID: 100900858    SSN: *****9158    Date of Birth: 01/17/1973

| SUBJ NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| | | Institution information continued: | | | | |
| NUR 440 | MC | POLITICS OF HEALTH CARE | 1.000 | B- | 2.700 | |
| | | Ehrs: 3.000 QPts: 10.100 | | | | |
| | | GPA-Hrs: 3.000 GPA: 3.366 | | | | |
| | | **Fall 2016 Semester** | | | | |
| | | Sch of Nursing Healthcare Prof | | | | |
| | | Nursing | | | | |
| | | Continuing | | | | |
| NUR 309 | MC | ACUTE HLTH PROB OF ADULTS | 4.000 | C+ | 9.200 | |
| NUR 314 | MC | SYN:ACUTE HLTH PRB ADULTS | 3.000 | P | .000 | |
| NUR 410 | MC | INTRO TO RESEARCH | 3.000 | B- | 8.100 | |
| PHE 150 | MC | STRENGTH TRAINING | 0.000 | P | .000 | |
| PHE 173 | MC | PILATES | 0.000 | P | .000 | |
| | | Ehrs: 10.000 QPts: 17.300 | | | | |
| | | GPA-Hrs: 7.000 GPA: 2.471 | | | | |
| | | **Spring 2017 Semester** | | | | |
| | | Sch of Nursing Healthcare Prof | | | | |
| | | Nursing | | | | |
| | | Continuing | | | | |
| NUR 311 | MC | PARENT CHILD NURSING | 4.000 | B | 12.000 | |
| NUR 3120 | MC | SYN:PARENT CHILD NURSING | 2.000 | A- | 7.400 | |
| NUR 312P | MC | SYN:PARENT CHILD NURSING | 2.000 | P | .000 | |

*************** CONTINUED ON NEXT COLUMN ***************

| SUBJ NO. | C | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| | | Institution information continued: | | | | |
| PHE 156 | MC | HIP-HOP DANCE | 0.000 | P | .000 | |
| PHE 172 | MC | HEALTHY EATING | 0.000 | F | .000 | |
| | | Ehrs: 9.000 QPts: 19.400 | | | | |
| | | GPA-Hrs: 6.000 GPA: 3.233 | | | | |
| | | **Fall 2017 Semester** | | | | |
| | | Sch of Nursing Healthcare Prof | | | | |
| | | Nursing | | | | |
| | | Continuing | | | | |
| NUR 411 | MC | Chronic Health, Adult | 4.000 | C- | 6.800 | I |
| NUR 413 | MC | Psychiatric-Mental Health Nsg | 3.000 | C- | .000 | E |
| NUR 414 | MC | SYN: Psych-Mental Hlth Nsg | 2.000 | P | .000 | E |
| NUR 415 | MC | SYN: Chronic Hlth, Adult II | 3.000 | P | .000 | E |
| | | Ehrs: 4.000 QPts: | | | | |
| | | GPA-Hrs: 4.000 GPA: | | | | |
| | | Good Standing | | | | |
| | | **Spring 2018 Semester** | | | | |
| | | Sch of Nursing Healthcare Prof | | | | |
| | | Nursing | | | | |
| | | Continuing | | | | |
| NUR 411 | MC | Chronic Health, Adult | 4.000 | C- | 6.800 | I |
| NUR 413 | MC | Psychiatric-Mental Health Nsg | 3.000 | B- | 8.100 | I |
| NUR 414 | MC | SYN: Psych-Mental Hlth Nsg | 2.000 | P | .000 | I |

*************** CONTINUED ON PAGE 4 ***************



COLLEGIUM NOVAE RUPELLAE

Registrar

A Transcript is official only when it bears the seal of the College and the signature of the Registrar.

# The College of New Rochelle

c/o Mercy College, 555 Broadway, Dobbs Ferry, NY 10522  (914) 674-3105
(former) 29 Castle Place, New Rochelle NY 10805-2339  (914) 654-5213

| | | |
|---|---|---|
| | Page: | 4 |
| | Date Issued: | 14-SEP-2023 |
| | Level: | Undergraduate |

**Record of:** Malvia M Freckleton

**Student ID:** 100900858

**SSN:** *****9158

**Date of Birth:** 01/17/1973

| SUBJ NO. C | COURSE TITLE | CRED GRD PTS |
|---|---|---|

Institution information continued:
NUR 415   MC  SYN: Chronic Hlth, Adult II      3.000 P      .000

```
        Ehrs:    12.000  QPts:   14.900
     GPA-Hrs:     7.000  GPA:     2.128
Good Standing
Last Standing: Good Standing
*************** TRANSCRIPT TOTALS ***************************
INSTITUTION   Ehrs:    55.000  QPts:  122.500
           GPA-Hrs:    45.000  GPA:     2.722

TRANSFER      Ehrs:    64.000  QPts:    0.000
           GPA-Hrs:     0.000  GPA:     0.000

OVERALL       Ehrs:   119.000  QPts:  122.500
           GPA-Hrs:    45.000  GPA:     2.722
************** END OF TRANSCRIPT ***************************
```

Registrar

A Transcript is official only when it bears the seal
of the College and the signature of the Registrar.

# ACADEMIC TRANSCRIPT

100900858 Malvia M. Freckleton
May 16, 2018 06:24 pm

This is not an official transcript. Courses which are in progress may also be included on this transcript.

Transfer Credit    Institution Credit    Transcript Totals    Courses in Progress

## Transcript Data

| STUDENT INFORMATION | |
|---|---|
| Birth Date: | 01/17/1973 |
| Student Type: | Continuing |

| Curriculum Information | |
|---|---|
| Current Program | |

Bachelor of Science in Nursing

| Program: | Bachelor of Science in Nursing |
|---|---|
| College: | Sch of Nursing Healthcare Prof |
| Campus: | Main Campus |
| Major: | Nursing |

***Transcript type:UNOF Unofficial is NOT Official ***

| DEGREE AWARDED | | | |
|---|---|---|---|
| Sought: | Bachelor of Science in Nursing | Degree Date: | |
| Curriculum Information | | | |
| Primary Degree | | | |
| Program: | | Bachelor of Science in Nursing | |
| College: | | Sch of Nursing Healthcare Prof | |
| Campus: | | Main Campus | |
| Major: | | Nursing | |

| Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Institution: | 24.000 | 24.000 | 24.000 | 14.000 | 26.800 | 1.914 |

---

## TRANSFER CREDIT ACCEPTED BY INSTITUTION     -Top-

Cuny Borough Manhattan Cc

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| PSY | 110 | GENERAL PSYCHOLOGY | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

Cuny Borough Manhattan Cc

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| LAE | 1111 | Liberal Arts Elective | T | 3.000 | 0.000 | |
| PSY | 243 | DEVELOPMENTAL PSYCHOLOGY | T | 3.000 | 0.000 | |
| WRT | 101 | ENGLISH COMP 1 | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 9.000 | 9.000 | 9.000 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

Cuny Borough Manhattan Cc

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| CHM | 116 | GEN ORG BIO CHM I | T | 4.000 | 0.000 | |
| WRT | 102 | ENGLISH II | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

| | | | 7.000 | 7.000 | 7.000 | 0.000 | 0.000 | | 0.000 |
|---|---|---|---|---|---|---|---|---|---|

**Current Term:**

Unofficial Transcript

**Cuny Borough Manhattan Cc**

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| BIO | 125 | ANAT & PHYSIOLOGY I | T | 3.500 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 3.500 | 3.500 | 3.500 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

**New York City Tech College**

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| BIO | 126 | ANAT & PHYSIOLOGY II | T | 3.500 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 3.500 | 3.500 | 3.500 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

**New York City Tech College**

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| SOC | 100 | ELEMENTS OF SOC | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 3.000 | 3.000 | 3.000 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

New York City Tech College

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|--------------|----------------|---|
| MTH | 109 | COLLEGE ALGEBRA-TRIG | T | 3.000 | 0.000 | |
| PHL | 1111 | Philosophy Elective | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Current Term: | 6.000 | 6.000 | 6.000 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

New York City Tech College

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|--------------|----------------|---|
| BIO | 207 | MICROBIOLOGY I | T | 3.000 | 0.000 | |
| ENG | 1111 | English Elective | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Current Term: | 6.000 | 6.000 | 6.000 | 0.000 | 0.000 | 0.000 |

Unofficial Transcript

New York City Tech College

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|--------------|----------------|---|
| ENG | 1111 | English Elective | T | 3.000 | 0.000 | |
| HIS | 1111 | History Elective | T | 3.000 | 0.000 | |
| PHL | 1111 | Philosophy Elective | T | 3.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Current Term: | 9.000 | 9.000 | 9.000 | 0.000 | 0.000 | 0.000 |

| Subject | Course | Campus | Level | Title | Grade | Hours | Points | and End Dates | Contact Hours |
|---------|--------|--------|-------|-------|-------|-------|--------|---------------|---------------|
| NUR | 107 | Main Campus | UG | HEALTH ASSESSMENT LAB | P | 0.000 | 0.000 | | |
| NUR | 207 | Main Campus | UG | HEALTH ASSESSMENT/LAB | B | 3.000 | 9.000 | | |
| NUR | 209 | Main Campus | UG | FOUND NURSING PRAC | C+ | 5.000 | 11.500 | | |
| NUR | 209L | Main Campus | UG | FOUND NURSING PRAC/LAB | P | 0.000 | 0.000 | | |
| NUR | 212 | Main Campus | UG | PHARMACOLOGY | B | 3.000 | 9.000 | | |
| NUR | 212L | Main Campus | UG | DOSAGE CALCULATIONS | P | 0.000 | 0.000 | | |
| NUR | 322 | Main Campus | UG | TRANSCULTURAL NURSING | A | 2.000 | 8.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 13.000 | 13.000 | 13.000 | 13.000 | 37.500 | 2.884 |
| Cumulative: | 13.000 | 13.000 | 13.000 | 13.000 | 37.500 | 2.884 |

Unofficial Transcript

| Term: Spring 2016 Semester | |
|---|---|
| College: | Sch of Nursing Healthcare Prof |
| Major: | Nursing |
| Student Type: | Continuing |
| Academic Standing: | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---------|--------|--------|-------|-------|-------|--------------|----------------|---------------------|---|-------------------|
| NUR | 208 | Main Campus | UG | PSYCHOSOCIAL NURSING | A- | 3.000 | 11.100 | | | |
| NUR | 304 | Main Campus | UG | ALTERED PHYSIOLOGY I | B- | 2.000 | 5.400 | | | |
| NUR | 309 | Main Campus | UG | ACUTE HLTH PROB OF ADULTS | W | 4.000 | 0.000 | | | |
| NUR | 314 | Main Campus | UG | SYN:ACUTE HLTH PRB ADULTS | W | 3.000 | 0.000 | | | |

| PHE | 181 | Main Campus | UG | ZUMBA | P | | 0.000 | 0.000 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 12.000 | 5.000 | 5.000 | 5.000 | 16.500 | 3.300 |
| Cumulative: | 25.000 | 18.000 | 18.000 | 18.000 | 54.000 | 3.000 |

Unofficial Transcript

| Term: Summer 2016 Semester | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| College: | | | | | Sch of Nursing Healthcare Prof | | | | | |
| Major: | | | | | Nursing | | | | | |
| Student Type: | | | | | Continuing | | | | | |
| Academic Standing: | | | | | | | | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| NUR | 306 | Main Campus | UG | ALTERED PHYSIO II | A- | 2.000 | 7.400 | | | |
| NUR | 440 | Main Campus | UG | POLITICS OF HEALTH CARE | B- | 1.000 | 2.700 | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 10.100 | 3.366 |
| Cumulative: | 28.000 | 21.000 | 21.000 | 21.000 | 64.100 | 3.052 |

Unofficial Transcript

| Term: Fall 2016 Semester | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| College: | | | | | Sch of Nursing Healthcare Prof | | | | | |
| Major: | | | | | Nursing | | | | | |
| Student Type: | | | | | Continuing | | | | | |
| Academic Standing: | | | | | | | | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| NUR | 309 | Main Campus | UG | ACUTE HLTH PROB OF ADULTS | C+ | 4.000 | 9.200 |
| NUR | 314 | Main Campus | UG | SYN:ACUTE HLTH PRB ADULTS | P | 3.000 | 0.000 |
| NUR | 410 | Main Campus | UG | INTRO TO RESEARCH | B- | 3.000 | 8.100 |
| PHE | 150 | Main Campus | UG | STRENGTH TRAINING | P | 0.000 | 0.000 |
| PHE | 173 | Main Campus | UG | PILATES | P | 0.000 | 0.000 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 10.000 | 10.000 | 10.000 | 7.000 | 17.300 | 2.471 |
| Cumulative: | 38.000 | 31.000 | 31.000 | 28.000 | 81.400 | 2.907 |

Unofficial Transcript

| Term: Spring 2017 Semester | |
|---|---|
| College: | Sch of Nursing Healthcare Prof |
| Major: | Nursing |
| Student Type: | Continuing |
| Academic Standing: | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| NUR | 311 | Main Campus | UG | PARENT CHILD NURSING | B | 4.000 | 12.000 | | | |
| NUR | 312O | Main Campus | UG | SYN:PARENT CHILD NURSING | A- | 2.000 | 7.400 | | | |
| NUR | 312P | Main Campus | UG | SYN:PARENT CHILD NURSING | P | 2.000 | 0.000 | | | |
| PHE | 156 | Main Campus | UG | HIP-HOP DANCE | P | 0.000 | 0.000 | | | |
| PHE | 172 | Main Campus | UG | HEALTHY EATING | F | 0.000 | 0.000 | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 8.000 | 8.000 | 8.000 | 6.000 | 19.400 | 3.233 |
| Cumulative: | 46.000 | 39.000 | 39.000 | 34.000 | 100.800 | 2.964 |

## Unofficial Transcript

| Term: Fall 2017 Semester | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **College:** | | | | Sch of Nursing Healthcare Prof | | | | | | |
| **Major:** | | | | Nursing | | | | | | |
| **Student Type:** | | | | Continuing | | | | | | |
| **Academic Standing:** | | | | Good Standing | | | | | | |
| **Last Academic Standing:** | | | | Good Standing | | | | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| NUR | 411 | Main Campus | UG | Chronic Health, Adult | C | 4.000 | 6.800 | | | |
| NUR | 413 | Main Campus | UG | Psychiatric-Mental Health Nsg | C | 3.000 | 5.100 | | | |
| NUR | 414 | Main Campus | UG | SYN: Psych-Mental Hlth Nsg | P | 2.000 | 0.000 | | | |
| NUR | 415 | Main Campus | UG | SYN: Chronic Hlth, Adult II | P | 3.000 | 0.000 | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 7.000 | 11.900 | 1.700 |
| **Cumulative:** | 58.000 | 51.000 | 51.000 | 41.000 | 112.700 | 2.748 |

## Unofficial Transcript

| Term: Spring 2018 Semester | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **College:** | | | | Sch of Nursing Healthcare Prof | | | | | | |
| **Major:** | | | | Nursing | | | | | | |
| **Student Type:** | | | | Continuing | | | | | | |
| **Academic Standing:** | | | | | | | | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| NUR | 411 | Main Campus | UG | Chronic Health, Adult | C | 4.000 | 6.800 | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| NUR | 413 | Main Campus | UG | Psychiatric-Mental Health Nsg | B- | 3.000 | 8.100 |
| NUR | 414 | Main Campus | UG | SYN: Psych-Mental Hlth Nsg | P | 2.000 | 0.000 |
| NUR | 415 | Main Campus | UG | SYN: Chronic Hlth, Adult II | P | 3.000 | 0.000 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 12.000 | 12.000 | 12.000 | 7.000 | 14.900 | 2.128 |
| Cumulative: | 70.000 | 63.000 | 63.000 | 48.000 | 127.600 | 2.658 |

Unofficial Transcript

| TRANSCRIPT TOTALS (UNDERGRADUATE)   -Top- | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 70.000 | 63.000 | 63.000 | 48.000 | 127.600 | 2.658 |
| Total Transfer: | 64.000 | 64.000 | 64.000 | 0.000 | 0.000 | 0.000 |
| Overall: | 134.000 | 127.000 | 127.000 | 48.000 | 127.600 | 2.658 |

Unofficial Transcript

| COURSES IN PROGRESS   -Top- | *Final Class to graduate in FALL 2018* |
|---|---|
| Term: Fall 2018 Semester | |
| College: | Sch of Nursing Healthcare Prof |
| Major: | Nursing |
| Student Type: | Continuing |

| Subject | Course | Campus | Level | Title | Credit Hours | Start and End Dates |
|---|---|---|---|---|---|---|
| NUR | 445 | Main Campus | UG | Nursing V: Community Health Nursing | 2.000 | |
| NUR | 446 | Main Campus | UG | Nursing V: Synthesis: Community Health Nursing | 2.000 | |
| NUR | 447 | Main Campus | UG | Nursing VI: Transition to Professional Practice and Leadership | 2.000 | |
| NUR | 447T | Main Campus | UG | HESI FOR NUR 447 SENIORS | 0.000 | |

| NUR | 448 | Main Campus | UG | Nursing VI: Synthesis: Transition to Professional Practice and Leadership | | 2.000 | |

Unofficial Transcript

Release: 8.7.1

© 2018 Ellucian Company L.P. and its affiliates.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MALVIA M. FRECKLETON            :
                                         :

    Plaintiff, Pro se           :      Case No. 7:22-cv-1985
                                         :      Hon. Kenneth M. Karas  (KMK)
                                         :

vs.                               :
                                       :
                                       :

MERCY COLLEGE, SUSAN MOSCOU     :
and  MIRIAM FORD.              :
                  Defendants.     :
                                         :

-------------------------------------------------------------------X

**DECLARATION OF MALVIA M. FRECKLETON -PLAINTIFFS'**

**OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT Of SARA VENEZIAN**

**MALVIA M. FRECKLETON** declares under the penalties of perjury according to Rule 56 that the following is true and correct:

I, Malvia M. Freckleton, pro se., declare the following:

1. I am a pro se

2. I am over 18 years old and have personal knowledge of the facts stated herein.

3. I was a full-time student at The College of New Rochelle from 2016-2018 and registered with The R.E.A.L Disability Office.

4. I am a student at Mercy College listed as "FULL ACCEPTANCE" on the Banner platform of Mercy College according to the Plaintiff's SAAADMS record. Dated August 9, 2019, from an email written by Jaime L. Caruso, jcaruso9@mercy.edu  Manager of New and Special Programs to Samantha stating that what Mercy College is telling Jaime and what she is seeing on the Mercy College Banner platform is confusing because Malvia M. Freckleton is indeed a student listed as " Full Acceptance".

5. On or before August 9, 2019, Plaintiff Malvia M. Freckleton had all these completed and accepted documents required entity from Mercy College to finish 2 classes, 6 credits Nursing Program at Mercy College on August 2019 listed: a Full Acceptance Student, Student Detailed Schedule, A PACT Advisor Ms. Jessica Teri, Malvia Freckleton CWID: 20263639 Financial Aid Award Notification 2019-2020 Academic Year, Total Grant $16,874.50. Fall 2019 $7,294.50 Spring 2020 $9,580.00, Federal and Private Loans, Total Loans $12,500.00 Fall 2019 $6250.00, Spring 2020 $6250.00. Malvia M. Freckleton Student Account Fall Semester Term charges $526.00 and Payments and Financial Aid total $10228.50, The College of New Rochelle c/o Mercy CollegeTranscript of Academic record fro Malvia M. Freckleton GPA = 2.722, The College of New Rochelle unofficial Transcript Malvia M. Freckleton. Mercy College  Nursing Traditional Nursing program Progression Criteria NUrsing courses GPA must be 2.67 or higher. Your Honor my GPA is 2.722

6. On July 11, 2019, an email for Plaintiff Accommodation was sent to the Accessibility office. What Mercy College failed to acknowledge is that I was always accommodated at The College of New Rochelle and therefore with Mercy College doing the teach-out program I the Plaintiff still under the REAL Office Disability of The College Of New Rochelle Law and it is the same letter that was brought to Mercy College that Ms. Sara Venezian claimed The letter from her nurse practitioner did not meet the required criteria for submitting an accommodation request or receiving an accommodation.

7. Your Honor, these are the same documents given to The College of New Rochelle that Plaintiff was approved for Accommodation and it is the same document meeting 1 of the 3 requirements at Mercy College Mercy College accessibility guidelines stated " For example, if disability does not change over time, then older documentation may be accepted.

8. Your Honor, since all my documents were transferred over to Mercy College from The College of New Rochelle I was able to register for class, why is it that my disability record was not transferred, and was told I did not meet the criteria for accommodation?

9. Mercy College denied Plaintiff's disability rights by saying Plaintiff did not meet the criteria to file for accommodation when I was already a long-term disability student with the College Mercy took over, therefore my disability documents are still valid.

10. **Deposition of Sara Venezian Re-Plaintiff Disability 01/30/2024**
11. EXHIBITS #1-#25
12. Pages:  5, 6, 21, 22, 25, 28, 29, 30,31, 33, 34, 35, 36, 37, 38, 39, 44, 43, 45,46


I declare under penalty of perjury that the foregoing is true and correct to the best of my ability


Dated August 9, 2024

Malvia M. Freckleton

# EXHIBIT A

**NYC**
**HEALTH+**
**HOSPITALS** | **Cumberland**
A Gotham Health Center

CUMBERLAND DTC
100 N Portland Ave
Brooklyn NY 11205
Dept. 718-260-7537

July 10, 2019

RE FRECKLETON/Malvia
765 Lenox Road #2-R
Brooklyn, New York 11203

To Whom It May Concern:

I am writing regarding the above woman who is my patient at Gotham/Health Cumberland Medical Clinic.

Patient experiences testing anxiety and will benefit from extended accomodations to complete her exams

Thank you for your attention to this patient's needs.

Isaac Davis, NP
Adult Medical Clinic
Gotham/Health Cumberland Clinic
NPI 1538642780

UNDERHOOK DIAGNOSTIC
AND TREATMENT CENTER
100 NORTH PORTLAND AVE
BROOKLYN, NY 11205

EXHIBIT
1
Huseby.com



# Cumberland
### DIAGNOSTIC AND TREATMENT CENTER

Woodhull North Brooklyn Health Network    HHC New York City Health and Hospitals    NYU School of Medicine NYU LANGONE MEDICAL CENTER



Malvia Freckleton
763 Lenox Rd, #2R
Brooklyn, NY 11203

Thursday, March 24, 2016

Ms. Freckleton,

I have been the primary care physician for Ms. Freckleton for the past several years. She shared her difficulties with anxiety and I have begun to treat her for this. In addition, she has agreed to meet with a psychotherapist during this period.

For the staff at the College of New Rochelle, I would like to make the following request: please accommodate Ms. Freckleton with extended time to take her exams for the next two months. This will give our team sufficient time to assist her in coming to a resolution with this.

Thank you for your consideration.

Sincerely,

ALTER KIDD M.D.
NBHN # 016717
Lic # 133900





# Cumberland
## DIAGNOSTIC AND TREATMENT CENTER

Woodhull North Brooklyn Health Network    HHC New York City Health and Hospitals Corporation    NYU School of Medicine NYU LANGONE MEDICAL CENTER

nyc.gov/hhc

Wednesday, May 31, 2017

Malvia Freckleton
763 Lenox Rd., #2R
Brooklyn, NY 11203

Ms. Freckleton,

I have been the primary care physician for Ms. Freckleton for the past several years. She shared her difficulties with anxiety and I have begun to treat her for this. In addition, she has agreed to meet with a psychotherapist during this period.

For the staff at the College of New Rochelle, I would like to make the request: please accommodate Ms. Freckleton with extended time to take her exams for the next two months. This will give our team sufficient time to assist her in coming to a resolution with this.

Thank you for your consideration.

Sincerely,

**ALTER KIDD, M.D.**
**133900**

**NYC HEALTH+ HOSPITALS** | **Gotham Health**
Cumberland

100 North Portland Ave
Brooklyn NY 11205

Thursday, May 17, 2018

Malvia Freckleton (DOB: 01/17/1973)
763 Lenox Rd., #2R
Brooklyn, NY 11203

Ms. Freckleton,

I am a psychotherapist who has been working with you periodically for the past two years on your issues with anxiety. You had asked me to provide an informal assessment of your general mental status over the past few months.

First, I must note that you have managed to survive through levels of stress that would earlier have made it quite difficult for you to continue. However, it is my impression that this past semester has been especially challenging for you. The stressors seemed to center around lack of clarity on sources of information and on friction with a few individuals within your academic circle.

Ms. Freckleton, I wish there had been some way for you to have avoided such a "trial by fire," along with the emotional toll it took on you. We maintained at least weekly contact through this difficult period. Still, I am impressed that you somehow managed to emerge from it stronger and more confident than when you started.

If you have any other questions or thoughts, please call me at 718 260-7513. Oh, and should I ever need skilled nursing care in the future, I would be relieved and honored to see you as the provider.

Sincerely,

Craig R. Crabtree

# Gotham Health
## Cumberland

100 North Portland Ave
Brooklyn NY 11205

Tuesday, August 17, 2021

Melvia Freckleton, DOB: 1/17/1973
5210 Church Ave., 1R
Brooklyn, NY 11203

Ms. Freckleton,

I am Isaac Davis, Nurse Practitioner, your primary care provider. I
have been treating you for problems with anxiety. This letter is
verification that you will need extra time while taking the NCLEX
exam.

If you have any additional questions or concerns, you may call my
office at 718-260-7537.

Sincerely,



ISAAC E DAVIS, NP
Nurse Practitioner (MED)
Lic. 333405
NPI# 1184610750



**Gotham Health**
Cumberland

100 North Portland Ave
Brooklyn NY 11205

Thursday, February 2, 2023

Malvia Freckleton, DOB: 1/17/1973
5210 CHURCH AVENUE #1R
BROOKLYN NY 11203

Ms. Freckleton,

I am Craig Crabtree, a psychotherapist for the Gotham Health Cumberland Center. You had asked me for information on the services you received regarding treatment of depression.

We first met on 08/16/2019 and my notes show a total of ten sessions with you. I do recall that your difficulties with an EMS job from which you were terminated was a significant source of stress. I noted that you were first prescribed sertraline on 02/23/2019 and most recently on 08/10/2022.

If you have any additional questions or concerns, you may contact my office at 718-260-7537.

Sincerely,



CRAIG CRABTREE LMSW, PhD
PSYCHOTHERAPIST NEW YORK
NPI#1457568527
Lic # 086755 Craig Crabtree

| HEALTH HOSPITALS | Cumberland A Gotham Health Center | CUMBERLAND DTC 100 N Portland Ave BROOKLYN NY 11205 | Patient:Freckleton, Malvia MRN: 760193, DOB: 1/17/1973, Sex: F Visit date: 9/23/2019 |

**Progress Notes by Craig Crabtree, LMSW at 09/23/19 1643**

| Author: Craig Crabtree, LMSW | Service: — | Author Type: Social Worker |
| Filed: 09/23/19 1647 | Encounter Date: 9/23/2019 | Status: Signed |
| Editor: Craig Crabtree, LMSW (Social Worker) | | |

### Collaborative care Follow Up Note

Referred by: Patient Malvia Freckleton is a 46 y.o. female who was referred to Collaborative Care by No ref. provider found  w/Baseline PHQ9 of 15 and Baseline GAD7 of No data was found.  Patient was enrolled 3/24/2016

Disease conditions being managed:
depression program

**Medications:**
has a current medication list which includes the following prescription(s): sertraline.

**Pertinent Results:**
Most recent PHQ9 total score: 9
Most recent GAD-7 total score
Patient is reporting: depressed mood

Suicide Risk?
P4 results: 0

Estimated body mass index is 35.57 kg/m² as calculated from the following:
  Height as of 7/10/19: 1.753 m (5' 9.02").
  Weight as of 7/10/19: 109 kg (241 lb).
**History**
Smoking Status
  • Never Smoker
Smokeless Tobacco
  • Never Used

**Lab Results**

| Component | Value | | Date |
| HGBA1C | 5.8 (H) | | 07/10/2019 |

Intervention/Plan

Plan discussed with patient: current plan reviewed and updated
Counseling Interventions:Motivational Interviewing and Problem Solving Treatment
Goals:
Patient Stated goals for treatment: current plan reviewed and updated

Patient confidence in treatment:
Expected timeframe to complete goal:

Current Medication Adherence: patient takes all medications

Patient Follow-up preference: telephone and face to face

HEALTH HOSPITALS
Cumberland
A Gotham Health Center

CUMBERLAND DTC
100 N Portland Ave
BROOKLYN NY 11205

Patient:Freckleton, Malvia
MRN: 760193, DOB: 1/17/1973, Sex: F
Visit date: 9/23/2019

**Progress Notes by Craig Crabtree, LMSW at 09/23/19 1643 (continued)**
Time spent: 10

Next session: one month

Completed by:
Craig Crabtree

"Electronically signed by Craig Crabtree, LMSW at 09/23/19 1647"

**END OF REPORT**



# NYC HEALTH+ HOSPITALS

**Appointments? Questions? Refills?**
**Call 24/7 @ 1-844-NYC-4NYC**
**(844-692-4692) for live assistance**

**Patient EMPI:  30332123**

---

NYC HEALTH+ HOSPITALS | MYCHART — Our records indicate that you have an active MyChart account. Did you know that with MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

If you have questions, you can go to https://epicmychart.nychhc.org/help to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

---

## Your Medication List  as of August 10, 2022 12:27 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **ferrous sulfate** 325 (65 FE) MG tablet<br>Commonly known as: FERATAB | Take 1 tablet (325 mg total) by mouth 2 (two) times a day. |
| **\* sertraline** 100 MG tablet<br>Commonly known as: ZOLOFT | Take 1 tablet (100 mg total) by mouth daily. |
| **\* sertraline** 25 MG tablet<br>Commonly known as: ZOLOFT | Take 1 tablet (25 mg total) by mouth daily. |

⚖ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

# Other Info from Your Visit

Covid Vaccine Information
No Covid vaccines given in this visit

FRECKLETON, MALVIA **DOB:** 01/17/1973 (51 yo F) **Acc No.** 438447

# Summary of Today's Visit
## FRECKLETON , MALVIA
## DOB:01/17/1973 Account No 438447
## Sex:Female Race:Black  Ethnicity:Not Hispanic or Latino
## Preferred Language:English
## 07/30/2024 visit with Gloria J Diaz, MD



Public Health
CITY OF PHILADELPHIA
LIFE · LIBERTY · AND YOU™

## Transition Care Management:

## Allergies
- N.K.D.A.

## Current Medication:
**Taking**
- Sertraline HCl : 100 MG 1 tablet Orally once a day ,90 days ,90 ,Refills: 4
- Sertraline HCl : 50 MG 1/2 tablet Orally once a day ,90 days ,45 ,Refills: 4

## Today's Treatments
**Others**
**Treatment Notes:**
Breast Self-Exam: Care Instructions material was printed.

## Future Treatment Orders
**Women's annual routine gynecological examination**
**Labs**
- CHLAMYDIA/N. GONORRHOEAE RNA, TMA on 07/30/2024
- THINPREP TIS PAP AND HPV mRNA E6/E7 on 07/30/2024

## Problem List (As of 07/30/2024)

- F33.1   Moderate episode of recurrent major depressive disorder
  **Modified On:** 04/06/2023  **Added On:** 04/06/2023
  **W/U Status:**  confirmed

- F41.9   Anxiety
  **Modified On:** 04/12/2023  **Added On:** 04/12/2023
  **W/U Status:**  confirmed

- F32.9   Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent
  **Modified On:** 04/12/2023  **Added On:** 04/12/2023
  **W/U Status:**  confirmed

- Z12.39   Breast screening
  **Modified On:** 09/11/2023  **Added On:** 09/11/2023
  **W/U Status:**  confirmed

- Hearing loss
  H91.90   **Modified On:** 09/11/2023  **Added On:** 09/11/2023
  **W/U Status:**  confirmed

Summary of Today's Visit for - FRECKLETON , MALVIA  DOB:01/17/1973 Account No: 438447
**Health Center 9   131 East Chelten Avenue   Philadelphia, PA 191442153   215-685-5745**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

FRECKLETON, MALVIA **DOB:** 01/17/1973 (50 yo F) **Acc No.** 438447

---

 **Public Health**
CITY OF PHILADELPHIA
LIFE · LIBERTY · AND YOU™

# Summary of Today's Visit
## FRECKLETON , MALVIA   DOB:01/17/1973
### Account No 438447
### Sex:Female
### Race:Black
### Ethnicity:Not Hispanic or Latino
### Preferred Language:English
### 04/12/2023 visit with Ramona Chube, MD

---

## Medication List
- Refill Sertraline HCl : 25 MG 1 tablet Orally once a day ,30 days ,30 ,Refills: 6
- Refill Sertraline HCl : 100 MG 1 tablet Orally once a day ,30 days ,30 ,Refills: 6

---

Summary of Today's Visit for - FRECKLETON , MALVIA  DOB:01/17/1973 Account No: 438447
**Health Center 9   131 East Chelten Avenue   Philadelphia, PA 191442153   215-685-5745**
Summary generated by eClinicalWorks (www.eclinicalworks.com)
This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

The Brooklyn Hospital Center

## Documents Review Report

Include Correction History: 0

| FRECKLETON, MALVIA | MRN: 0001739461 / 34961787 | DOB: Jan-17-1973 | Age: 45y | F |
| CPCU-612-B | Admit Date: Aug-06-2018 | Provider: Cummings, Keith | | ADM |

| Discharge Instructions | Last Updated: Aug-08-2018 16:28    [Entered: Aug-08-2018 16:27] |
| | Authored By: Jose, Lijo (Resident) |

**Patient Portal Disclaimer:**

**How to Access Your Health Information on TBHC's Patient Portal:**

TBHC Patient Portal allows you to exchange information with your care providers easily, securely and at your convenience, 24 hours a day, 7
days a week to review your summary of care including your diagnoses and lab results, and set up proxy accounts for children and dependent adults.

Prior to signing up for TBHC Patient Portal access, you must provide us with their email address. If you did not provide your email address
during the admitting/registration process, please visit the Admitting/Registration Department to provide it now.

Once your provided email address, you will receive activation instructions. Please follow the following steps to complete the registration.

1.    Go to your e-mail inbox and find the FollowMyHealth email. Open the "Click here" link in the e-mail. A new page will pop up instructing
        you to set up your online patient portal account.
2.    Click Create an Account and select the account login method (FMH)
3.    Create a username, such as your first and last name, or something easy to remember.
4.    Create a password you will remember which must be at least 8 characters, including a number and a special character (!@#$&*), i.e.,
        Sandy123#
5.    Confirm your password and email address.
6.    After successfully creating an account, log into the patient portal prompted at the next page.
7.    Follow instructions to complete the set up. When prompted for your invite code, enter your four digit year of birth.

Helpful Info

After you have created your account, you can access the portal anytime by going to www.tbh.org and clicking login. Be sure to save as a
'favorite' on your computer and watch the walk through video to learn more about the features available

Once your account is created, be sure to store your username and password in a secure place; passwords can be reset if lost or forgotten, usernames are not stored and cannot be retrieved or reset

Please call 718-250-8333 for assistance with access to the Patient Portal.

TO SCHEDULE AN APPOINTMENT, PLEASE CALL

        833.TBHC.NOW
        833.824.2669

| Requested By: | Cashman, Elizabeth (RN) | Printed From : CPCU |
| Aug-08-2018 17:08 | | Page: 1 of 4 |

**The Brooklyn Hospital Center**
**Documents Review Report**
Include Correction History: 0

| FRECKLETON, MALVIA | MRN: 0001739461 / 34961787 | DOB: Jan-17-1973 | Age: 45y | F |
| CPCU-612-B | Admit Date: Aug-06-2018 | Provider: Cummings, Keith | | ADM |

| **Discharge Instructions** | Last Updated: Aug-08-2018 16:28   [Entered: Aug-08-2018 16:27] |
| | Authored By: Jose, Lijo (Resident) |

Hours: Monday through Friday, 8am to 6pm.

**Discharge Details:**
Admission Date: Aug-06-2018 19:58 Anticipated Discharge Date: Aug-08-2018 Actual Discharge Date: Aug-08-2018
Referring Physician Dr. Cummings faxed/copied on this discharge note.

**Care Providers:**
- **Cummings, Keith** (Attending): Family Medicine, Family Medicine, Active
- **Orphe, Christopher** (Resident): Active
- **Thompson, Holly** (Attending): Emergency Department, Emergency Medicine, Inactive

**Allergies:**
> **No Known Allergies**

**Home Medication Summary:**
• Home Medication Summary

# Patient's Home Medications On Admission

- sertraline

# Patient's Home Medications on Discharge

- **Continue taking the following medication:**

    - **These medications are NOT CHANGED:**

        - sertraline

- **Start taking the following NEW medication:**

    - **butalbital/acetaminophen/caffeine 50 mg-300 mg-40 mg oral capsule**: 1 cap(s) orally every 8 hours -PRN: MIGRAINE

    - **dramamine 50 mg oral tablet, chewable**: 1 tab(s) orally once a day (at bedtime) x 15 days -PRN: MIGRAINE *Comments: Do not drink alcoholic beverages when taking this medication. May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery. This drug may impair the ability to drive or operate machinery. Use care until you become familiar with its effects.*

**Medication Instructions:**

PHILA DPH                          PHILA DPH   210 E 5TH AVENUE
PHARMACY H.C. #9  PHILADELPHIA, PA 19144        PHARMACY H.C. #9  PHILADELPHIA, PA 19144
Phone: (215) 685-5714              Phone: (215) 685-5714

RX#60106360        **You Pay:  $0.00**        RX#60106360        **You Pay:  $0.00**
FRECKLETON, MALVIA  PA HEALTH AND WELLNESS    FRECKLETON, MALVIA  PA HEALTH AND WELLNESS
                    Filled: 09/28/23    RPh:  AB                        Filled: 09/28/23    RPh:  AB
DOB: 01/17/1973     SERTRALINE HCL 50MG TABS  DOB: 01/17/1973     SERTRALINE HCL 50MG TABS
210 E HIGH ST                                 210 E HIGH ST
PHILADELPHIA, PA 19144-1117  NDC#65862-0012-30  VIA AUROBINDO PHARMA  PHILADELPHIA, PA 19144-1117  NDC#65862-0012-30
PT PHONE: (347) 622-6800  Qty: 15    Days Supply: 30  PT PHONE: (347) 622-6800  Qty: 15    Days Supply: 30
                    DR. RAMONA CHUBE                              DR. RAMONA CHUBE
TOTAL AMT: $9.36    INS PD: $9.36              TOTAL AMT: $9.36    INS PD: $9.36
                              *Pick-Up*                                         *Pick-Up*

                              NEW    1 of 2                                      NEW    1 of

---

FRECKLETON, MALVIA

RX# 60106360N          **Filled on:** 09/28/23
Medication: SERTRALINE 50MG TABS
NDC: 65862-0012-30     **RPh:** AB
Qty: 15                **Days Supply:** 30
Dr: RAMONA CHUBE

**GENERIC NAME:** Sertraline Tablets
**Brand Name:** Zoloft
**IDENTIFICATION:** A 1 7 BLUE OBLONG TABLET

| Allergy Information: |
|---|
| No Known Drug Allergy |

**IMPORTANT NOTE:** This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

**What is this drug used for?:** - It is used to treat depression.
- It is used to treat obsessive-compulsive problems.
- It is used to treat panic attacks.
- It is used to treat post-traumatic stress.
- It is used to treat mood problems caused by monthly periods.
- It is used to treat social anxiety problems.
- It may be given to you for other reasons. Talk with the doctor.

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

**What are some other side effects of this drug?:** All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, sleepy, tired, or weak.
- Constipation, diarrhea, stomach pain, upset stomach, throwing up, or decreased appetite.
- Dry mouth.
- Trouble sleeping.
- Sweating a lot.
- Shakiness.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor

HOURS OF OPERATION | MONDAY - FRIDAY: Closed - Closed | SATURDAY: Closed | SUNDAY: Closed
The pharmacist can be reached at (215) 685-5714 if you have any questions or concerns regarding this medication.

**PHILA DPH**
**PHARMACY H.C. #9**    PHILADELPHIA, PA 19144
Phone: (215) 685-5714

RX#60101275    **You Pay:    $0.00**
**FRECKLETON, MALVIA**    PA HEALTH AND WELLNESS

DOB: 01/17/1973    Filled: 04/12/23    RPh:  AB
210 E HIGH ST    **SERTRALINE HCL 50MG TABS**
PHILAFEHIA, PA 19144-1117    NDC#68180-0352-06    Mg LU PIN
PT PHONE:  (347) 622-6800    Qty: 15    Days Supply: 30
    DR. RAMONA CHUBE
TOTAL AMT: $9.37    INS PD: $9.37    ***Pick-Up***
    NEW    1 of 1

**PHILA DPH**
**PHARMACY H.C. #9**    PHILADELPHIA, PA 19144
Phone: (215) 685-5714

RX#60101275    **You Pay:    $0.00**
**FRECKLETON, MALVIA**    PA HEALTH AND WELLNE

DOB: 01/17/1973    Filled: 04/12/23    RPh:  AB
210 E HIGH ST    **SERTRALINE HCL 50MG TABS**
PHILADELPHIA, PA 19144-1117    NDC#68180-0352-06    Mg LU PIN
PT PHONE:  (347) 622-6800    Qty: 15    Days Supply: 30
    DR. RAMONA CHUBE
TOTAL AMT: $9.37    INS PD: $9.37    ***Pick-Up***
    NEW    1 of 1

**FRECKLETON, MALVIA**
RX#  60101275N    Filled on: 04/12/23
Medication: SERTRALINE HCL 50MG TABS
NDC: 68180-0352-06    RPh: AB
Qty: 15    Days Supply: 30
Dr.: RAMONA CHUBE
**GENERIC NAME:** Sertraline Tablets
**Brand Name:** Zoloft
**IDENTIFICATION:**    Tablet

**Allergy Information:**
No Known Drug Allergy

**IMPORTANT NOTE:** This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.

**What is this drug used for?:** - It is used to treat depression.
- It is used to treat obsessive-compulsive problems.
- It is used to treat panic attacks.
- It is used to treat post-traumatic stress.
- It is used to treat mood problems caused by monthly periods.
- It is used to treat social anxiety problems.
- It may be given to you for other reasons. Talk with the doctor.

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.
- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

**What are some other side effects of this drug?:** All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, sleepy, tired, or weak.
- Constipation, diarrhea, stomach pain, upset stomach, throwing up, or decreased appetite.
- Dry mouth.
- Trouble sleeping.
- Sweating a lot.
- Shakiness.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor
The pharmacist can be reached at (215) 685-5714 if you have any questions or concerns regarding this medication

Date:  9/22/2023

**SILVER ROD DRUGS**
**5105 CHURCH AVENUE**
**BROOKLYN NY 11203**
Phone:   **(718)922-3400**    Fax:**(718)922-0348**

Page:    1

## RECEIPT

**CLIENT :**
**FRECKLETON, MALVIA**
763 LENOX RD

DOB:    01/17/1973
I.D.:    PZ60762R
TEL:    (347)622-6800

BROOKLYN        NY      11203

| Date Filled | Rx# | Drug Name | NDC# | Qty | Prescriber Name | Patient Pay | Type | Ph. Init |
|---|---|---|---|---|---|---|---|---|
| 10/11/2017 | 2608377-0 | VALACYCLOVIR 500MG TAB | 00378427577 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 10/17/2017 | 2608377-1 | VALACYCLOVIR 500MG TAB | 00378427577 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 10/18/2017 | 2609243-0 | CYCLOBENZAPRINE 10MG TAB | 00603307932 | 30.00 | Zapata, Ryan | 1.00 | ADV | MS |
| 11/17/2017 | 2613844-0 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 1.00 | ADV | MS |
| 11/29/2017 | 2608377-2 | VALACYCLOVIR 500MG TAB | 00378427577 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 11/29/2017 | 2609243-1 | CYCLOBENZAPRINE 10MG TAB | 00603307932 | 30.00 | Zapata, Ryan | 1.00 | ADV | MS |
| 01/30/2018 | 2623565-0 | DENTA 5000 PLUS 1.1% CRM | 64980030550 | 51.00 | ICART-BANDALI, GE | 1.00 | ADV | MS |
| 02/02/2018 | 2608377-3 | VALACYCLOVIR 500MG TAB | 00378427577 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 02/02/2018 | 2613844-1 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 04/04/2018 | 2608377-4 | VALACYCLOVIR 500MG TAB | 00378427577 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 04/04/2018 | 2613844-2 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 05/15/2018 | 2608377-5 | VALACYCLOVIR 500MG TAB | 00378427577 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | CTM |
| 05/15/2018 | 2613844-3 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | CTM |
| 06/13/2018 | 2613844-4 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | DB |
| 07/23/2018 | 2613844-5 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 08/22/2018 | 2653519-0 | VALACYCLOVIR HCL 500MG TAB | 00781520831 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 08/25/2018 | 2651180-0 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | JA |
| 09/26/2018 | 2651180-1 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 09/26/2018 | 2653519-1 | VALACYCLOVIR HCL 500MG TAB | 00781520831 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 09/27/2018 | 2658556-0 | NAPROXEN 500MG TAB | 68462019001 | 20.00 | LeGall, Ebone | 1.00 | ADV | PG |
| 11/20/2018 | 2651180-2 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 11/20/2018 | 2653519-2 | VALACYCLOVIR HCL 500MG TAB | 00781520831 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 12/18/2018 | 2651180-3 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 12/18/2018 | 2653519-3 | VALACYCLOVIR HCL 500MG TAB | 00781520831 | 6.00 | CLARKE, GOLDA | 1.00 | ADV | MS |
| 01/22/2019 | 2651180-4 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 02/23/2019 | 2651180-5 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | KIDD, ALTER | 0.00 | ADV | MS |
| 04/03/2019 | 2686097-0 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | Boakye, Cynthia | 0.00 | ADV | MS |
| 05/14/2019 | 2691975-0 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | RENAUD, JEAN L | 0.00 | ADV | MS |
| 05/16/2019 | 2692385-0 | BENZONATATE 100MG CAP | 67877057305 | 30.00 | LANIGAN, MICHAEL | 1.00 | ADV | MS |
| 06/24/2019 | 2691975-1 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | RENAUD, JEAN L | 0.00 | ADV | MS |
| 07/30/2019 | 2691975-2 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | RENAUD, JEAN L | 0.00 | ADV | MS |
| 09/04/2019 | 2691975-3 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | RENAUD, JEAN L | 0.00 | ADV | MS |
| 10/07/2019 | 2691975-4 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | RENAUD, JEAN L | 0.00 | ADV | MS |
| 10/16/2019 | 2713908-0 | NAPROXEN 500MG TAB | 69097085207 | 60.00 | BAILEY, Duke | 1.00 | ADV | MS |
| 10/16/2019 | 2713909-0 | CYCLOBENZAPRINE 10MG TAB | 69097084615 | 30.00 | BAILEY, Duke | 0.91 | ADV | MS |

Date: 9/22/2023

**SILVER ROD DRUGS**
**5105 CHURCH AVENUE**
**BROOKLYN NY 11203**
Phone:   **(718)922-3400**    Fax:**(718)922-0348**

Page:      2

## RECEIPT

---

**CLIENT :**
**FRECKLETON, MALVIA**
763 LENOX RD

BROOKLYN        NY      11203

DOB:      01/17/1973
I.D.:      PZ60762R
TEL:      (347)622-6800

| Date Filled | Rx# | Drug Name | NDC# | Qty | Prescriber Name | Patient Pay | Type | Ph. Init |
|---|---|---|---|---|---|---|---|---|
| 11/16/2019 | 2691975-5 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | RENAUD, JEAN L | **0.00** | ADV | MS |
| 12/26/2019 | 2691975-6 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | RENAUD, JEAN L | **0.00** | ADV | JS |
| 01/30/2020 | 2691975-7 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | RENAUD, JEAN L | **0.00** | ADV | MNS |
| 03/03/2020 | 2691975-8 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | RENAUD, JEAN L | **0.00** | ADV | MS |
| 03/21/2020 | 2737577-0 | IBUPROFEN 600MG TAB | 67877032005 | 30.00 | BRYANT, Kamille | **1.00** | ADV | MS |
| 03/21/2020 | 2737578-0 | AMOXICILLIN 875MG TAB | 65862001501 | 30.00 | BRYANT, Kamille | **1.00** | ADV | MS |
| 04/08/2020 | 2691975-9 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | RENAUD, JEAN L | **0.00** | ADV | MS |
| 04/29/2020 | 2742141-0 | ACETAMINOPHEN 325MG TAB | 00904671980 | 56.00 | BRYANT, Kamille | **0.50** | ADV | MS |
| 05/18/2020 | 2741512-0 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | REYNA, HENRY | **0.00** | ADV | MS |
| 06/23/2020 | 2748872-0 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | DAVIS, Isaac | **0.00** | ADV | MS |
| 07/23/2020 | 2748872-1 | SERTRALINE 100MG TAB | 16714061305 | 30.00 | DAVIS, Isaac | **0.00** | ADV | JS |
| 08/28/2020 | 2741512-1 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | REYNA, HENRY | **0.00** | ADV | JS |
| 10/12/2020 | 2741512-2 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | REYNA, HENRY | **0.00** | ADV | MS |
| 11/10/2020 | 2753602-0 | SERTRALINE 100MG TAB | 68180035302 | 30.00 | CHIN, ANDREW K | **0.00** | ADV | MS |
| 12/21/2020 | 2753602-1 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | CHIN, ANDREW K | **0.00** | ADV | MS |
| 02/16/2021 | 2753602-2 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | CHIN, ANDREW K | **0.00** | ADV | MS |
| 04/19/2021 | 2753602-3 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | CHIN, ANDREW K | **0.00** | ADV | MS |
| 04/19/2021 | 2790045-0 | AZITHROMYCIN Z-PAK 250MG TAB | 50111078751 | 6.00 | BAILEY, Duke | **1.00** | ADV | MS |
| 04/19/2021 | 2790046-0 | CHLORHEXIDINE GL 0.12% LIQ | 00116200116 | 473.00 | BAILEY, Duke | **1.00** | ADV | MS |
| 05/17/2021 | 2753602-4 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | CHIN, ANDREW K | **0.00** | ADV | MS |
| 07/08/2021 | 2753602-5 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | CHIN, ANDREW K | **0.00** | ADV | GB |
| 07/20/2021 | 2803329-0 | CHLORHEXIDINE GL 0.12% LIQ | 00116200116 | 473.00 | Lau, Bryant | **0.73** | ADV | MS |
| 07/20/2021 | 2803330-0 | AMOXICILLIN 500MG CAP | 00781261305 | 21.00 | Lau, Bryant | **1.00** | ADV | MS |
| 08/17/2021 | 2807468-0 | SERTRALINE HCL 100MG TAB | 69097083512 | 30.00 | DAVIS, Isaac | **0.00** | ADV | MS |
| 08/17/2021 | 2807469-0 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | **0.50** | ADV | MS |
| 08/17/2021 | 2807470-0 | SERTRALINE HCL 25MG TAB | 69097083312 | 30.00 | DAVIS, Isaac | **0.00** | ADV | MS |
| 09/04/2021 | 2809834-0 | CEPHALEXIN 500MG CAP | 67877021905 | 28.00 | Amara, Kekeli | **1.00** | ADV | MS |
| 09/17/2021 | 2807468-1 | SERTRALINE HCL 100MG TAB | 69097083512 | 30.00 | DAVIS, Isaac | **0.00** | ADV | MS |
| 09/17/2021 | 2807469-1 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | **0.50** | ADV | MS |
| 09/17/2021 | 2807470-1 | SERTRALINE HCL 25MG TAB | 69097083312 | 30.00 | DAVIS, Isaac | **0.00** | ADV | MS |
| 10/14/2021 | 2807468-2 | SERTRALINE HCL 100MG TAB | 69097083512 | 30.00 | DAVIS, Isaac | **0.00** | ADV | GB |
| 10/14/2021 | 2807469-2 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | **0.50** | ADV | GB |
| 10/14/2021 | 2807470-2 | SERTRALINE HCL 25MG TAB | 69097083312 | 30.00 | DAVIS, Isaac | **0.00** | ADV | GB |
| 12/02/2021 | 2807468-3 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | DAVIS, Isaac | **0.00** | ADV | GB |
| 12/02/2021 | 2807469-3 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | **0.50** | ADV | GB |

Date:  9/22/2023

**SILVER ROD DRUGS**
**5105 CHURCH AVENUE**
**BROOKLYN NY 11203**
Phone:   **(718)922-3400**     Fax:**(718)922-0348**

Page:     3

**RECEIPT**

**CLIENT :**
**FRECKLETON, MALVIA**
763 LENOX RD

BROOKLYN     NY     11203

DOB:     01/17/1973
I.D.:     PZ60762R
TEL:     (347)622-6800

| Date Filled | Rx# | Drug Name | NDC# | Qty | Prescriber Name | Patient Pay | Type | Ph. Init |
|---|---|---|---|---|---|---|---|---|
| 12/02/2021 | 2807470-3 | SERTRALINE 25MG TAB | 65862001105 | 30.00 | DAVIS, Isaac | 0.00 | ADV | GB |
| 12/02/2021 | 2822100-0 | NITROFURANTOIN MONO 100MG CAP | 47781030301 | 10.00 | BRYANT, Kamille | 1.00 | ADV | MS |
| 12/02/2021 | 2822101-0 | PHENAZOPYRIDINE 200mg TAB | 65162068210 | 3.00 | BRYANT, Kamille | 1.00 | ADV | MS |
| 12/30/2021 | 2807468-4 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | DAVIS, Isaac | 0.00 | ADV | GB |
| 12/30/2021 | 2807469-4 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | 0.50 | ADV | GB |
| 12/30/2021 | 2807470-4 | SERTRALINE 25MG TAB | 65862001105 | 30.00 | DAVIS, Isaac | 0.00 | ADV | GB |
| 12/30/2021 | 2826767-0 | AZITHROMYCIN Z-PAK 250MG TAB | 00781808926 | 6.00 | EDWARDS, LESLINE | 1.00 | ADV | GB |
| 01/26/2022 | 2807468-5 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | DAVIS, Isaac | 0.00 | ADV | MS |
| 01/26/2022 | 2807469-5 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | 0.39 | ADV | MS |
| 01/26/2022 | 2807470-5 | SERTRALINE 25MG TAB | 65862001105 | 30.00 | DAVIS, Isaac | 0.00 | ADV | MS |
| 04/14/2022 | 2837222-0 | SERTRALINE 25MG TAB | 65862001105 | 30.00 | Elizee, Julien | 0.00 | ADV | MS |
| 04/14/2022 | 2837223-0 | SERTRALINE 100MG TAB | 65862001305 | 30.00 | Elizee, Julien | 0.00 | ADV | MS |
| 04/14/2022 | 2843707-0 | CELECOXIB 400MG CAP | 65862091060 | 30.00 | BAILEY, Duke | 1.00 | ADV | MS |
| 04/14/2022 | 2843709-0 | CYCLOBENZAPRINE 5MG TAB | 10702000610 | 30.00 | BAILEY, Duke | 0.56 | ADV | MS |
| 08/10/2022 | 2861465-0 | FERROUS (M)(RUG) 325MG TAB | 00536100901 | 60.00 | DAVIS, Isaac | 0.38 | ADV | MS |
| 08/10/2022 | 2861466-0 | SERTRALINE HCL 100MG TAB | 69097083512 | 30.00 | DAVIS, Isaac | 0.00 | ADV | MS |
| 08/10/2022 | 2861467-0 | SERTRALINE 25MG TAB | 65862001105 | 30.00 | DAVIS, Isaac | 0.00 | ADV | MS |

| Total Rx Count: | **87** | | Total Amount Due | **$32.97** |
|---|---|---|---|---|

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/02/2023 to 01/02/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

**Patient name**
MALVIA FRECKLETON

**Contact info**
621 E CHELTEN AVE
APT 1
PHILADELPHIA, PA 19144-1211, US

**Patient IDs**
438447

438447

January 17, 1973

tel:347-622-6800

**Sex**
Female

**LANGUAGE**
English

**RACE**
Black or African American, Black

**ETHNICITY**
Not Hispanic or Latino

| | |
|---|---|
| **Care Giver primary care physician** | James Dean |
| **Contact Info** | 131 East Chelten Avenue<br>Philadelphia, PA 191442153, US<br>Tel: 215-685-5745 |
| **Care Giver** | Julie Cherian |
| **Contact Info** | 131 East Chelten Avenue<br>Philadelphia, PA 191442153, US<br>Tel: 215-685-5745 |
| **Care Giver** | Ramona Chube |
| **Contact Info** | 131 East Chelten Avenue<br>Philadelphia, PA 191442153, US<br>Tel: 215-685-5745 |
| **Care Giver** | Iris Lewis Moody |
| **Contact Info** | 1900 North 20th Street<br>Philadelphia, PA 191212217, US<br>Tel: 215-685-2933 |
| **Care Giver** | Provider non AHS |
| **Contact Info** | 500 South Broad Street<br>2nd Floor<br>Philadelphia, PA 191461613, US<br>Tel: 215-685-2933 |
| **Care** | |

| Info | Philadelphia, PA 191442153, US<br>Tel: 215-685-5745 |
|---|---|
| Care Giver | Staci Robinson |
| Contact Info | 1900 North 20th Street<br>Philadelphia, PA 191212217, US<br>Tel: 215-685-2933 |

# Allergies

No Known Allergies

# Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|
| PPD | | | |
| Reviewed date:01/19/2023 09:12:24 AM | | | |
| Interpretation: | | | |
| Performing Lab: | | | |
| Notes/Report: | | | |
| Lot # | 51838 | | |
| Location | LFA | | |
| Manufacturer | PAR | | |
| Exp. Date | 12/2023 | | |
| Placed by | K.Jaimon,RN | | |
| Placement Date | 01/17/2023 | | |
| Induration | 0mmx0mm | | |
| Impression | Negative | | |
| Read by | R.Mathew RN | | |
| Reading Date | 01/19/2023 | | |

# Reason For Referral

| **Reason** | annual gyne visit |
|---|---|
| **Diagnosis 1** | Breast screening (Z12.39) |
| **Referral Organization** | Health Center 9 |
| **Referring Provider First Name** | Ramona |
| **Referring Provider Last Name** | Chube |
| **Referring Provider Speciality** | Family Practice |
| **Referred Organization** | Health Center 9 |
| **Referred Address** | 131 East Chelten Avenue,Philadelphia,PA,191442153,US |
| **Referred Provider Specialty** | Gynecology |

| | |
|---|---|
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | left ear hearing loss |
| **Diagnosis 1** | Hearing loss (H91.90) |
| **Referral Organization** | Health Center 9 |
| **Referring Provider First Name** | Ramona |
| **Referring Provider Last Name** | Chube |
| **Referring Provider Speciality** | Family Practice |
| **Referred Provider** | Otorhinology Assocs, TUHS |
| **Referred Provider Specialty** | Otolaryngology |
| **General Notes** | Hurst, Rashita 09/11/2023 10:16:09 AM >. |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | coping with job personnel \| c/o bulling with new job |
| **Diagnosis 1** | Moderate episode of recurrent major depressive disorder (F33.1) |
| **Referral Organization** | Health Center 9 |
| **Referring Provider First Name** | Ramona |
| **Referring Provider Last Name** | Chube |
| **Referring Provider Speciality** | Family Practice |
| **Referred Organization** | Health Center 9 |
| **Referred Address** | 131 East Chelten Avenue,Philadelphia,PA,191442153,US |
| **Referred Provider Specialty** | Behavioral Health |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Sertraline HCl 100 MG | 1 tablet Orally Once a day for 90 days | | 04/22/2024 | | Active |
| Sertraline HCl 50 MG | 1/2 tablet Orally Once a day for 90 days | | 04/22/2024 | | Active |

# Immunizations

| Vaccine | Route | Administration Date | Status | Comments |
|---|---|---|---|---|
| Influenza (single dose) | IM Intramuscular | 01/12/2023 | Administered | |
| Moderna COVID-19 Vaccine | IM Intramuscular | 01/19/2023 | Administered | |
| Moderna COVID-19 Vaccine | IM Intramuscular | 03/10/2023 | Administered | |

# Social History

| Details (start date - stop date) | Never Smoker | NA - NA |
|---|---|---|

## Tobacco Use

| Question | Answer | Notes |
|---|---|---|
| Smoking Status: | Nonsmoker | |

## Alcohol Screening

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

## PHQ2 (2015 Edition)

| Question | Answer | Notes |
|---|---|---|
| Little interest or pleasure in doing things? | Not at all | |
| Total Score | 0 | |

## Depression Follow Up Plan

| Question | Answer | Notes |
|---|---|---|
| Depression Follow Up Plan | Patient referred to mental health specialist | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | Diabetes mellitus screening (171183004) | Screening for diabetes mellitus (Z13.1) | | Active | confirmed | | |
| Problem | 48694002 | Anxiety (F41.9) | | Active | confirmed | | |
| Problem | Elevated blood pressure (24184005) | Elevated BP (I10) | | Active | confirmed | | |
| Problem | Colon cancer screening (275978004) | Colon cancer screening (Z12.11) | | Active | confirmed | | |
| Problem | Hearing loss (15188001) | Hearing loss (H91.90) | | Active | confirmed | | |
| Problem | 134301000119104 | Inconclusive mammogram (R92.2) | | Active | confirmed | | |
| Problem | Breast screening requested (185711004) | Breast screening (Z12.39) | | Active | confirmed | | |
| Problem | 191611001 | Moderate episode of recurrent major depressive disorder (F33.1) | | Active | confirmed | | |
| Problem | 370143000 | Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent (F32.9) | | Active | confirmed | | |

| | | |
|---|---|---|
| **Heart Rate** | 69 /min | 09/11/2023 |
| **Temperature** | 97.58 degrees Fahrenheit | 09/11/2023 |
| **Height-cm** | 175.26 cm | 09/11/2023 |
| **Oximetry** | 100 % | 04/12/2023 |
| **Blood pressure diastolic** | 82 mm Hg | 09/11/2023 |
| **Weight-kg** | 99.79 kg | 09/11/2023 |
| **Height** | 69 in | 09/11/2023 |
| **Blood pressure systolic** | 135 mm Hg | 09/11/2023 |
| **Weight** | 220 lbs | 09/11/2023 |
| **BMI** | 32.48 kg/m2 | 09/11/2023 |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 03/10/2023 | Provider non AHS | |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 04/05/2023 | Ramona Chube | |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 05/10/2023 | Staci Robinson | |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 08/11/2023 | Ramona Chube | Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent F32.9 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 08/28/2023 | Ramona Chube | Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent F32.9 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 09/27/2023 | Staci Robinson | |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 01/19/2023 | Barbara Westerhaus | Encounter for PPD skin test reading Z11.1 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 01/12/2023 | Barbara Westerhaus | Encounter for immunization Z23 |

| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 01/17/2023 | Barbara Westerhaus | Encounter for screening for respiratory tuberculosis Z11.1 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 04/05/2023 | Staci Robinson | Moderate episode of recurrent major depressive disorder F33.1 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 03/10/2023 | Iris Lewis Moody | Tooth sensitivity to cold K03.89 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 04/12/2023 | Ramona Chube | Anxiety F41.9 and Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent F32.9 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 06/14/2023 | Staci Robinson | Moderate episode of recurrent major depressive disorder F33.1 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 07/21/2023 | Staci Robinson | Moderate episode of recurrent major depressive disorder F33.1 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 08/30/2023 | Staci Robinson | Moderate episode of recurrent major depressive disorder F33.1 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 01/19/2023 | Barbara Westerhaus | Encounter for immunization Z23 |
| Health Center 9 | 131 East Chelten Avenue Philadelphia, PA 191442153 | 03/10/2023 | Barbara Westerhaus | Encounter for immunization Z23 |

# Medical Equipment

No Information

# Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes |
| --- | --- | --- |
| 03/10/2023 | Tooth sensitivity to cold (ICD-10 - K03.89) | |
| 04/05/2023 | Moderate episode of recurrent major depressive disorder (ICD-10 - F33.1) | - Pt. will practice coping skills to manage/decrease symptoms (BHC provided coping skills handout)<br>- Pt. will set up outpatient therapy (resources provided y BHC) |
| 09/11/2023 | Anxiety (ICD-10 - F41.9) | |
| 01/12/2023 | Encounter for immunization (ICD-10 - Z23) | |
| | Encounter for screening for respiratory | |

| | | |
|---|---|---|
| 01/19/2023 | Z11.1) | |
| 01/19/2023 | Encounter for immunization (ICD-10 - Z23) | |
| 03/10/2023 | Encounter for immunization (ICD-10 - Z23) | Patient received EUA information prior to administering vaccine. Registration questionnaire completed, vaccine administered, observation for maximal time required and V-Safe information provided. K.Jaimon,RN |
| 09/11/2023 | Moderate episode of recurrent major depressive disorder (ICD-10 - F33.1) | |
| 04/12/2023 | Anxiety (ICD-10 - F41.9) | |
| 04/12/2023 | Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent (ICD-10 - F32.9) | |
| 06/14/2023 | Moderate episode of recurrent major depressive disorder (ICD-10 - F33.1) | - Pt. will continue to practice coping skills to manage/decrease symptoms (BHC provided coping skills handout in previous session) - |
| 07/21/2023 | Moderate episode of recurrent major depressive disorder (ICD-10 - F33.1) | - Pt. will continue to practice coping skills to manage/decrease symptoms (BHC provided coping skills handout in previous session) - |
| 08/30/2023 | Moderate episode of recurrent major depressive disorder (ICD-10 - F33.1) | - Pt. will continue to practice coping skills to manage/decrease symptoms (BHC provided coping skills handout in previous session) - Pt. will continue to take medication as prescribed. |
| 08/11/2023 | Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent (ICD-10 - F32.9) | |
| 08/28/2023 | Major depressive disorder with current active episode, unspecified depression episode severity, unspecified whether recurrent (ICD-10 - F32.9) | |
| 09/11/2023 | Breast screening (ICD-10 - Z12.39) | |
| 09/11/2023 | Physical exam (ICD-10 - Z00.00) | form completed copy to record |
| 09/11/2023 | Hearing loss (ICD-10 - H91.90) | |
| 03/10/2023 | Other | Pt observed for post covid vaccine administration. No adverse reaction noted at this time. K.Jaimon,RN |
| 01/19/2023 | Other | |
| 04/12/2023 | Other | |
| 09/11/2023 | Other | |

# EXHIBIT B

Mail body

10:44

< Back          **11 Messages**          ∧    ∨

Found in Gmail Inbox



**Accessibility Office**          7/12/19
To: Malvia, Accessibility >

# RE: [EXT]: Accommodation Letter

Hi Malvia,

Thank you for submitting this letter. Unfortunately it does not meet our required criteria. I've attached the ACCESS Documentation Guidelines for your review. Your letter does not address the nature of your disability nor how you are functionally limited. Can you please review these Guidelines with your healthcare provider and ask that they include more details?

If you or your healthcare provider have any questions or need any clarification, please don't hesitate to reach out. I'm here to help in any way

EXHIBIT
3



**OFFICE OF ACCESSIbility**
555 Broadway • Dobbs Ferry, NY • 10522
Email: accessibility@mercy.edu
Phone: (914) 674-7523/7284
Fax: (914) 674-1813

# ACCESSIbility Documentation Guidelines

Everyone is unique, a conversation about your experiences and expectations will help us identify the types of accommodations you may need and what information needs to be gathered to support those accommodations.

Let's start the conversation! Please bring in the documentation that you currently have available. When ACCESS reviews your documentation, we will need enough information to know that you have a disability and to understand its current impact well enough to anticipate accommodations you may need or to support accommodations that you are requesting.

The information below provides basic guidelines that may be helpful as you gather any relevant documentation.

- DOCUMENTATION PROVIDED MUST BE ON THE LETTERHEAD OF THE PROFESSIONAL CONDUCTING THE ASSESSMENT.

- DOCUMENTATION MUST BE PROVIDED BY A QUALIFIED PROFESSIONAL IN THE RELEVANT FIELD.
  *Documentation from family members, even if they are qualified professionals, will not be accepted.*

- IT IS THE STUDENT'S RESPONSIBILITY TO PROVIDE DOCUMENTATION OF HIS/HER DISABILITY.
  *Students who are unsure if their documentation is sufficient should schedule an interview by contacting the Accessibility Office by phone or email to discuss their documentation questions. We can be reached at (914) 674-7523/7284 or accessibility@mercy.edu.*

- DOCUMENTATION SHOULD REFLECT THE STUDENT'S CURRENT SITUATION.
  *Typically documentation should be no more than 3 years old. However, on a case-by-case basis, ACCESSibility staff will determine whether documentation that dates further back is acceptable. For example, if a disability does not change over time, then older documentation may be accepted. On the other hand, more recent documentation may be necessary if changes in a disability have resulted in a request for additional accommodations.*

- WHEN ACCOMMODATION REQUESTS ARE CLEARLY CONSISTENT WITH A VISIBLE DISABILITY, DOCUMENTATION MAY NOT BE NEEDED.

1



**EXHIBIT**

**4**

Huseby.com

**OFFICE OF ACCESSIBILITY**

Common Examples of Acceptable Documentation

- A full detailed evaluation or diagnostic report would provide the richest information to determine the best possible accommodations and support

- A report that provides proof of prior accommodations. This could include:
  - Individualized Education Plan (IEP), 504 Plan, Evaluation Team Report
  - Documentation that illustrates past use of post-secondary accommodations

- A healthcare professional can submit a letter of their own. Please provide the following information to our office on letterhead with the date and signature of professional
  - A diagnostic statement identifying the disability (with the date of diagnosis)
  - Severity of the disorder (mild/moderate/severe)
  - Medication or treatment currently prescribed
  - An assessment of major life activities that are affected by the impairment (concentration, memory, social interactions, class attendance, learning, reading, thinking, etc.)
  - Recommended accommodations that my assist the student in minimizing the impact of the condition in an academic setting (examples: test taking, class attendance, taking notes, understanding materials, speaking, comprehension, transportation, housing, etc.)
  - Include test scores when applicable

## Temporary Disabilities

Although we are not required by law to accommodate students with temporary disabilities, it is our practice to facilitate access and accommodations as needed and within reason. Please complete an *Application for Accommodations* and provide any applicable documentation with length of expected time of temporary disability. An meeting with ACCESS will be scheduled to discuss and brainstorm reasonable access and accommodation options together.

2

EXHIBIT
5
Huseby

# EXHIBIT C

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 5

1    you may now begin.  You may now begin, Ms. Malvia.

2    Apologies.

3              MS. FRECKLETON:  Good morning, Ms. Venezian.

4    Good morning, Mr. Kramer.

5              MR. KRAMER:  Good morning.

6                        EXAMINATION

7    BY MS. FRECKLETON:

8        Q.    Ms. Venezian, I just want to ask, like, a --

9    a few questions.  Have you ever taken a deposition

10   before?

11       A.    I have.

12       Q.    Could you tell me a little bit about your

13   educational background?

14       A.    Sure.  I have an undergraduate degree in

15   psychology, and my master's degree is in education.

16       Q.    Okay.  Where did you work before you went to

17   Mercy College?

18       A.    I worked at a company called Education

19   Management Corporation.

20       Q.    Okay.  And how long had you worked there?

21       A.    I worked for them for about eight years.

22       Q.    And why did you leave?

23       A.    The company closed.

24       Q.    Okay.  When did you start at Mercy College?

25       A.    2019.

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 6

1      Q.    In what capacity did you -- were you

2   employed?

3      A.    I came on as the Associate Director for the

4   Office of Accessibility.

5      Q.    Okay.  What are the requirements to be

6   accepted for disability accommodation?

7      A.    Sure.  So in order for a student to qualify,

8   they would be to essentially register with our office.

9   That includes making a formal request with an

10   application, providing supporting documentation and

11   meeting with somebody from my team.

12      Q.    When you said somebody from your team, is

13   there somebody else that works with you?

14      A.    Yeah, we -- we're a department, so there's

15   three of us in -- in our department.

16      Q.    Okay.  When you said to meet -- meet -- to

17   meet the requirements, what are some of the

18   requirements that you're talking about?

19      A.    Sure.

20            MR. KRAMER:  Objection to form, but you can

21   answer.

22            THE WITNESS:  Okay.  A student has to

23   qualify as being disabled as outlined by the ADA, so

24   they would need to demonstrate that there is a major

25   life function that is substantially limited due to the

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 21

1       Q.    How would they get your name?

2       A.    It's listed on the website.

3       Q.    Okay.  So you're saying a -- a person

4   doesn't have to be a student in order to apply for

5   accessibility in your office?

6             MR. KRAMER:  Objection to the form of the

7   question, but you can answer.

8             THE WITNESS:  Okay.  Well, in order to

9   request accommodations, the person would need to be a

10  student, so there would be no reason for somebody to

11  send me documentation unless they were planning to be a

12  student.

13  BY MS. FRECKLETON:

14      Q.    But I just asked you if Malvia Freckleton

15  was a student and you said no, correct?

16      A.    I'm not certain if Malvia Freckleton was a

17  student.

18      Q.    But didn't Malvia Freckleton send you an e-

19  mail with a letter with a doctor's note that you

20  responded?

21      A.    Yes.

22      Q.    And did you not read the second line of the

23  note stating that Malvia Freckleton suffers from

24  anxiety and needed extended accommodation?

25      A.    That is not what the letter says.

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 22

1           MS. FRECKLETON:  John, can you pull back up

2    the doctor's official letter for Ms. Venezian to read?

3    Thank you.

4           THE COURT REPORTER:  It was -- is that

5    Exhibit 1?

6           MS. FRECKLETON:  Yes.

7           MR. KRAMER:  That's -- this is -- this is

8    the letter.

9           MS. FRECKLETON:  What was that, Mr. Kramer?

10          MR. KRAMER:  This is the letter.  It's

11   already on the screen for us.

12   BY MS. FRECKLETON:

13      Q.   Oh.  Sorry.  Yes.  Can you read the second

14   line again, Ms. Venezian?

15      A.   Yes.  It says, "Patient experiences test

16   anxiety and will benefit from extended accommodations

17   to complete her exams."

18      Q.   Okay.  But yet, so she was never a student

19   at the college?

20      A.   I'm not certain if she was a student at the

21   college.

22      Q.   Ms. Venezian, usually at your college, or

23   your Office of Accessibility, do you often speak to

24   other departments regarding a student's trying to get

25   accessibility accommodation?

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 25

1   accommodation letter from their doctor, does your

2   department speak with other department to ensure that

3   this person is a student of the school?

4        A.   No.

5        Q.   So you make the decision solely by your

6   department?

7        A.   Correct.

8             MS. FRECKLETON:  I would -- Mr. John, if you

9   could bring up the Accommodation Letter from Ms.

10  Venezian from the accessibility office?

11            THE COURT REPORTER:  Okay.  Let me see if

12  that one pulled up.  I don't see that one loaded yet.

13  What might be a little bit easier, are you able to

14  share from your phone?

15            MS. FRECKLETON:  Yeah.  Give me a second.

16  I'm having difficulty loading -- loading the -- the

17  thing to you.

18            THE COURT REPORTER:  No problem.  Are you

19  able to share from your -- from your phone?

20            MS. FRECKLETON:  Yeah.  That's why I was

21  trying to -- to send you the -- to send you through the

22  e-mail.

23            THE COURT REPORTER:  Let me give you another

24  e-mail.  Let me put it in the chat.  I'm not sure why

25  they're not opening.

Page 28

```
 1   back the doctor's letter please?

 2             THE COURT REPORTER:  Yes.  Was that Exhibit

 3   2?

 4             MS. FRECKLETON:  Yes.

 5             THE COURT REPORTER:  Stand by.

 6             MS. FRECKLETON:  Not that one, John.  The

 7   one that says Cumberland.  That's a letter from Ms.

 8   Venezian.  There we go.  Thank you, John.

 9             THE COURT REPORTER:  You're welcome.

10   BY MS. FRECKLETON:

11       Q.   Ms. Venezian, could you read Line 2 --

12       A.   Sure.

13       Q.   -- of the letter from Dr. Davis?

14       A.   "The patient experiences test anxiety and

15   will benefit from additional accommodations to complete

16   her exams."

17       Q.   So are you saying, Ms. Venezian, testing

18   anxiety is not suffering from anxiety?

19       A.   Correct.

20       Q.   Okay.  Thank you.  Could you bring back the

21   -- the letter of accommodation --

22             THE COURT REPORTER:  Sure.

23             MS. FRECKLETON:  -- Mr. John?  Thank you.

24             THE COURT REPORTER:  Yeah.

25             MS. FRECKLETON:  Thank you.
```

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 29

1          THE COURT REPORTER:  Yeah.

2     BY MS. FRECKLETON:

3          Q.   So Ms. Venezian, after you have received

4     that letter from Dr. Isaac Davis, N.P., with his NPI

5     number, you have responded to the plaintiff Malvia

6     Freckleton e-mail by stating -- can you read the first

7     three -- four lines please?

8          A.   Sure.  It says, "Hi, Malvia.  Thank you for

9     submitting this letter.  Unfortunately, it does not

10    meet our required criteria.  I've attached the access

11    documentation guidelines for your review."

12         Q.   Okay.  So when you said, "unfortunately it

13    does not meet our required criteria", you remember

14    earlier I asked you what were the requirements?

15         A.   Yes.

16         Q.   And what did you say the requirements to be

17    accepted for disability accommodation was again, Ms.

18    Venezian?

19         MR. KRAMER:  Objection.  Asked and answered.

20    But you can answer if you understand the question.

21         THE WITNESS:  Yeah.  The three requirements

22    are submitting an application, submitting documentation

23    that fits our criteria, and meeting with somebody from

24    our team.

25    BY MS. FRECKLETON:

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 30

1        Q.    Okay.  And you said there are three criteria

2    -- three requirements to be accepted for disability

3    accommodation, correct?

4        A.    There are three steps to registering with

5    our office and obtaining accommodations, yes.

6        Q.    Okay.  And when Ms. Freckleton, who was the

7    student of Mercy College, sent you the letter from the

8    doctor stating Line 2 that you've read, that testing

9    anxiety and needed extended time, was that step one,

10   step two, or step three?

11           MR. KRAMER:  Objection to the form of the

12   question.  Assumes facts not in evidence.  You can

13   answer if you understand it.

14           THE WITNESS:  I don't understand.  I'm

15   sorry.

16   BY MS. FRECKLETON:

17       Q.    Okay.  I'll rephrase.  When you said there

18   are three steps that needed to be met for requirement

19   to be accepted for disability accommodation.  When

20   you've received a letter on 7-12-2019 from Plaintiff

21   Malvia Freckleton with a doctor's note from Dr. Isaac

22   Davis stating that Ms. Freckleton has testing anxiety

23   and needed extension to complete exams, does that

24   letter meet any of the three steps requirement that

25   you've just suggested?

1      A.    No.

2      Q.    And why would that be?

3      A.    The documentation provided does not state

4    the nature of the disability, nor how -- what the

5    functional limitations are.  It says, "test anxiety".

6      Q.    So is testing anxiety a disability?

7      A.    It is not.

8      Q.    Okay.  And are you qualified enough to say

9    that testing anxiety is not a disability, Ms. Venezian?

10     A.    I am.

11     Q.    Okay.  So are you trying to say that the

12   N.P., Dr. Isaac Davis, is not working in the capacity -

13   - that he doesn't know what to write for an

14   accommodation letter?

15          MR. KRAMER:  Objection to the form and

16   assumptions of that question, but if you can understand

17   it, you can answer it.

18          THE WITNESS:  I -- I don't understand.  I'm

19   sorry.

20   BY MS. FRECKLETON:

21     Q.    Okay.  What I'm saying, you're saying that

22   testing -- based on your level of education, you're

23   saying that testing anxiety is not a requirement for an

24   accommodation, correct?

25     A.    No.

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 33

1    certainly can.

2    BY MS. FRECKLETON:

3        Q.    Ms. Venezian, based on your educational

4    background, is testing anxiety a disability or not?

5        A.    Not.

6        Q.    Okay.  And are you the person that makes the

7    final call for a disability?

8        A.    I go by the ADA definition of a disability.

9    So I myself am not qualified to define that, but I

10   follow the definition that's been established by the

11   federal government.

12       Q.    Did you say you're not qualified?  What do

13   you not qualify for?

14       A.    I don't define what a disability is.  I

15   abide by the definition that has been established by

16   our federal government.

17       Q.    But you said testing anxiety was not a

18   disability, correct?

19       A.    Correct.

20       Q.    Okay.  If we look on your letter, you says

21   it did not meet the criteria.  If a -- if a student

22   sends you a letter and you have the documentation, why

23   is it that she, Malvia Freckleton, did not meet the

24   criteria?

25       A.    Sure.  So for documentation, we require a

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 34

1    few things.  Number one, it has to come from a provider

2    that's relevant in the field.  So when we're talking

3    about anxiety, the letter should come from somebody who

4    is qualified to diagnose for mental health issues.  So

5    that's the first thing.

6             The second thing is, it needs to have a

7    statement about the nature of the disability, right?

8    So is it mental health related?  Is it a mobility

9    impairment?  Things like that.

10            The third thing is, we need to know how that

11   -- how the nature of that disability functionally

12   limits the person.  How does the -- how does the

13   diagnosis impact that?

14       Q.   So based on what Mr. Davis, the N.P., wrote,

15   he stated that, "Plaintiff Malvia Freckleton suffers

16   from testing anxiety and that she needed extended

17   time."  Did the doctor not asked for extended time?

18       A.   Yes, they did.

19       Q.   So would that not meet the criteria for a

20   testing anxiety?

21       A.   I'm -- I'm sorry.  I don't understand the

22   question.

23       Q.   Did the doctor not ask for an extended time?

24       A.   Yes.

25       Q.   And the testing anxiety does not require

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 35

```
 1   extended time?

 2        A.   Testing anxiety is not a diagnosis, nor is

 3   it, you know, a -- a type of health issue.

 4        Q.   So testing anxiety -- you're saying that

 5   testing anxiety is not a -- is not a -- is not a health

 6   issue, correct?

 7        A.   I'm saying that testing anxiety in and of

 8   itself does not help me understand the nature of the

 9   disability.  Testing anxiety is a -- a -- an

10   experience.

11             MS. FRECKLETON:  Okay.  Mr. John, can you

12   put up for me the accessibility documentation guideline

13   that Ms. Venezian e-mailed to me.

14             (EXHIBIT 4 MARKED FOR IDENTIFICATION)

15             THE COURT REPORTER:  Absolutely.

16             MS. FRECKLETON:  It starts with every --

17   starts with "everyone is unique".

18             THE COURT REPORTER:  Stand by.

19   BY MS. FRECKLETON:

20        Q.   Thank you.  Ms. Venezian, do you recall

21   sending this documentation to the Plaintiff, Malvia

22   Freckleton?

23        A.   Yes.

24        Q.   Could you read the first and second lines,

25   please?
```

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 36

```
 1        A.    Sorry, the lighting here isn't good.
 2   "Everyone is unique.  A conversation about your
 3   experience and expectation will help us identify the
 4   type of accommodations you may need and what
 5   information needs to be gathered to support
 6   accommodations."
 7        Q.    Thank you.  Your -- your -- your
 8   documentation says, "Everyone is unique", correct?
 9        A.    Correct.
10        Q.    And a person who is diagnosed with testing
11   anxiety is not -- is -- are they unique?
12        A.    Testing anxiety is not a diagnosis.  Sure,
13   everybody is unique.
14        Q.    Okay.  Moving further down, it says,
15   "Documentation" -- which is, like, lightly -- not bold
16   -- "Documentation provided must be on a letterhead of
17   the professional conducting the assessment."  Did you
18   not receive a letter on a letterhead from Dr. Davis
19   stating that Plaintiff Malvia Freckleton suffers from
20   testing anxiety and need extended time?
21        A.    I'm sorry, can you repeat the question?
22        Q.    On your accessibility documentation
23   guideline that you have sent to me after you said,
24   unfortunately, my doctor's note did not meet our --
25   your required criteria, it stated that the guidelines
```

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 37

1    may be helpful to gather any relevant documentation,

2    saying, bullet point, "Documentation provided must be

3    on the letterhead of the professional conducting the

4    assessment."

5            I am asking you, Ms. Venezian, did you ever

6    receive a letter on a letterhead from a Dr. Davis

7    stating that Malvia Freckleton does suffer from testing

8    anxiety?

9        A.    I did receive that letter.

10       Q.    And it says, "Documentation must be provided

11   by a qualified professional in the relevant field."

12   Did you receive a letter on a letterhead for the

13   plaintiff, Malvia Freckleton, by a qualified

14   professional?

15       A.    Definitely a qualified professional.  In the

16   relevant field is questionable because it's not a psych

17   N.P.

18       Q.    Is that your answer?

19       A.    Yes.

20       Q.    Okay.  Ms. Venezian, it says on the third

21   bullet point, "It is the student's responsibility to

22   provide documentation of his or her disability."  Did I

23   not present to you a letter from my doctor about my

24   disability?

25       A.    You presented a letter from your doctor?

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 38

1    However, I -- it is unclear if there's a disability

2    there based on the information in the letter.

3              MS. FRECKLETON:  Okay.  Could you put the

4    other section, Page 2 of the accessibility

5    documentation guidelines that Ms. Venezian had e-mailed

6    to me?

7              THE COURT REPORTER:  Yes.  Page 2?

8              MS. FRECKLETON:  Yes.

9              THE COURT REPORTER:  Is that Common Examples

10   of Acceptable Documentation?

11             MS. FRECKLETON:  Yes.

12             (EXHIBIT 5 MARKED FOR IDENTIFICATION)

13             THE COURT REPORTER:  Okay.  Stand by.  Can

14   everyone see okay?

15             MS. FRECKLETON:  Uh-huh.

16             THE COURT REPORTER:  Okay.

17   BY MS. FRECKLETON:

18        Q.   Ms. Venezian, you sent -- sent Malvia

19   Freckleton -- "Examples of acceptable documentation,

20   include but are not limited to a full, detailed

21   evaluation or diagnostic report", correct?

22        A.   Correct.

23        Q.   And if you sent a documentation to say,

24   "Common examples of acceptable documentation include

25   but are not limited," then why would you say that

Page 39

1    testing anxiety is not a requirement for accommodation

2    at the college?

3              MR. KRAMER:  Objection to the form of the

4    question.  You can answer if you understand it.

5              THE WITNESS:  I don't understand.

6    BY MS. FRECKLETON:

7        Q.    Your report -- your common examples of the

8    documentation you have sent me, "Examples of acceptable

9    documentation include but are not limited."  You

10   earlier stated on the letterhead that Dr. Isaac Davis,

11   N.P., listed that Plaintiff Malvia Freckleton suffers

12   from testing anxiety.

13             Is it that it can include but is not limited

14   to a full, detailed evaluation of a diagnostic report?

15             MR. KRAMER:  Objection to the form of the

16   question.  You can answer if you understand it.

17             THE WITNESS:  I -- yeah, I don't understand

18   what you're asking.  I'm so sorry.

19   BY MS. FRECKLETON:

20       Q.    That's okay.  Ms. Venezian, you sent

21   Plaintiff Malvia Freckleton a common example of

22   acceptable documentation "included but not limited",

23   correct?

24       A.    Correct.

25       Q.    And if examples of acceptable documentation

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 42

1      A.    Right.

2      Q.    Okay.  So based off all these three things,

3   Ms. Venezian, you chose to go by the third bullet point

4   to say that, unfortunately, Plaintiff Malvia Freckleton

5   did not meet our required criteria, correct?

6            MR. KRAMER:  Objection to the form of that

7   question.

8            MS. FRECKLETON:  You can answer the

9   question, Ms. Venezian.

10           THE WITNESS:  Did I choose to go with the

11  third bullet point?  Well, you submitted a doctor's

12  note, so that is the bullet point that correlates to

13  what I received.

14  BY MS. FRECKLETON:

15     Q.    Sure.

16     A.    It was not an IEP, and it was not a

17  diagnostic assessment or report.

18     Q.    But can you read the top of all the bullet

19  points, that line that says, "Common examples"?

20     A.    Sure.  "Common examples of acceptable

21  documentation include but are not limited to."

22     Q.    Okay.  So these are just common examples,

23  but you chose to make a decision to deny my

24  accommodation by using the bullet point number 3 that

25  states, "A healthcare professional can submit a letter

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

1   of their own", correct?

2          MR. KRAMER:  No, no.  Objection.  That's not

3   the testimony.  Ms. Venezian testified that it doesn't

4   meet any of these criteria at all, but then you've

5   asked her numerous times why the letter was

6   insufficient.  She has testified why it's insufficient,

7   and now we're just asking the question again and again.

8   And, you know, we already have the testimony.  I think

9   --

10         MS. FRECKLETON:  (inaudible).

11         MR. KRAMER:  I think we can move on from

12  this, or we're going to be here all day.

13         MS. FRECKLETON:  That's okay, Mr. Kramer.  I

14  need to get where I -- I'm going with this

15  conversation.  Thank you.

16  BY MS. FRECKLETON:

17     Q.  Ms. Venezian, again, I will ask, based on

18  making a noted letter to be acceptable in your

19  Department of Accessibility, does one student have to

20  meet all three bullet point requirements?

21     A.  No.  However, they -- if they submit

22  something that's within one of the bullet points, the

23  sub-bullet points must be satisfied.  So if a student's

24  going to submit proof of prior accommodation, we need

25  to get the IEP and documentation of previous

Page 44

1    accommodation.  For a student submitting a doctor's

2    note, we need those sub-bullet, points, the statement,

3    the severity, treatment plan, major life function

4    that's impacted, recommendations, and when applicable,

5    the testing scores.

6         Q.    Okay.  Did you ever discuss, Ms. Venezian,

7    any of this information of disability accommodation

8    with anyone in or out of your department?

9         A.    Did I -- I'm sorry.  Can you ask that again?

10        Q.    Did you ever discuss with any other faculty

11   about denying Malvia Freckleton accommodation?

12        A.    No.  And to clarify, accommodations were not

13   denied.

14        Q.    So are you saying my accommodation was never

15   denied?

16        A.    Correct.

17        Q.    So what does -- if you're saying that my

18   accommodation was never denied, why would you say that,

19   "Thank you for submitting this letter.  Unfortunately,

20   it does not meet our required criteria"?  Can you

21   elaborate on that?

22        A.    Yes.  So this is part of what's called the

23   interactive process, right?  We're -- we're working

24   with the student to help identify, number one, if they

25   require accommodations and what those accommodations

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 45

1    might mean.  This is all part of the process.

2            Frequently, we have students that submit

3    documentation similar to what was submitted by you, and

4    unfortunately, it doesn't hit all those sub-bullet

5    points that we had just talked about.  So that e-mail

6    that you received was intended to say, hey, this

7    doesn't meet the criteria, here's what you need, please

8    ask your providers to take a look at this so that you

9    can get the letter needed to move forward in the

10   process.

11       Q.   So you are saying again, unfortunately, it

12   does not meet your criteria.  You just stated earlier

13   that it could be one of the three bullet points,

14   correct?

15       A.   Correct.

16       Q.   And now you're stating that it is all three

17   bullet points, correct?

18       A.   That's incorrect.

19       Q.   Okay.  Ms. Venezian, at any time in your

20   career at Mercy College, did you ever falsify any

21   documentation --

22       A.   Absolutely not.

23       Q.   -- regarding Plaintiff Malvia Freckleton?

24       A.   No.

25            MS. FRECKLETON:  Okay.  Thank you for your

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 46

1    time, Ms. Venezian.

2              THE WITNESS:  Okay.

3              MS. FRECKLETON:  That will be -- that will

4    be it, John.

5              MR. KRAMER:  Thank you.

6              THE WITNESS:  All right.

7              MR. KRAMER:  All right.  We're going to take

8    a break to bring in --

9              THE COURT REPORTER:  I just have a -- a

10   quick question, if I may --

11             MR. KRAMER:  Sure.

12             THE COURT REPORTER:  -- before we go off

13   record.  Let's see.  Stand by.  Would you like to read

14   or waive?

15             MR. KRAMER:  The transcripts?

16             THE COURT REPORTER:  Yes.  Yeah.

17             MR. KRAMER:  Do you want to read the

18   transcript ?  We will -- we'll read it.

19   That's fine.

20             THE COURT REPORTER:  Oh, thank you.  Off the

21   record at 1:59 p.m.

22             (DEPOSITION CONCLUDED AT 1:59 P.M.)

23

24

25

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024

Page 47

1                    REPORTER'S CERTIFICATE

2

3            I, JOHN SHEFFIELD, a Court Reporter and

4    Notary Public in and for the State of New York, do

5    hereby certify:

6            That SARA VENEZIAN, the witness whose

7    examination is hereinbefore set forth, was first

8    duly sworn by me and that this transcript of said

9    testimony is a true record of the testimony given by

10   said witness.

11           I further certify that I am not related

12   to any of the parties to this action by blood or

13   marriage, and that I am in no way interested in the

14   outcome of this matter.

15           IN WITNESS WHEREOF, I have hereunto

16   subscribed my name this 30th day of January, 2024.

17

18   _____

19   JOHN SHEFFIELD

20   Court Reporter

21   Notary Commission No. NewYork/01SH6435698

22   Commission Expires:  July 5, 2026

23

24

25

Page 48

```
 1              DEPOSITION ERRATA SHEET

 2

 3   Our Assignment No. 45461

 4   Case Caption: MALVIA M. FRECKLETON v. MERCY COLLEGE,

 5   SUSAN MOSCOU, AND MIRIAM FORD

 6

 7          DECLARATION UNDER PENALTY OF PERJURY

 8

 9           I declare under penalty of perjury that I

10   have read the entire transcript of my deposition

11   taken in the above-captioned matter or the same has

12   been read to me, and the same is true and accurate,

13   save and except for changes and/or corrections, if

14   any, as indicated by me on the DEPOSITION ERRATA

15   SHEET hereof, with the understanding that I offer

16   these changes as if still under oath.

17

18        Signed on the _____ day of _____, 2024.

19

20

21           _____

22                  SARA VENEZIAN

23

24

25
```

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Sara Venezian on 01/30/2024          Index: 07-12-2019..activity

**Exhibits**

Venezian S-1
  3:10 11:20
  22:5

Venezian S-2
  3:11 15:25
  17:4,6
  18:23
  19:1,2,23
  28:2,3

Venezian S-3
  3:12 27:4

Venezian S-4
  3:13 35:14

Venezian S-5
  3:15 38:12

**0**

07-12-2019
  13:18

**1**

1   11:20
  22:5

12   15:15,16

12-2009   7:3

12:15   4:1,4

12:23   8:14

12:24   8:17

12:29   12:6

12:31   12:10

12:38   16:25

12:41   17:3

12:47   18:12

1538642780
  9:21

1:09   18:15

1:59   46:21,
  22

**2**

2   15:25
  17:4,6
  18:23
  19:1,2,23
  28:3,11
  30:8 38:4,
  7

2009   7:5

2019   5:25
  7:6 15:16

**3**

3   27:4
  42:24

**4**

4   35:14

**5**

5   38:12

**7**

7-12-2019
  9:3 30:20

7:22-cv-1985
  4:7

7th   7:3
  15:15

**A**

abide   33:15

absolutely
  11:16
  15:21
  18:18
  20:23
  35:15
  45:22

acceptable
  38:10,19,
  24 39:8,
  22,25 40:9
  41:25
  42:20
  43:18

accepted   6:6
  10:18
  29:17
  30:2,19
  40:16,18
  41:6

access   12:25
  13:3 20:21
  29:10

accessibility
  6:4 11:5
  15:19
  19:11
  20:21 21:5
  22:23,25
  24:8 25:10
  26:24
  35:12
  36:22 38:4
  43:19

accommodation
  6:6 10:19
  11:9 12:17
  15:19
  21:24
  22:25
  25:1,9
  26:19,24
  27:16
  28:21
  29:17
  30:3,19
  31:14,24
  32:22 39:1
  42:24
  43:24
  44:1,7,11,
  14,18

accommodations
  10:15 21:9
  22:16
  28:15 30:5
  36:4,6
  44:12,25

activity
  41:16

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 12

1    Q.   May I ask you this question?

2    A.   Sure.

3    Q.   When the College of New Rochelle merged with

4    Mercy College, were there a list of students that was

5    merged over to Mercy College?

6    A.   It was not a merger.

7    Q.   I didn't hear you, Mr. Joyce.

8    A.   Oh, I'm sorry, Ms. Freckleton.  It was not -

9    - it was not a merger of the institutions.

10   Q.   What was it then?

11   A.   It is what is known as a teach out.

12   Q.   And what is a teach out?

13   A.   Mercy College entered into an agreement to

14   teach out to students from the College of New Rochelle

15   who were in good standing at the time for the programs

16   that we had, which did not include all programs, but

17   included many.

18   Q.   Okay.  So how many -- from a student ID at

19   the Mercy College, Mr. Joyce, how many numbers make up

20   a student ID?

21   A.   I believe approximately eight.

22   Q.   Okay.  And for the record, Mr. Joyce, my

23   name, Malvia M.  Freckleton, was transferred over in

24   the teach out program to Mercy College, correct?

25   A.   The question to me is -- would -- I'm -- I'm

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 17

1          MR. KRAMER:  Objection to form, but you can

2     answer it.

3          THE WITNESS:  I'm not sure I understood -- I

4     heard the question clearly.  What does what mean?

5     BY MS. FRECKLETON:

6        Q.   BS and then you have nursing.

7        A.   BS as --

8        Q.   Just like you have -- just like -- I'll give

9     you an example, Mr. Joyce.  If a person does an

10    associate degree, it's an AS.  So I'm asking you, for

11    the student Malvia M.  Freckleton, pro se, Plaintiff,

12    was she ever in your BS nursing program?

13       A.   I have no knowledge of that.

14       Q.   Okay.  Mr. Joyce, on April 18th, 2019, did

15    Mercy College send Plaintiff Malvia M.  Freckleton a

16    congratulation letter?

17            MS. FRECKLETON:  Can you put that up for me,

18    Mr. John?

19            COURT REPORTER:  Absolutely.  Yes.  Stand

20    by.

21            MS. FRECKLETON:  Thank you.

22            COURT REPORTER:  Yep.

23    BY MS. FRECKLETON:

24       Q.   Mr. Joyce, I'll give you time to read that.

25    You can let me know when you're finished.

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 18

```
 1              COURT REPORTER:  Can you see okay, Mr.
 2   Joyce, or --
 3              THE WITNESS:  Yeah.  Yeah.  Thank you.
 4              I -- I have read it.
 5   BY MS. FRECKLETON:
 6        Q.    Okay.  Could you read the first line of this
 7   letter, Mr. Joyce?
 8        A.    April 18th, 2019.
 9        Q.    And the second line?
10        A.    20263639.
11        Q.    Do you know what that number is, Mr. Joyce?
12        A.    I see the number.  I -- I --
13              Can I ask you a question?
14              MR. KRAMER:  Yeah.
15              THE WITNESS:  I -- I -- I know what form it
16   might be for anybody.  I don't know the origin of this
17   letter, who sent it, when it was sent.  I -- it --
18              MS. FRECKLETON:  Mister --
19              MR. KRAMER:  If you can -- if you can answer
20   the question, then you know, do your best to answer it
21   --
22              THE WITNESS:  It would --
23              MR. KRAMER:  -- if you can.
24              THE WITNESS:  -- typically be a student's
25   CWID number.
```

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 20

1  Mercy College that you currently work?

2      A.    That is the -- what I stated is the address

3  for Mercy College, yes.  Or Mercy University.  Correct.

4      Q.    Okay.  And when Mercy College sends out a

5  congratulation letter, what is it telling the student

6  to do?

7           MR. KRAMER:  Objection to form, but you can

8  answer if you understand.

9           THE WITNESS:  Well, in this letter, it is --

10  in this letter, it's a acceptance letter.  It is

11  instructing the applicant to take next steps or take

12  steps with respect of financial aid.

13  BY MS. FRECKLETON:

14      Q.    Okay.  Thank you, Mr. Joyce.  And, Mr.

15  Joyce, on this letter, you did state that it's an

16  acceptance letter stating that the student, correct?

17      A.    I'm sorry, repeat the question.

18      Q.    Okay.  On this letter dated April 18th,

19  2019, from Mercy College, to whom is this letter

20  addressed?

21      A.    This letter I'm looking at is addressed to

22  Malvia Freckleton, 763 Lenox Road, Apartment 2R,

23  Brooklyn, New York.

24      Q.    Thank you.  And did you not say this is an

25  acceptance letter from Mercy College?

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 25

1    institutions you would want that -- any particular

2    institution you would like that aid directed towards if

3    you are eligible for it.

4        Q.   But you had to be a student of Mercy College

5    in order to even signed up for this financial aid,

6    correct?

7        A.   No.

8        Q.   Can a person just be given a financial aid

9    code who is not a student at Mercy College?

10            MR. KRAMER:  Object to the form of the

11    question.

12            THE WITNESS:  I believe you can find that

13    code on the website.

14    BY MS. FRECKLETON:

15        Q.   But does the -- does Mercy College just

16    gives anybody -- even though the code is on the

17    website, just -- Mercy College just hands out their

18    federal school code to anybody who is not a student?

19            MR. KRAMER:  Objection to form, but you can

20    answer if you understand it.

21            THE WITNESS:  I believe it's to anybody who

22    seeks it out.

23    BY MS. FRECKLETON:

24        Q.   So if anybody that seeks out to get a

25    financial aid from Mercy College, they could just go

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 28

1    answer.

2           THE WITNESS:  I -- I'm not sure I follow.  I

3    don't -- I'm -- I don't believe I could answer that

4    accurately.

5    BY MS. FRECKLETON:

6       Q.   Okay.  Let me rephrase it, Mr. Joyce.  Mr.

7    Joyce, can a person just go online and fill out a FAFSA

8    with the government?

9           MR. KRAMER:  Objection.  Asked and answered.

10   BY MS. FRECKLETON:

11      Q.   Without being a student?

12          MR. KRAMER:  Objection.  Asked and answered.

13   But you can answer if you know.

14          THE WITNESS:  Yes.

15   BY MS. FRECKLETON:

16      Q.   So you could go online not being a student,

17   and just fill out a FAFSA?

18          MR. KRAMER:  Asked and -- objection.  Asked

19   and answered.  You can answer if you know.

20          THE WITNESS:  Yes.

21   BY MS. FRECKLETON:

22      Q.   So, Mr. Joyce, can you say Malvia Freckleton

23   was a student at Mercy College?

24      A.   No, I cannot.

25      Q.   But didn't this letter give us a CWID

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 29

1    number, 20263639 attached to Malvia Freckleton?

2         A.    Letter states that, yes.

3         Q.    Okay.  And being a student, that is when you

4    get a financial aid, correct?

5              MR. KRAMER:  Objection to the form of that

6    question, but you can answer it if you understand it.

7              THE WITNESS:  You must be enrolled in order

8    to receive financial aid, but even then it's not an

9    automatic that you will get financial aid.

10   BY MS. FRECKLETON:

11        Q.    So you are now saying that a student must be

12   enrolled to get financial aid?

13        A.    Well, now saying, I don't see that any

14   different from my other answers, but yes, you must be -

15   - to actually receive financial aid, you must be

16   enrolled.

17        Q.    Mr. Joyce, isn't FAFSA a legit government

18   website?

19             MR. KRAMER:  Objection to the form of that

20   question, but you can answer if you understand it.

21             THE WITNESS:  Well, the FAFSA form is found

22   on a government website.

23   BY MS. FRECKLETON:

24        Q.    And the student code is given for that

25   government website, correct?

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 30

```
1              MR. KRAMER:  Objection to the form of the

2    question.  Given by whom?  When?  What are we talking

3    about?

4    BY MS. FRECKLETON:

5         Q.   Who gives a Mercy College code for the

6    government website?

7         A.   Are you referring -- what are you referring

8    to?  Which code?  I'm sorry.  We've bounced around

9    numbers here.

10        Q.   Okay.  So the Mercy -- the federal school

11   code for Mercy College is 002772, correct?

12        A.   I believe that is correct.

13        Q.   Okay.  So I'm saying, if FAFSA is a

14   government site, why would Mercy College give any

15   random person their student school federal code?

16             MR. KRAMER:  Objection to form, but you can

17   answer if you --

18             THE WITNESS:  We make that available to

19   anyone as do other institutions.

20   BY MS. FRECKLETON:

21        Q.   So, Mr. Joyce, for a student to fill out a

22   financial aid and it is completed with a FAFSA from the

23   government, is that student enrolled?

24        A.   No.

25        Q.   But why would the government give that
```

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024

Page 33

1          THE WITNESS:  Okay.

2          Yes, I see the screen.

3     BY MS. FRECKLETON:

4          Q.    Could you say what student account is this?

5          A.    The image I'm looking at says, student

6     account statement, Malvia M.  Frenckle -- Freckleton.

7     Excuse me.

8          Q.    And which college is this?

9          A.    It states Mercy College on the form.

10         Q.    And what is the student ID number?

11         A.    On this image, it states 20263639.

12         Q.    And what was the term for this financial

13    aid?

14         A.    It says, fall 2019 semester.

15         Q.    Mr. Joyce, is this a completed financial aid

16    form?

17         A.    This is a student account statement.

18         Q.    Is this a completed statement from FAFSA?

19         A.    No.

20         Q.    And why would it not be a completed

21    statement from FAFSA?

22         A.    A statement such as this would not come from

23    FAFSA.

24         Q.    Where would that come from?

25              MS. FRECKLETON:  Could you -- could you

18,22 9:1,
19 12:22
13:18 14:2
39:21,23,
24 45:8
50:1 51:10
52:7

**recording**
4:3

**referring**
30:7

**register**
47:3

**registered**
43:1 45:6
46:15,18,
20,21 47:7
49:5

**registration**
24:16

**relate** 47:14

**related**
47:15

**repeat** 15:24
20:17 32:5
35:25

**rephrase**
28:6 45:25

**REPORTER**
4:2,14,19
6:6,10,14,
17 9:25
13:25
14:3,7,13,

17,19
17:19,22
18:1 19:20
32:4,8,13,
17,22,25
34:2
36:15,17
39:21,24
40:7,10,
14,18,21,
23,25
41:4,7,10
43:7,10,
13,21
44:11
52:3,6

**representation
s** 11:15

**representing**
19:8

**requirements**
39:6,8,10
48:14

**respect**
20:12

**respectfully**
10:20

**respond** 48:5

**restating**
21:16

**result** 37:13

**retrieve**
8:5,11

**right-** 19:16

**Road** 20:22

**Rochelle**
5:16,20,25
7:17 8:24,
25 11:10
12:3,14
13:6
16:20,24
42:7

**rotate** 6:13

---

**S**

**schedule**
40:6,9,10,
13,14
41:18,20
42:9 43:15
45:4,7,15,
22 46:7,8,
24 48:2
49:17

**Scholarship**
38:16

**school** 9:19
19:12
24:10,13
25:18
27:15
30:10,15
31:25
42:15
43:17
45:22
49:18

**Science**

16:20

**Sciences**
42:16

**scope** 47:10,
12 48:6,
20,25
49:1,3,11,
14 50:14,
18 51:7

**screen** 32:21
33:2 41:15
42:22
48:18

**scroll** 34:1
36:11,13

**seeks** 25:22,
24

**semester**
26:2 33:14
34:9 47:8

**send** 7:15
8:23 14:9
17:15

**sending** 27:1

**sends** 20:4

**sense** 14:24

**series** 10:11

**shortly**
45:22

**show** 7:13,
23 9:16
34:16

**showing**

MALVIA M. FRECKLETON vs MERCY COLLEGE, ET AL.
Kevin Joyce on 01/30/2024                          Index: side..teach

42:22

side  19:12,
13,17

signed  5:20
25:5

simply  27:19

sir  4:19,25
8:5 10:1,
7,19 13:14
15:10

site  30:14

situations
50:8

sixth  10:6

Southern  4:7

speaking
13:22

specific
34:10

spoken  46:4

stamp  8:17

stand  14:3
17:19 32:4
36:17 40:7
42:12

Standby  6:6
32:8

standing
12:15
13:17,19,
22 16:10,
14,16

start  26:2
45:16,22

starting  7:4
10:6

state  4:9
7:4,6
10:10
20:15
22:3,22
31:9 45:13
48:23

stated  15:17
20:2 21:6,
9

statement
33:6,17,
18,21,22
36:12,19,
21,23

statements
9:4,8

states  4:7
8:9 11:12
29:2 33:9,
11 36:19
44:4,24
45:11

stating
20:16
22:13,14

step  21:23
24:6 31:7
46:5,8

steps  20:11,
12

stop  34:3

story  8:15
47:22

Street  10:24

student
5:10,16,25
6:25 7:5
10:18
11:13
12:18,20
13:8,16
15:17
16:18
17:11 19:3
20:5,16
21:22
22:5,23
23:21
24:5,25
25:4,9,18
26:11,12,
14,24
27:8,16
28:11,16,
23 29:3,
11,24
30:15,21,
23 31:13,
23 33:4,5,
10,17
35:2,8,10
36:19,21,
23 37:13
39:13
40:6,7
41:18,20
42:8 45:4,

8,14,15
46:2,6,9,
10,14,17,
21,23,24
47:2,5,7,
19,25
48:1,2,12
49:16 50:9

student's
10:10
18:24

students
5:21 7:16
8:23,24
9:17 12:4,
14 13:19,
23 15:20
16:1,10
24:14
36:24 49:4

stuff  9:9,
22,23

suggest
46:15

suggesting
22:1

Susan  4:5
51:5

swear  4:15

sworn  4:18

─────────

T

─────────

talking  30:2

teach  12:11,

| ID | MERCY_ID | NAME | MATCH_STA | ERROR_TEXT | OPTIN |
|---|---|---|---|---|---|
| 100897610 | 20178422 | Serrano, Chasity | M | Processed without error | NoOptIn |
| 100897642 | 20262648 | Hill, Amari | N | Processed without error | NoOptIn |
| 100897674 | 20257134 | London, Jasmine | M | Processed without error | OptIn |
| 100897922 | 20178425 | Panizzi, Anais | M | Processed without error | NoOptIn |
| 100898138 | 20161061 | Punter, Ayanna | M | Processed without error | NoOptIn |
| 100898146 | 20182958 | Smith, Destiny | M | Processed without error | NoOptIn |
| 100898154 | 20263387 | Mandry, Hailey | N | Processed without error | OptIn |
| 100898186 | 20261731 | Boateng, Kofi | N | Processed without error | NoOptIn |
| 100898194 | 20162689 | Rivera, Victoria | M | Processed without error | OptIn |
| 100898266 | 20184032 | DeFelice, Angelica | M | Processed without error | NoOptIn |
| 100898282 | 20163720 | Ramirez, Kailene | M | Processed without error | NoOptIn |
| 100898306 | 20262186 | Coombs, Briana | N | Processed without error | NoOptIn |
| 100898466 | 20257417 | Cortes, Jaileen | M | Processed without error | OptIn |
| 100898474 | 20261421 | Paul, Heidi | N | Processed without error | NoOptIn |
| 100898594 | 20263531 | Saint-Pierre, Consuela | N | Processed without error | NoOptIn |
| 100898722 | 20258182 | Garcia, Stephanie | M | Processed without error | NoOptIn |
| 100898826 | 20187997 | Smith-Grant, Christina | M | Processed without error | NoOptIn |
| 100899002 | 20258277 | Sarpong, Richard | M | Processed without error | NoOptIn |
| 100899114 | 20263248 | Obeng, Regina | N | Processed without error | NoOptIn |
| 100899274 | 20263684 | Rama, Paige | N | Processed without error | NoOptIn |
| 100899602 | 20017961 | Mogg, Jessica | M | Processed without error | NoOptIn |
| 100900130 | 20264094 | Gomez-Ceesay, Fatou | N | Processed without error | NoOptIn |
| 100900858 | 20263639 | Freckleton, Malvia | N | Processed without error | NoOptIn |
| 100900986 | 20262563 | Pelka, Stephanie | N | Processed without error | NoOptIn |
| 100901442 | 20264067 | Graham, Treagelle | N | Processed without error | NoOptIn |
| 100901466 | 20228265 | Valdivia, Amanda | M | Processed without error | NoOptIn |
| 100901650 | 20258001 | Jackson, Nikkita | M | Processed without error | NoOptIn |
| 100901866 | 20257214 | Malang-Jobarteh, Fatou | M | Processed without error | NoOptIn |
| 100902250 | 20256384 | Simon, Brittaney | M | Processed without error | OptIn |
| 100902658 | 20085061 | Moonjely, Anittamol | M | Processed without error | NoOptIn |
| 100902994 | 20262208 | Joseph, Mona | N | Processed without error | NoOptIn |
| 100903266 | 20080712 | Dore, Evateiya | M | Processed without error | OptIn |
| 100905290 | 20169763 | Valentin, Amin | M | Processed without error | OptIn |
| 100906170 | 20263002 | Garcia, Nyssa Mae | N | Processed without error | NoOptIn |
| 100906746 | 20192640 | Gyima Wiafe, Grace | M | Processed without error | NoOptIn |
| 100906762 | 20261495 | Edie, Alexa | N | Processed without error | NoOptIn |
| 100906770 | 20257207 | Drammeh, Isatou | M | Processed without error | NoOptIn |
| 100906778 | 20263678 | Mcdonald, Tameika | N | Processed without error | NoOptIn |
| 100906794 | 20262701 | Perez, Tiffany | N | Processed without error | OptIn |
| 100906882 | 20261836 | Dodoo, Shirley | N | Processed without error | NoOptIn |
| 100906978 | 20263829 | Gyapong, Kofi | N | Processed without error | NoOptIn |
| 100906986 | 20263761 | Addobea, Ama | N | Processed without error | NoOptIn |

| Name | First | ID | Term | Date | | Degree | Code | Program |
|---|---|---|---|---|---|---|---|---|
| Judge, Linc Ljudge1@n Benjamin, Benjamin | Ronald | 20263620 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n October, Je October | Jennel | 20263621 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Whyte, Asl Whyte | Asha-Kay | 20263622 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Griffith, Ph Griffith | Phillida | 20263623 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Williams, C Williams | Charlene | 20263624 | 201930 | ######## | AS | BS | BS_NUSD | Nursing    UG |
| Judge, Linc Ljudge1@n Agro, Nich Agro | Nicholas | 20263626 | 201930 | ######## | AS | BS | BS_NUSD | Nursing    UG |
| Judge, Linc Ljudge1@n McGuire, N McGuire | Margaret | 20263627 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Sambula, T Sambula | Tenita | 20263628 | 201930 | ######## | AS | BA | BA_PYNS | Psychology UG |
| Judge, Linc Ljudge1@n Perez, Mat Perez | Mabel | 20263629 | 201930 | ######## | AS | BS | BS_NURS | Nursing    UG |
| Judge, Linc Ljudge1@n Barkley, Ni Barkley | Niasia | 20263630 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Edwards, A Edwards | Ana | 20263632 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Bligh, Dian Bligh | Dianna | 20263633 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Storino, Ch Storino | Christina | 20263634 | 201930 | ######## | AS | ACER | ACER_TESI | Tch Eng to  GR |
| Needs Cod AGurdinee Lugo, Oriel Lugo | Orien | 20263635 | 201930 | ######## | AS | BS | BS_NURS | Nursing    UG |
| Judge, Linc Ljudge1@n Karim, Yasi Karim | Yasmin | 20263636 | 201930 | ######## | AS | BS | BS_NURS | Nursing    UG |
| Judge, Linc Ljudge1@n Cochran, A Cochran | Althea | 20263637 | 201930 | ######## | AS | MPA | MPA_HSM | Health Ser GR |
| Needs Cod AGurdinee Carrington Carrington | Denise | 20263638 | 201930 | ######## | AS | MS | MS_NUFN | Family Nur GR |
| Judge, Linc Ljudge1@n Freckleton Freckleton | Malvia | 20263639 | 201930 | ######## | AS | BS | BS_NURS | Nursing    UG |
| Judge, Linc Ljudge1@n Ng, Vivian Ng | Vivian | 20263640 | 201930 | ######## | AS | BS | BS_NURS | Nursing    UG |
| Judge, Linc Ljudge1@n Johnson, K Johnson | Kamille | 20263641 | 201930 | ######## | AS | BS | BS_CINS | Criminal Ju UG |
| Judge, Linc Ljudge1@n Reyes-Mas Reyes-Mas | Jose | 20263643 | 201930 | ######## | AS | BS | BS_CINS | Criminal Ju UG |
| Judge, Linc Ljudge1@n Lawrence, Lawrence | Janet | 20263644 | 201930 | ######## | AS | BS | BS_NURS | Nursing    UG |
| Judge, Linc Ljudge1@n Maine, Sha Maine | Sharese | 20263645 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Jackson, Cl Jackson | Chasity | 20263647 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Conza, Joh Conza | John | 20263648 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Brown, Jon Brown | Jonell | 20263649 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Crisp, Bran Crisp | Brandeis | 20263650 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Jordan, Ge Jordan | Georgia | 20263651 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Evangelist, Evangelist | Donald | 20263652 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Goedgedri Goedgedri | Franz | 20263653 | 201930 | ######## | AS | MPA | MPA_HSM | Health Ser GR |
| Judge, Linc Ljudge1@n Gilmore, K Gilmore | Kimberly | 20263654 | 201930 | ######## | AS | BA | BA_LAUD | Liberal Art: UG |
| Judge, Linc Ljudge1@n Luedeman Luedeman | Nicole | 20263655 | 201930 | ######## | AS | MS | MS_NUFN | Family Nur GR |
| Judge, Linc Ljudge1@n Lyons, Emi Lyons | Emily | 20263656 | 201930 | ######## | AS | BS | BS_NUSD | Nursing    UG |
| Judge, Linc Ljudge1@n Alshaibi, A Alshaibi | Asaleh | 20263657 | 201930 | ######## | AS | BS | BS_BAGB | Bus Adm/C UG |

| | | | | |
|---|---|---|---|---|
| A00018166 | 20261796 | Folarin, Shakirat | N | Processed without error |
| 100543894 | 10100894 | Forrester, Janel | M | Processed without error |
| A00018527 | 20257209 | Fosu, Richard | M | Processed without error |
| A00019605 | 20263673 | Francis, Sade | N | Processed without error |
| A00018538 | 20263313 | Franklin, Zarria | N | Processed without error |
| A00018905 | 20258355 | Franklyn-Peart, Camile | M | Processed without error |
| 100914082 | 20263180 | Fray, Isaiah | N | Processed without error |
| 100900858 | 20263639 | Freckleton, Malvia | N | Processed without error |
| 100919022 | 20263371 | Freeman-Afriyie, Sheonia | N | Processed without error |
| A00013301 | 20262828 | Fuzailov, Sarah | N | Processed without error |
| A00013213 | 20217947 | Gaisi, Eman | M | Processed without error |
| 100914682 | 20261687 | Galawanji, Wallis | N | Processed without error |
| 100915626 | 20262212 | Gamarra, Carmen | N | Processed without error |
| A00019655 | 20261512 | Gandhi, Sejal | N | Processed without error |
| 100918738 | 20263261 | Garba, Nouroudine | N | Processed without error |
| A00016241 | 20264046 | Garces, Jazmine | N | Processed without error |
| A00016477 | 20257996 | Garcia, Emely | M | Processed without error |
| A00015957 | 20257872 | Garcia, Kimberly | M | Processed without error |
| 100906170 | 20263002 | Garcia, Nyssa Mae | N | Processed without error |
| 100898722 | 20258182 | Garcia, Stephanie | M | Processed without error |
| A00017000 | 20261792 | Garib, Jennifer | N | Processed without error |
| A00016468 | 20256623 | Garrison, Liana | M | Processed without error |
| A00012739 | 10283989 | Gassler, Teryn | M | Processed without error |
| A00013661 | 20121126 | Gattuso, Angela | M | Processed without error |
| A00019610 | 20136385 | Gazda, Julia | M | Processed without error |
| 100909458 | 20256745 | Gelin, Jeanissa | M | Processed without error |
| A00012673 | 20262501 | George Decambre, Annique | N | Processed without error |
| A00018782 | 20262933 | Georgioudakis, Gabriella | N | Processed without error |
| A00013725 | 20263112 | Germosen, Kihanyis | N | Processed without error |
| A00018762 | | Giardinello, Vanessa | | |
| 100894394 | 20262507 | Giscombe, Tracey | N | Processed without error |
| A00013761 | 20262869 | Giwa, Blessing | N | Processed without error |
| A00012794 | 20216501 | Gjoka, Emanuel | M | Processed without error |
| A00016406 | 20257530 | Glass, Kasey | M | Processed without error |
| 100900130 | 20264094 | Gomez-Ceesay, Fatou | N | Processed without error |
| 100887738 | 20147196 | Gonzalez, Marlene | M | Processed without error |
| A00018296 | 20232934 | Gonzalez, Nathalie | M | Processed without error |
| A00019134 | 20155907 | Gordon, Akelia | M | Match is already a student |
| 100909050 | 20263017 | Graham, Lavan | N | Processed without error |
| 100901442 | 20264067 | Graham, Treagelle | N | Processed without error |
| A00012044 | 20240033 | Green, Kayla | M | Processed without error |
| 100911250 | 20264031 | Greenberg, Kaitlyn | N | Processed without error |
| A00018182 | 20256365 | Greene, Nia | M | Processed without error |
| 100912498 | 20261346 | Greer, Hannah | N | Processed without error |
| 100902986 | 20262857 | Griffith, Derrianne | N | Processed without error |
| A00013490 | 20263975 | Guaman, Vilma | N | Processed without error |
| A00019964 | 20263169 | Guarino, Alexa | N | Processed without error |

| | | | | |
|---|---|---|---|---|
| 100897922 | 20178425 | Panizzi, Anais | M | Processed without error |
| 100898138 | 20161061 | Punter, Ayanna | M | Processed without error |
| 100898146 | 20182958 | Smith, Destiny | M | Processed without error |
| 100898154 | 20263387 | Mandry, Hailey | N | Processed without error |
| 100898186 | 20261731 | Boateng, Kofi | N | Processed without error |
| 100898194 | 20162689 | Rivera, Victoria | M | Processed without error |
| 100898266 | 20184032 | DeFelice, Angelica | M | Processed without error |
| 100898282 | 20163720 | Ramirez, Kailene | M | Processed without error |
| 100898306 | 20262186 | Coombs, Briana | N | Processed without error |
| 100898466 | 20257417 | Cortes, Jaileen | M | Processed without error |
| 100898474 | 20261421 | Paul, Heidi | N | Processed without error |
| 100898594 | 20263531 | Saint-Pierre, Consuela | N | Processed without error |
| 100898722 | 20258182 | Garcia, Stephanie | M | Processed without error |
| 100898826 | 20187997 | Smith-Grant, Christina | M | Processed without error |
| 100899002 | 20258277 | Sarpong, Richard | M | Processed without error |
| 100899114 | 20263248 | Obeng, Regina | N | Processed without error |
| 100899274 | 20263684 | Rama, Paige | N | Processed without error |
| 100899602 | 20017961 | Mogg, Jessica | M | Processed without error |
| 100900130 | 20264094 | Gomez-Ceesay, Fatou | N | Processed without error |
| 100900858 | 20263639 | Freckleton, Malvia | N | Processed without error |
| 100900986 | 20262563 | Pelka, Stephanie | N | Processed without error |
| 100901442 | 20264067 | Graham, Treagelle | N | Processed without error |
| 100901466 | 20228265 | Valdivia, Amanda | M | Processed without error |
| 100901650 | 20258001 | Jackson, Nikkita | M | Processed without error |
| 100901866 | 20257214 | Malang-Jobarteh, Fatou | M | Processed without error |
| 100902250 | 20256384 | Simon, Brittaney | M | Processed without error |
| 100902658 | 20085061 | Moonjely, Anittamol | M | Processed without error |
| 100902994 | 20262208 | Joseph, Mona | N | Processed without error |
| 100903266 | 20080712 | Dore, Evateiya | M | Processed without error |
| 100905290 | 20169763 | Valentin, Amin | M | Processed without error |
| 100906170 | 20263002 | Garcia, Nyssa Mae | N | Processed without error |
| 100906746 | 20192640 | Gyima Wiafe, Grace | M | Processed without error |
| 100906762 | 20261495 | Edie, Alexa | N | Processed without error |
| 100906770 | 20257207 | Drammeh, Isatou | M | Processed without error |
| 100906778 | 20263678 | Mcdonald, Tameika | N | Processed without error |
| 100906794 | 20262701 | Perez, Tiffany | N | Processed without error |
| 100906882 | 20261836 | Dodoo, Shirley | N | Processed without error |
| 100906978 | 20263683 | Gyapong, Kofi | N | Processed without error |
| 100906986 | 20263761 | Addobea, Ama | N | Processed without error |
| 100906994 | 20262834 | Agyeman, Adwoa | N | Processed without error |
| 100907018 | 20243771 | Ragone, Alyssa | M | Match is already a student |
| 100907570 | 20256829 | Williams, Sharifah | N | Processed without error |
| 100907810 | 20256534 | Peters, Matthew | M | Processed without error |
| 100908522 | 20261657 | Martinez, Justine | N | Processed without error |
| 100908714 | 20256646 | Charles, Emmanuela | M | Processed without error |
| 100908794 | 20186525 | Padilla, Gina | M | Processed without error |
| 100909138 | 20261597 | Guzman, Estrella | N | Processed without error |

**School of Nursing and Healthcare Professions_ REAL OFFICE**

| Last Name | First Name | Middle Name | Student ID | CNR Email |
|---|---|---|---|---|
| Adom | Amera | | 100918918 | aa2726it@cnr.edu |
| Aguirre | Amanda | | A00016586 | aa6935@cnr.edu |
| Aquilino | Bettiana | R. | 100911506 | ba9562sd@cnr.edu |
| Awuah | O'Brien | | 100890938 | oa9695it@cnr.edu |
| Aziz | Fatima | | 100864690 | fa3483as@cnr.edu |
| Bastian | Jessica | | 100887194 | jb6184sd@cnr.edu |
| Beckford | Dawnette | | 100862658 | db8221co@cnr.edu |
| Bhui | Perdeep | | 100906250 | pb8931it@cnr.edu |
| Blitz | Jessica | | 100898690 | jb8704sn@cnr.edu |
| Bozzelli | Dominic | | A00012631 | db1185@cnr.edu |
| Brinn | Elizabeth | | 100883546 | eb1884it@cnr.edu |
| Bulfamante | Lauren | | A00019103 | lb9677@cnr.edu |
| Burrell | Aysha | | A00018757 | ab3504@cnr.edu |
| Carpenter-Reeves | Jeannine | | A00018287 | jc2836@cnr.edu |
| Cavuoto | Michael | | 100445824 | mc1229@cnr.edu |
| Chu | Thomas | M. | A00013263 | tc8944@cnr.edu |
| Coviello | Kaylee | | A00016243 | kc4806@cnr.edu |
| Criscuolo | Kerri Lynn | | 100908778 | kc2994sd@cnr.edu |
| Crisp | Caitlin | | A00016624 | cc2682@cnr.edu |
| Cullen | Erica Lynn | | 100897418 | ec5609sd@cnr.edu |
| Cuthbert | Karen | | 100899186 | kc3428sn@cnr.edu |
| Dei Sakyi | Akosua | | A00018899 | ad3105@cnr.edu |
| Epstein | Jessica | C. | A00019449 | je4322@cnr.edu |
| Epstein | Sharon | | A00019662 | se3010@cnr.edu |
| Fang | Xiaoying | | 100918226 | xf5004it@cnr.edu |
| Farmer | Janae | | A00012726 | jf4085@cnr.edu |
| Farrell | Kimberly | B. | A00015420 | kf2144@cnr.edu |
| Fishkind | Yelida | | 100913034 | yf4126it@cnr.edu |
| Floriano | Joanna | | A00013543 | jf9656@cnr.edu |
| Freckelton | Malvia | | 100900858 | mf5895sn@cnr.edu |
| Galawanji | Wallis | | 100914682 | wg2545sn@cnr.edu |
| Garcia | Stephanie | | 100898722 | sg1615sn@cnr.edu |
| Guaba | Stephanie | | 100909626 | sg6543sn@cnr.edu |
| Hagler | Tuvia | | 100889962 | th4793sn@cnr.edu |
| Harris | Zoe | | A00012677 | zh1653@cnr.edu |



...ol of Nursing and Healthcare Professions - REAL OFFICE

| Name | First Name | Middle Name | Student ID | CNR Email | Email 2 | College Enrollment Status 2018 - 2019 | Institution | Notes from E.S. |
|---|---|---|---|---|---|---|---|---|
| ı | Amera | | 100918918 | aa2726it@cnr.edu | | Withdrawn | The College of New Rochelle | |
| re | Amanda | | A00016586 | aa6935@cnr.edu | | Enrolled | The College of New Rochelle | |
| no | Bettiana | R. | 100911506 | ba9562sd@cnr.edu | | Graduated | The College of New Rochelle | |
| h | O'Brien | | 100890938 | oa9695it@cnr.edu | obrien371@yahoo.co.uk | Graduated | The College of New Rochelle | |
| | Fatima | | 100864690 | fa3483as@cnr.edu | | Withdrawn | The College of New Rochelle | |
| an | Jessica | | 100887194 | jb6184sd@cnr.edu | | Graduated | The College of New Rochelle | |
| ord | Dawnette | | 100862658 | db8221co@cnr.edu | JoannaFloriano@gmail.com | Enrolled | The College of New Rochelle | |
| | Perdeep | | 100906250 | pb8931it@cnr.edu | | Graduated | The College of New Rochelle | |
| | Jessica | | 100898690 | jb8704sn@cnr.edu | | Graduated | The College of New Rochelle | |
| elli | Dominic | | A00012631 | db1185@cnr.edu | dvbozz@gmail.com | Graduated | The College of New Rochelle | |
| | Elizabeth | | 100883546 | eb1884it@cnr.edu | | Graduated | The College of New Rochelle | |
| mante | Lauren | | A00019103 | llb9677@cnr.edu | | Enrolled | The College of New Rochelle | |
| ll | Aysha | | A00018757 | ab3504@cnr.edu | | Enrolled | The College of New Rochelle | |
| enter-Reeves | Jeannine | | A00018287 | jc2836@cnr.edu | jeannine.carpenter00@gmail.com | Enrolled | The College of New Rochelle | |
| oto | Michael | | 100445824 | mc1229@cnr.edu | | Enrolled | The College of New Rochelle | |
| | Thomas | M. | A00013263 | tc8944@cnr.edu | | Enrolled | The College of New Rochelle | * |
| ello | Kaylee | | A00016243 | kc4806@cnr.edu | | Enrolled | The College of New Rochelle | |
| uolo | Kerri Lynn | | 100908778 | kc2994sd@cnr.edu | | Enrolled | The College of New Rochelle | |
| | Caitlin | | A00016624 | cc2682@cnr.edu | | Enrolled | The College of New Rochelle | * |
| n | Erica Lynn | | 100897418 | ec5609sd@cnr.edu | | Graduated | The College of New Rochelle | |
| ert | Karen | | 100899186 | kc3428sn@cnr.edu | | Graduated | The College of New Rochelle | |
| akyi | Akosua | | A00018899 | ad3105@cnr.edu | | Enrolled | The College of New Rochelle | |
| in | Jessica | C. | A00019449 | je4322@cnr.edu | | Withdrawn | The College of New Rochelle | * |
| in | Sharon | | A00019662 | se3010@cnr.edu | | Withdrawn | The College of New Rochelle | |
| | Xiaoying | | 100918226 | xf5004it@cnr.edu | | Graduated | The College of New Rochelle | |
| er | Janae | | A00012726 | jf4085@cnr.edu | | Enrolled | The College of New Rochelle | |
| ll | Kimberly | B. | A00015420 | kf2144@cnr.edu | | Deceased | The College of New Rochelle | |
| ind | Yelida | | 100913034 | yf4126it@cnr.edu | | Graduated | The College of New Rochelle | |
| no | Joanna | | A00013543 | jf9656@cnr.edu | JoannaFloriano@gmail.com | Withdrawn | The College of New Rochelle | |
| elton | Malvia | | 100900858 | mf5895sn@cnr.edu | | Withdrawn | The College of New Rochelle | |
| vanji | Wallis | | 100914682 | wg2545sn@cnr.edu | | Withdrawn | The College of New Rochelle | |
| a | Stephanie | | 100898722 | sg1615sn@cnr.edu | | Enrolled | The College of New Rochelle | |
| a | Stephanie | | 100909626 | sg6543sn@cnr.edu | | Graduated | The College of New Rochelle | |
| er | Tuvia | | 100889962 | th4793sn@cnr.edu | | Graduated | The College of New Rochelle | |
| s | Zoe | | A00012677 | zh1653@cnr.edu | | Withdrawn | The College of New Rochelle | |
| s | Lori | | 100875426 | lh1027sd@cnr.edu | | Graduated | The College of New Rochelle | |
| / | Crystal | | 100913770 | ch9284it@cnr.edu | | Graduated | The College of New Rochelle | |
| nov | Regina | | 100914330 | rk1903it@cnr.edu | | Withdrawn | The College of New Rochelle | |
| | Alexandria | | A00018761 | ak3265@cnr.edu | | Enrolled | The College of New Rochelle | |
| n | Christina | | A00014803 | cl4040@cnr.edu | | Enrolled | The College of New Rochelle | |
| s | Nikita | | 100897274 | nl7248sd@cnr.edu | | Graduated | The College of New Rochelle | |
| s | Abigail | K | A00013697 | al2326@cnr.edu | | Enrolled | The College of New Rochelle | |
| s | Shine | | A00018220 | sl4089@cnr.edu | | Enrolled | The College of New Rochelle | |
| a | Alexa | | 100851410 | alexa.manna@cnr.edu | | Graduated | The College of New Rochelle | |
| nez | Carmen | | 100912642 | cm8703sn@cnr.edu | | Enrolled | The College of New Rochelle | |
| ffe | Patricia | A | 100918862 | pm2819it@cnr.edu | | Graduated | The College of New Rochelle | |
| od | Taneka | | 100906210 | tm3483it@cnr.edu | | Graduated | The College of New Rochelle | |
| les | Michal | | A00015938 | mm7104@cnr.edu | | Enrolled | The College of New Rochelle | |
| t | Brenna | | 100909570 | bm1588sn@cnr.edu | bemerritt20@gmail.com | Withdrawn | The College of New Rochelle | |
| ina | Maria | | 100909906 | mm8733sn@cnr.edu | kevinmontag@gmail.com | Enrolled | The College of New Rochelle | |
| o | Stephanie | | 100897146 | sm4728sd@cnr.edu | sakina0255@gmail.com | Graduated | The College of New Rochelle | |
| ag | Kevin | | 100897130 | km3713sd@cnr.edu | park.alison@gmail.com | Graduated | The College of New Rochelle | |
| an | Montia | Z | A00013216 | mm6274@cnr.edu | | Enrolled | The College of New Rochelle | |
| o | Kimberly | M | A00018078 | km9286@cnr.edu | | Withdrawn | The College of New Rochelle | |
| tou | Cisse | | A00018195 | cn7820@cnr.edu | | Enrolled | The College of New Rochelle | |
| son | Jennifer | | 100912442 | jn6497as@cnr.edu | | Withdrawn | The College of New Rochelle | |
| z | Lucia | | A00018134 | ln6964@cnr.edu | | Enrolled | The College of New Rochelle | |
| ru | Sakina | | 100898650 | so7114it@cnr.edu | sakina0255@gmail.com | Graduated | The College of New Rochelle | |
| anjo | Babatunde | S | 100890562 | bo7066it@cnr.edu | | Graduated | The College of New Rochelle | |
| o | Abisoye | | A00013165 | ao9789@cnr.edu | | Enrolled | The College of New Rochelle | |
| | Alison | | A00019627 | ap2134@cnr.edu | park.alison24@gmail.com | Withdrawn | The College of New Rochelle | |
| w | James | | A00018841 | jp6702@cnr.edu | | Enrolled | The College of New Rochelle | |
| :-Segnini | Camila | | 100911330 | cp4163as@cnr.edu | | Withdrawn | The College of New Rochelle | |

| | Toya | | | | | | |
|---|---|---|---|---|---|---|---|
| | Roman | J | A00017450 | rr3951@cnr.edu | | Enrolled | The College of New Rochelle |
| lfo | Rhomina | C | A00019278 | rr9626@cnr.edu | | Enrolled | The College of New Rochelle |
| er | Charlotte | | 100875538 | cr1015sn@cnr.edu | | Enrolled | The College of New Rochelle |
| na | Sylvia | | 100888738 | ss2942as@cnr.edu | | Graduated | The College of New Rochelle |
| on | Jodian | | 100914850 | js2071it@cnr.edu | | Graduated | The College of New Rochelle |
| ro | Jillian | | 100908226 | js9495sd@cnr.edu | | Graduated | The College of New Rochelle |
| n | Brittaney | | 100902250 | bs4996as@cnr.edu | | Withdrawn | The College of New Rochelle |
| ns | Lisa | | A00014208 | ls5122@cnr.edu | | Enrolled | The College of New Rochelle |
| -Grant | Cristina | | 100898826 | cs8656sn@cnr.edu | | Graduated | The College of New Rochelle |
| ner | Ebone | | 100887362 | es7467sn@cnr.edu | | Graduated | The College of New Rochelle |
| no | Annisaa | | 100897594 | as1886sn@cnr.edu | | Withdrawn | The College of New Rochelle |
| as | Justin | L. | 100914362 | jot1953sn@cnr.edu | | Enrolled | The College of New Rochelle |
| as | Tenisha | | 100918386 | tt6017it@cnr.edu | | Graduated | The College of New Rochelle |
| aint | Blondine | | 100909882 | bt1130as@cnr.edu | | Enrolled | The College of New Rochelle |
| Morales | Zuleimarie | | 100823306 | zv4420as@cnr.edu | | Graduated | The College of New Rochelle |
| os | Jena | | 100914018 | jv7199SN@cnr.edu | | Graduated | The College of New Rochelle |
| s | Minerva | | 100915306 | mv7045it@cnr.edu | | Enrolled | The College of New Rochelle |
| ez | Tiffany | | 100888018 | tv1018as@cnr.edu | | Enrolled | The College of New Rochelle | Multiple Sclerosis, Priority |
| d-McDonald | Tameika | | 100906778 | tw6153sn@cnr.edu | | Graduated | The College of New Rochelle |
| o | Christopher | P. | 100915378 | cy7618it@cnr.edu | | Withdrawn | The College of New Rochelle |
| ulias | Jenna | M. | A00013637 | jz1808@cnr.edu | | Withdrawn | The College of New Rochelle |

| MERCY_IC | NAME | | TEXT | PROG | | | PROG_CODE | PROG | DEG |
|---|---|---|---|---|---|---|---|---|---|
| 7770 | 20103889 | Gerber, Sheera | M | Invalid program -- no map | NoOptIn | | NR_NM_NON | SNR Non Matriculated Student | 0000 |
| 8194 | | Alvarez, Clarisse | | | | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 6434 | | Dawkins, Tahirah | | | | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 5663 | 20262240 | Allaway, Shawn | N | Processed without error | NoOptIn | 4/15/2019 16:40:49 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3607 | 20207238 | Ortiz, Samantha | M | Processed without error | NoOptIn | 4/15/2019 16:40:30 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3085 | 20263909 | Brown, Cassandra | N | Processed without error | NoOptIn | 4/15/2019 16:43:44 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3936 | 20257421 | Dunn, Georgia | M | Processed without error | OptIn | 4/15/2019 16:40:36 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 5784 | 20263254 | Guina, Pauline | N | Processed without error | NoOptIn | 4/15/2019 16:42:27 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 4435 | 20263501 | Blamah, Lorpu | N | Processed without error | NoOptIn | 4/15/2019 16:42:56 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1569 | 20262989 | Mcdonald, Tasza | N | Processed without error | NoOptIn | 4/15/2019 16:41:58 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 4537 | 20262108 | Morales, Sabrina | N | Processed without error | NoOptIn | 4/15/2019 16:42:30 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 4753 | 20257768 | Attipoe, Priscilla | M | Processed without error | NoOptIn | 4/15/2019 16:41:19 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 5805 | 20258348 | Carter, Angela | M | Processed without error | OptIn | 4/15/2019 16:41:45 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 5450 | 20261524 | Ewan, Nathalee | N | Processed without error | OptIn | 4/15/2019 16:39:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 5857 | 20263976 | Livingston, Maria | N | Processed without error | NoOptIn | 4/15/2019 16:43:50 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 5883 | 20262160 | Brown, Natalya | N | Processed without error | OptIn | 4/15/2019 16:40:42 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7125 | 20258008 | Mede, Melisia | N | Processed without error | OptIn | 4/15/2019 16:39:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7367 | 20256290 | Wright, Shanique | N | Processed without error | NoOptIn | 4/15/2019 16:41:12 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7527 | 20263389 | Martinez, Christine | N | Processed without error | NoOptIn | 4/15/2019 16:42:42 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7546 | 20129727 | Mathai, Stacey | N | Processed without error | NoOptIn | 4/15/2019 16:40:30 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7553 | 20124249 | Roeder, Charlotte | M | Processed without error | OptIn | 4/15/2019 16:41:55 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7561 | 20263476 | Figuereo Ramirez, Anaudy | N | Processed without error | NoOptIn | 4/15/2019 16:42:53 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7702 | 10295490 | King, Deidre | M | Processed without error | NoOptIn | 4/15/2019 16:39:41 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 7771 | 20262319 | Lamothe, Rouben | N | Processed without error | NoOptIn | 4/15/2019 16:40:56 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3067 | 20261401 | Farr, Aliyah | N | Processed without error | OptIn | 4/15/2019 16:39:24 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3338 | 20261449 | Service, Sonia | N | Processed without error | NoOptIn | 4/15/2019 16:39:28 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3624 | 20263644 | Lawrence, Janet | N | Processed without error | NoOptIn | 4/15/2019 16:43:12 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3759 | 20225269 | Cabreja, Cynthia | M | Processed without error | NoOptIn | 4/15/2019 16:43:47 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3773 | 20147196 | Gonzalez, Marlene | M | Processed without error | NoOptIn | 4/15/2019 16:43:12 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3784 | 20263064 | Valero, Leslie | N | Processed without error | OptIn | 4/15/2019 16:42:06 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3792 | 20262568 | Choisi, Samanta | N | Processed without error | NoOptIn | 4/15/2019 16:41:19 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3801 | 20258036 | Vazquez, Tiffany | M | Processed without error | NoOptIn | 4/15/2019 16:41:11 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 3873 | 20112543 | Saldana, Sylvia | M | Processed without error | NoOptIn | 4/15/2019 16:40:11 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9445 | 20262298 | Ronda, Nicole | N | Processed without error | NoOptIn | 4/15/2019 16:40:54 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9459 | 20262345 | Amougou, Solange | N | Processed without error | NoOptIn | 4/15/2019 16:40:58 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9502 | 20262204 | Sawyers, Andrea | N | Processed without error | NoOptIn | 4/15/2019 16:40:46 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9645 | 20262442 | Duchein, Janine | N | Processed without error | NoOptIn | 4/15/2019 16:41:07 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9723 | 20162329 | Philip, Shruthy | M | Match is already a student | NoOptIn | 4/15/2019 16:42:43 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9749 | 20258119 | Florencio, Nakita | N | Processed without error | NoOptIn | 4/11/2019 08:32:50 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9751 | 20167323 | Persaud, Vindhiya | N | Processed without error | OptIn | 4/15/2019 16:44:44 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9755 | 20180830 | Wallace, Shantol | M | Processed without error | OptIn | 4/15/2019 16:40:23 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9757 | 20177265 | Silvestre, Ariana Rita | M | Processed without error | OptIn | 4/15/2019 16:40:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9757 | 20261642 | Eljamal, Serena | N | Processed without error | NoOptIn | 4/15/2019 16:39:50 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9761 | 20178422 | Serrano, Chasity | N | Processed without error | NoOptIn | 4/15/2019 16:43:30 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9764 | 20262648 | Hill, Amari | N | Processed without error | NoOptIn | 4/15/2019 16:41:26 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9767 | 20257134 | London, Jasmine | M | Processed without error | OptIn | 4/15/2019 16:40:57 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9792 | 20178425 | Panizzi, Anais | M | Processed without error | NoOptIn | 4/15/2019 16:42:30 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9813 | 20161061 | Punter, Ayanna | M | Processed without error | NoOptIn | 4/15/2019 16:42:26 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9814 | 20182958 | Smith, Destiny | M | Processed without error | OptIn | 4/15/2019 16:43:16 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9815 | 20263387 | Mandry, Hailey | N | Processed without error | OptIn | 4/15/2019 16:42:42 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9818 | 20261731 | Boateng, Kofi | M | Processed without error | NoOptIn | 4/15/2019 16:39:58 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9819 | 20162689 | Rivera, Victoria | M | Processed without error | OptIn | 4/15/2019 16:39:50 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9826 | 20184032 | DeFelice, Angelica | N | Processed without error | NoOptIn | 4/15/2019 16:41:54 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9828 | 20163720 | Ramirez, Kailene | N | Processed without error | NoOptIn | 4/15/2019 16:40:02 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9830 | 20262186 | Coombs, Briana | N | Processed without error | NoOptIn | 4/15/2019 16:40:45 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9846 | 20257417 | Cortes, Jaileen | N | Processed without error | OptIn | 4/15/2019 16:43:56 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9847 | 20261421 | Paul, Heidi | N | Processed without error | NoOptIn | 4/15/2019 16:39:26 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9859 | 20263531 | Saint-Pierre, Consuela | N | Processed without error | NoOptIn | 4/15/2019 16:42:59 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9872 | 20258182 | Garcia, Stephanie | M | Processed without error | NoOptIn | 4/15/2019 16:41:34 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9882 | 20187997 | Smith-Grant, Christina | N | Processed without error | NoOptIn | 4/15/2019 16:41:17 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9900 | 20258277 | Sarpong, Richard | M | Processed without error | NoOptIn | 4/15/2019 16:39:27 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9911 | 20263248 | Obeng, Regina | N | Processed without error | NoOptIn | 4/15/2019 16:42:27 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9927 | 20263684 | Rama, Paige | N | Processed without error | NoOptIn | 4/15/2019 16:43:16 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 9960 | 20017961 | Mogg, Jessica | M | Processed without error | NoOptIn | 4/15/2019 16:43:28 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0013 | 20264094 | Gomez-Ceesay, Fatou | N | Processed without error | NoOptIn | 4/15/2019 16:44:03 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0085 | 20263639 | Freckleton, Malvia | N | Processed without error | NoOptIn | 4/15/2019 16:43:11 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0098 | 20262563 | Pelka, Stephanie | N | Processed without error | NoOptIn | 4/15/2019 16:41:19 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0144 | 20264067 | Graham, Treagelle | N | Processed without error | NoOptIn | 4/15/2019 16:43:59 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0146 | 20228265 | Valdivia, Amanda | N | Processed without error | NoOptIn | 4/15/2019 16:39:27 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0165 | 20258001 | Jackson, Nikkita | N | Processed without error | NoOptIn | 4/15/2019 16:40:44 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0186 | 20257214 | Malang-Jobarteh, Fatou | M | Processed without error | NoOptIn | 4/15/2019 16:41:09 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0225 | 20256384 | Simon, Brittaney | M | Processed without error | NoOptIn | 4/15/2019 16:40:36 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0265 | 20085061 | Moonjely, Anittamol | M | Processed without error | NoOptIn | 4/15/2019 16:43:21 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0288 | 20262208 | Joseph, Mona | M | Processed without error | NoOptIn | 4/15/2019 16:40:46 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0326 | 20080712 | Dore, Evateiya | M | Processed without error | OptIn | 4/12/2019 13:23:55 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 0520 | 20160762 | Valentin, Amin | M | Processed without error | OptIn | 4/15/2019 16:43:40 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |

| ID | Name | | Status | OptIn | Date/Time | | Program | Degree | |
|---|---|---|---|---|---|---|---|---|---|
| 1346 | 20262758 | Moya, Bryan | N | Processed without error | NoOptIn | 4/15/2019 16:43:01 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1357 | 20092687 | Davila, Andreacarol | M | Processed without error | NoOptIn | 4/12/2019 13:23:55 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1378 | 20262013 | Abdo, Halah | N | Processed without error | NoOptIn | 4/15/2019 16:40:28 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1383 | 20214311 | Bell, Kristina | M | Processed without error | NoOptIn | 4/15/2019 16:43:37 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1391 | 20264073 | Ohajianya, Emelda | N | Processed without error | NoOptIn | 4/15/2019 16:44:00 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1395 | 20263475 | Mendoza, Brianda | N | Processed without error | NoOptIn | 4/15/2019 16:42:53 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1396 | 20263089 | Dones, Michael | N | Processed without error | NoOptIn | 4/15/2019 16:42:08 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1397 | 20262999 | Gyimah, James | N | Processed without error | NoOptIn | 4/15/2019 16:41:59 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1401 | 20263864 | Vallejos, Jena | N | Processed without error | NoOptIn | 4/15/2019 16:43:37 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1406 | 20034313 | Hall, Simone | M | Processed without error | NoOptIn | 4/15/2019 16:41:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1408 | 20263180 | Fray, Isaiah | N | Processed without error | NoOptIn | 4/15/2019 16:42:20 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1417 | 20262625 | Gyebi Danso, Loretta | N | Processed without error | NoOptIn | 4/15/2019 16:41:24 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1425 | 20261878 | Bourdier, Anais | N | Processed without error | NoOptIn | 4/15/2019 16:40:15 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1427 | 20060762 | Delarosa, Gilda | M | Processed without error | NoOptIn | 4/15/2019 16:40:40 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1429 | 20261621 | Thompson, Sherika | N | Processed without error | NoOptIn | 4/15/2019 16:39:47 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1434 | 20257346 | Cruz, Josephine | N | Processed without error | OptIn | 4/15/2019 16:41:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1436 | 20071330 | Thomas, Justin | M | Processed without error | OptIn | 4/15/2019 16:40:50 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1438 | 20263629 | Perez, Mabel | N | Processed without error | OptIn | 4/15/2019 16:43:10 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1440 | 20261394 | Asomani, Mabel | N | Processed without error | NoOptIn | 4/15/2019 16:39:24 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1449 | 20262925 | Jaramillo, Tatiana | N | Processed without error | NoOptIn | 4/15/2019 16:41:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1450 | 10290993 | Nikac, Rosemary | M | Processed without error | NoOptIn | 4/15/2019 16:41:44 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1452 | 20262471 | Castillo, Emely | N | Processed without error | OptIn | 4/15/2019 16:41:10 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1454 | 20261580 | Nwankwo, Samantha | N | Processed without error | NoOptIn | 4/15/2019 16:39:43 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1461 | 20184377 | Samuel, Sharon | M | Processed without error | NoOptIn | 4/15/2019 16:39:54 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1466 | 20262344 | Mensah, Anthony | N | Processed without error | NoOptIn | 4/15/2019 16:40:58 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1468 | 20261687 | Galawanji, Wallis | N | Processed without error | NoOptIn | 4/15/2019 16:39:54 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1469 | 20262926 | Paul, Bianca | N | Processed without error | OptIn | 4/15/2019 16:41:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1476 | 20261660 | Fernandes, Jonathan | N | Processed without error | NoOptIn | 4/15/2019 16:39:52 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1477 | 20263517 | Baldini, Faith | N | Processed without error | OptIn | 4/15/2019 16:42:58 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1480 | 20035732 | Yanqui, Jenny | M | Processed without error | OptIn | 4/15/2019 16:40:45 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1486 | 20198625 | Castillo, Crystal | M | Processed without error | NoOptIn | 4/15/2019 16:43:59 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1503 | 20261806 | Paulino Moquete, Losikey | N | Processed without error | NoOptIn | 4/15/2019 16:40:07 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1504 | 20263486 | Debbarh, Leila | N | Processed without error | NoOptIn | 4/15/2019 16:42:53 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1510 | 20200467 | Nowrang, Vanessa | M | Processed without error | NoOptIn | 4/15/2019 16:40:37 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1517 | 20261342 | Mensah Agyeiwaa, Georgina | N | Processed without error | NoOptIn | 4/15/2019 16:39:20 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1525 | 20263276 | Bajaha, Oumy | N | Processed without error | OptIn | 4/15/2019 16:42:30 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1545 | 20257665 | Sylla, Fatoumata | M | Processed without error | NoOptIn | 4/15/2019 16:40:10 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1562 | 20262212 | Gamarra, Carmen | N | Processed without error | NoOptIn | 4/15/2019 16:40:47 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1570 | 20262555 | Djan, Andy | N | Processed without error | NoOptIn | 4/15/2019 16:41:18 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1572 | 20257137 | Marcelin, Evens | M | Processed without error | OptIn | 4/12/2019 13:23:49 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1589 | 20258259 | Rodriguez, Angela | N | Processed without error | NoOptIn | 4/15/2019 16:42:05 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1630 | 20262808 | Mckenna, Breanne | N | Processed without error | NoOptIn | 4/15/2019 16:41:41 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1631 | 20261372 | Ricci, Jaclyn | N | Processed without error | NoOptIn | 4/15/2019 16:39:22 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1633 | 20203926 | Njokede, Priscilla | M | Processed without error | NoOptIn | 4/15/2019 16:42:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1635 | 20262899 | Mothersill, Renee | N | Processed without error | NoOptIn | 4/15/2019 16:41:50 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1650 | 20106632 | Stephens, Ayisha | M | Processed without error | NoOptIn | 4/15/2019 16:40:40 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1673 | 20262211 | Cherestal, Taisha | N | Processed without error | NoOptIn | 4/15/2019 16:40:44 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1673 | 20262181 | Oglesoba, Celestina | N | Processed without error | OptIn | 4/15/2019 16:40:44 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1674 | 20261935 | David, Ketia | N | Processed without error | OptIn | 4/15/2019 16:40:57 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1692 | 20262336 | Sangare, Mawa | N | Processed without error | NoOptIn | 4/15/2019 16:40:57 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1841 | 20263820 | Owusu-Torson, Lucy | N | Processed without error | NoOptIn | 4/15/2019 16:43:32 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1842 | 20212160 | Jarvis, Cheina-Jade | N | Processed without error | OptIn | 4/15/2019 16:42:40 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1843 | 20212622 | Boateng, Rita | M | Processed without error | OptIn | 4/15/2019 16:43:48 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1856 | 20261907 | Lorvil, Jessica | N | Processed without error | OptIn | 4/15/2019 16:40:18 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1857 | 20263990 | Haruna, Taiwo | N | Processed without error | OptIn | 4/15/2019 16:43:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1873 | 20263261 | Garba, Nouroudine | M | Processed without error | NoOptIn | 4/15/2019 16:42:28 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1901 | 20263436 | Aidoo, Janet | N | Processed without error | OptIn | 4/15/2019 16:42:48 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1902 | 20263371 | Freeman-Afriyie, Sheonia | N | Processed without error | OptIn | 4/15/2019 16:42:40 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1903 | 20111674 | Pow, Denesha | N | Processed without error | OptIn | 4/15/2019 16:42:56 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1903 | 20263289 | Olajubelo, Tolulope | N | Processed without error | NoOptIn | 4/15/2019 16:42:31 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1915 | 20263685 | Asiedu, Annette | N | Processed without error | OptIn | 4/15/2019 16:43:16 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1949 | 20258501 | Asamoah, Anabella | N | Processed without error | OptIn | 4/12/2019 13:23:53 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1960 | 20218545 | Miller, Jodiann | M | Processed without error | OptIn | 4/15/2019 16:40:43 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1965 | 20179657 | Harrison, Dakota-Star | M | Match is already a student | NoOptIn | 4/15/2019 16:40:21 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1979 | 20262210 | Sumbundu, Isatou | N | Processed without error | NoOptIn | 4/15/2019 16:40:47 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 2004 | 20262223 | Benjamin, Amelia | N | Processed without error | NoOptIn | 4/15/2019 16:40:48 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1147 | 20261992 | Montero, Lismari | N | Processed without error | NoOptIn | 4/15/2019 16:40:26 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1175 | 20263763 | Jenkins, Jennifer | N | Processed without error | OptIn | 4/15/2019 16:43:25 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1177 | 20256358 | Crespo, Caitlin | M | Processed without error | OptIn | 4/15/2019 16:41:11 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1180 | 20214608 | Villegas, Kayla | N | Processed without error | OptIn | 4/15/2019 16:40:47 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1187 | 20214941 | English, Alex | M | Processed without error | OptIn | 4/15/2019 16:43:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1190 | 20256760 | Stuart, Haylee | M | Processed without error | OptIn | 4/15/2019 16:41:10 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1197 | 20262458 | Salmon, Lexus | N | Processed without error | NoOptIn | 4/15/2019 16:41:09 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1198 | 20217722 | Cardona, Lindsay | N | Processed without error | OptIn | 4/15/2019 16:43:22 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1201 | 20261667 | Amoako, Ernestina | M | Processed without error | NoOptIn | 4/15/2019 16:39:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1202 | 20262530 | Bernard, Ricaela | N | Processed without error | OptIn | 4/15/2019 16:41:15 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |
| 1204 | 20240033 | Green, Kayla | M | Processed without error | OptIn | 4/15/2019 16:43:01 | | NU_BSN_NUR | Bachelor of Science in Nursing | BSN |

| ID | Name | | Status | OptIn | Date | | Program | Degree | |
|---|---|---|---|---|---|---|---|---|---|
| 676: | 20261495 | Edie, Alexa | N | Processed without error | NoOptIn | 4/15/2019 16:39:33 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 677: | 20257207 | Drammeh, Isatou | M | Processed without error | Optin | 4/15/2019 16:40:04 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 677: | 20263678 | Mcdonald, Tameika | N | Processed without error | NoOptIn | 4/15/2019 16:43:15 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 679: | 20262701 | Perez, Tiffany | M | Processed without error | Optin | 4/15/2019 16:41:31 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 688: | 20261836 | Dodoo, Shirley | N | Processed without error | NoOptIn | 4/15/2019 16:40:11 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 697: | 20263829 | Gyapong, Kofi | M | Processed without error | NoOptIn | 4/15/2019 16:43:33 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 698: | 20263761 | Addobea, Ama | M | Processed without error | NoOptIn | 4/15/2019 16:43:25 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 699: | 20262834 | Agyeman, Adwoa | N | Processed without error | NoOptIn | 4/15/2019 16:41:44 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 701: | 20243771 | Ragone, Alyssa | M | Match is already a student | NoOptIn | 4/15/2019 16:40:57 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 757: | 20256829 | Williams, Sharifah | M | Processed without error | Optin | 4/15/2019 16:40:09 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 778: | 20256534 | Peters, Matthew | M | Processed without error | Optin | 4/15/2019 16:39:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 852: | 20261657 | Martinez, Justine | N | Processed without error | Optin | 4/15/2019 16:39:51 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 871: | 20256646 | Charles, Emmanuela | M | Processed without error | Optin | 4/15/2019 16:42:41 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 879: | 20186525 | Padilla, Gina | M | Processed without error | Optin | 4/11/2019 08:32:50 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 913: | 20261597 | Guzman, Estrella | N | Processed without error | NoOptIn | 4/15/2019 16:39:45 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 936: | 20199573 | Uran, Luisa | M | Processed without error | Optin | 4/15/2019 16:41:16 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 945: | 20256745 | Gelin, Jeanissa | M | Processed without error | Optin | 4/15/2019 16:41:12 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 953: | 20202520 | Martinez, Abigail | M | Processed without error | Optin | 4/15/2019 16:42:57 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 954: | 20145445 | Kenny, Shannon | M | Processed without error | NoOptIn | 4/15/2019 16:42:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 955: | 20256813 | Baez, Alessandra | M | Processed without error | Optin | 4/15/2019 16:43:39 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 957: | 20264040 | Yac, Jasmine | N | Processed without error | Optin | 4/15/2019 16:43:55 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 961: | 20040057 | Pagan, Cristina | M | Processed without error | NoOptIn | 4/15/2019 16:39:27 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 963: | 20203779 | Barragan, Abril | M | Processed without error | Optin | 4/15/2019 16:40:52 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 976: | 20261486 | Fairclough, Jayden | N | Processed without error | NoOptIn | 4/15/2019 16:39:32 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 977: | 20257110 | Hart, Tiana | M | Processed without error | Optin | 4/15/2019 16:43:00 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 980: | 20262763 | Lopez, Devi | N | Processed without error | Optin | 4/15/2019 16:41:36 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 981: | 20257809 | Reyes, Luisa | M | Processed without error | Optin | 4/15/2019 16:39:39 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 983: | 20256912 | Acheampong, Ruby | M | Processed without error | Optin | 4/15/2019 16:39:49 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 984: | 20200569 | Natal, Lexus | M | Processed without error | Optin | 4/15/2019 16:42:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 985: | 20263885 | Samaroo, Brianna | N | Processed without error | NoOptIn | 4/15/2019 16:43:40 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 988: | 20257202 | Toussaint, Blondine | M | Processed without error | Optin | 4/15/2019 16:40:28 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 990: | 20257654 | Messina, Maria | M | Processed without error | Optin | 4/15/2019 16:41:14 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 991: | 20258017 | Pemberton, Carmen | M | Processed without error | Optin | 4/15/2019 16:39:26 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 993: | 20262751 | Hardy, Allison | N | Processed without error | NoOptIn | 4/15/2019 16:41:35 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 998: | 20160012 | Wynter, Kimesha | M | Processed without error | Optin | 4/15/2019 16:39:40 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1001: | 20200759 | Baptiste, Nadja | M | Processed without error | Optin | 4/15/2019 16:42:28 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1002: | 20207191 | Diallo, Saran | M | Processed without error | Optin | 4/15/2019 16:42:42 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1005: | 20198148 | Scott, Brianna | M | Processed without error | Optin | 4/15/2019 16:43:36 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1005: | 20198883 | Ferrer, Evania | M | Processed without error | Optin | 4/15/2019 16:39:29 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1006: | 20200837 | Cappiello, Lisel | M | Processed without error | NoOptIn | 4/15/2019 16:43:45 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1009: | 20202045 | Rhamdeow, Kristen | M | Processed without error | Optin | 4/15/2019 16:40:45 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1018: | 20262922 | Fajardo, Kelly | N | Processed without error | NoOptIn | 4/15/2019 16:41:51 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1019: | 20199407 | Hernandez, Samantha | M | Match is already a student | NoOptIn | 4/15/2019 16:39:21 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1021: | 20263984 | Acheampong, Cynthia | N | Processed without error | Optin | 4/15/2019 16:43:51 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1041: | 20124447 | Fairclough, Devonique | M | Processed without error | Optin | 4/15/2019 16:42:08 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1044: | 20263787 | Ricciardi, John | M | Processed without error | NoOptIn | 4/15/2019 16:43:29 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1046: | 20258248 | Rivera, David | M | Processed without error | NoOptIn | 4/15/2019 16:40:32 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1049: | 20256919 | Cedeno, Keidy | M | Processed without error | Optin | 4/15/2019 16:41:39 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1055: | 20256914 | Afranie, Whitney | M | Processed without error | Optin | 4/15/2019 16:43:43 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1056: | 20206187 | Ahmed, Kazi | M | Processed without error | Optin | 4/15/2019 16:42:19 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1057: | 20199734 | Cabrera, Jazmine | M | Processed without error | Optin | 4/15/2019 16:43:21 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1066: | 20263194 | Salvador, Lauryn Amala | M | Processed without error | NoOptIn | 4/15/2019 16:42:21 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1067: | 20263670 | Saavedra Vicente, Paola | N | Processed without error | Optin | 4/15/2019 16:43:14 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1075: | 20262094 | Baffour, Stella | N | Processed without error | NoOptIn | 4/15/2019 16:40:35 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1076: | 20261797 | Eccles, Sharee | N | Processed without error | Optin | 4/15/2019 16:40:06 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1077: | 20199215 | Iyalekhue, Itohan | M | Processed without error | Optin | 4/15/2019 16:42:51 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1077: | 20256749 | Jobarteh, Oumie | M | Processed without error | Optin | 4/15/2019 16:40:29 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1080: | 20199677 | Pepic, Samina | M | Processed without error | Optin | 4/15/2019 16:41:59 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1083: | 20190204 | McTyson, Kourtney-Ann | M | Processed without error | Optin | 4/15/2019 16:40:12 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1085: | 20064836 | Bondzie, Isaac | M | Processed without error | NoOptIn | 4/15/2019 16:42:58 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1095: | 20262026 | Solis, Janey | N | Processed without error | NoOptIn | 4/15/2019 16:40:29 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1097: | 20256630 | Mahabir, Tiana | M | Processed without error | Optin | 4/15/2019 16:41:45 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1113: | 20257780 | Douglas, Chyanne | M | Processed without error | Optin | 4/15/2019 16:42:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1130: | 20262866 | Ycaza, Maria | N | Processed without error | Optin | 4/15/2019 16:41:46 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1162: | 20204779 | Sornsuwit, Ponparn Natacha | M | Processed without error | Optin | 4/15/2019 16:40:42 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1165: | 20263060 | Piper, Toya | N | Processed without error | NoOptIn | 4/15/2019 16:42:06 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1191: | 20261824 | Oldfield, Akahlia | N | Processed without error | NoOptIn | 4/15/2019 16:40:09 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1192: | 20262096 | Samuel, Dwayne | M | Processed without error | NoOptIn | 4/15/2019 16:40:35 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1199: | 20263974 | Smith, Niketa | N | Processed without error | Optin | 4/15/2019 16:43:50 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1229: | 20191986 | Pinto, Andrea | M | Processed without error | Optin | 4/15/2019 16:41:06 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1244: | 20262924 | Nicholson, Jennifer | N | Processed without error | NoOptIn | 4/15/2019 16:41:51 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1249: | 20258164 | Becker, Melissa | M | Processed without error | Optin | 4/15/2019 16:41:37 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1250: | 20262719 | Patricio, Michelle Anne | N | Processed without error | Optin | 4/15/2019 16:41:32 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1264: | 20258318 | Martinez, Carmen | M | Processed without error | NoOptIn | 4/15/2019 16:41:40 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1265: | 20208705 | Inga, Nelly | M | Match is already a student | Optin | 4/15/2019 16:42:42 | Stop Out | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1268: | 20200109 | Koroma, Kadiatu | M | Processed without error | Optin | 4/15/2019 16:42:19 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |
| 1304: | 20261919 | Jalloh, Lamin | N | Processed without error | NoOptIn | 4/15/2019 16:40:19 | | NU_BSN_NUR | Bachelor of Science in Nursing | BS |



**16850 Collins Avenue #112344 Sunny Isles Beach, FL 33160**
**1659 W State Hwy 46 STE 115 #420 New Braunfels, TX 78132**

Phone: 973-365-2227      Toll-free: 1-800-292-1919    Email: oasinc@oasinc.org

# EMPLOYABILITY AND EARNING
# CAPACITY EVALUATION
## on
## Malvia M. Freckleton

**February 9, 2024**

OΛS

# EMPLOYABILITY AND EARNING CAPACITY EVALUATION
## on
## Malvia M. Freckleton
## SS#XXX-XX-9158

Ms. Freckleton was examined for the purpose of a comprehensive vocational evaluation, findings of employability, an assessment of any transferable skills learned from past occupations, evaluation of her earning capacity in the local labor market, and a determination as to the feasibility of her receiving vocational rehabilitation services. She was evaluated on 11/27/23 and 2/4/24 for a total of three hours via Zoom video conferencing.

She attributes her condition to an incident that occurred on 7/10/19 which resulted in anxiety and panic attacks.

Ms. Freckleton reports she was not provided with proper accommodations during her enrollment at College of New Rochelle to complete her nursing degree and was subsequently denied acceptance to the BSN Nursing Degree Program.

## *EXPERT QUALIFICATIONS*

Edmond Provder is a certified rehabilitation counselor, providing services for the severely disabled for 50 years, including working with disabled individuals to assist them in finding employment as a Vocational Expert as well as providing long term case management care as a Life Care Planner.

Mr. Provder earned a Bachelor of Science in Rehabilitation Counseling and Master of Education in Rehabilitation Counseling from Pennsylvania State University. In addition, Mr. Provder has earned 42 credits towards a Doctoral Candidate in Rehabilitation Counseling from New York University, and 128 hours of post-graduate credit in Life Care Planning and Catastrophic Case Management from the Intellicus Program at the University of Florida.

He is a Certified Rehabilitation Counselor, Diplomate of the American Board of Vocational Experts, and Certified Life Care Planner as well as one of the Commissioners of Life Care Planning.

As someone intimately familiar with the needs of disabled individuals, Mr. Provder has developed and administered vocational and rehabilitation programs, including vocational evaluation testing centers and sheltered workshops for numerous organizations including the Federation of the Handicapped, Mount Sinai Hospital, South Beach Psychiatric Center, Staten Island Association for the Visually Handicapped, and Contemporary Guidance Service in New York.

He served as a Vocational Expert for the Social Security Administration for nearly a decade by providing impartial vocational testimony in over 2,500 Social Security Disability Hearings. Additionally, he has provided expert witness testimony in hundreds of cases in federal and state courts throughout the country.

Please see the attached Professional Qualifications for further information.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 2

## *CONFIDENTIALITY ISSUES*

Ms. Freckleton was evaluated by the undersigned in compliance with the ethics of a Certified Rehabilitation Counselor, the American Board of Vocational Experts, and IARP Forensic member.

She was informed that the purpose of the evaluation was to assess her ability to return to work, specifically to provide an assessment of how her lack of a Bachelor of Science Nursing Degree will impact her occupational disability, employability, and earning capacity and that the information gathered in the evaluation would be included in a written report and forwarded to her attorney.

Ms. Freckleton was advised that Occupational Assessment Services abides by all federal laws dealing with medical records and that they would be confidential. She was told that once the report had been completed, it was our office policy to shred the file.

She was told that any verbal information obtained in this forensic evaluation was not confidential. The evaluee indicated not recalling seeing me as a treating rehabilitation counselor at any time outside this forensic evaluation. She was advised that because this was a forensic evaluation, and that no rehabilitation counselor - client relationship exists or was implied, that this office would not be providing direct rehabilitation services to her.

Ms. Freckleton was told that no conclusions would be reached during the evaluation session as it was necessary to complete a review of all of the documents, the standardized vocational diagnostic interview, and observations which will be contained in a report with my final vocational opinions. Ms. Freckleton seemed to understand these parameters and agreed to continue.

## *DISCLOSURE*

Ms. Freckleton was advised that this evaluation is held in accordance with the most recent (2023) Professional Code of Ethics of the Commission on Rehabilitation Certification. She was advised that the evaluation was being conducted within the parameters of litigation and that any information obtained during the evaluation was not confidential.

In addition, Ms. Freckleton was advised that this one-time evaluation was forensic in nature and that no client-counselor relationship was implied; that no direct rehabilitation services would be provided to her by Occupational Assessment Services, Inc.; and that an unbiased evaluation of her post-injury employability, earning capacity, and access to the labor market was the only purpose of this evaluation.

She was also told that Occupational Assessment Services fully complies with the laws concerning medical records and these would be kept confidential. Once the case is resolved, the corporate policy is to destroy the file by shredding the case records. Ms. Freckleton indicated an understanding of these rules of procedure and conduct and agreed to continue.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 3

## *DISCLAIMER*

This evaluation occurred in the context of an ongoing forensic matter. Discovery and other processes may reveal new information not available at the time of this evaluation. Therefore, the Vocational Expert/Rehabilitation Counselor retains the right to modify vocational opinions later, in a matter consistent with new documentation presented.

At the onset of this current evaluation the evaluee was reminded of the nature and purpose of the current evaluation. Ms. Freckleton was made aware that the ethical and professional obligation was to provide a balanced, fair examination without regard to the Party who retained him.

I have no personal interest with respect to the parties involved, nor any interest that might prevent me from providing an unbiased opinion. My compensation is not contingent on the analyses, opinions, or conclusions of this report, but is based on the time expended on the services provided to the referring attorney.

## *PURPOSE OF REFERRAL*

Ms. Freckleton was referred to Occupational Assessment Services for a comprehensive vocational evaluation to assess the effect of her being precluded from obtaining a Bachelor of Science Nursing degree.

I evaluated her employability, loss of access to the labor market, and earning capacity due to the College of New Rochelle precluding her from obtaining a Bachelor of Science Nursing degree.

The information used to formulate the vocational opinions in this report is based on the specific facts about Ms. Freckleton.

The Vocational Evaluation consisted of a standardized Vocational Diagnostic Interview to assess the level of the individual's vocational functioning and vocational capacity as well as the impact of the College of New Rochelle precluding her from obtaining a Bachelor of Science Nursing degree.

The results of the evaluation served as a foundation to assess Ms. Freckleton's employability, transferable skills, and earning capacity.

The vocational opinions expressed in this report are based on the various assumptions made in this report. These opinions were formulated using sound vocational principles for job-person matching and job placement.[App. B12]

Vocational experts familiar with the methodology employed and the career and rehabilitation theory cited in this report can replicate the findings by applying the assumptions, methodology, and supporting analysis.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 4

## *REFERRAL QUESTIONS*

The vocational evaluation focused on answering the following questions:

1.  What is Ms. Freckleton's vocational capacity?

2.  Can she perform the work of a Bachelor's Degree Level Registered Nurse given the lack of accommodations by the College of New Rochelle and what would her earnings have been in this occupation in the New York City area?

3.  Given her various additional training, what is her employability and earning capacity as an Emergency Medical Technician or Paramedic?

4.  What is her residual earning capacity?

## *VOCATIONAL EVALUATION PROCESS*

The general procedures for conducting a vocational assessment of earnings capacity consist of a review of background information, a vocational interview, an analysis of work history, an analysis of transferable skills from the work history and education, and labor market information. (App. B10)

The process begins with the collection of vocationally relevant background information. (App. B30)

A determination of occupations that can be performed by this individual is made. If this individual is employable, labor market data from the Department of Labor is reviewed to determine average salaries that exist in the occupations that can be performed. Salaries of job openings are considered, if available. Prior earnings may be given consideration and can reflect what an individual would be expected to earn based on actual earnings. (App. B34)

The marketability of the skills and abilities are also considered. Based on findings of this analysis, opinions are rendered concerning earnings capacity if this individual is able to engage in employment. If there are medical or psychological issues, they are considered in forming an opinion of earnings capacity. The purpose of this procedure is to determine skills acquired from prior work that could be used or transferred to other similar jobs that could be performed using those skills. (App. B34)

An analysis of the transferability of skills is the accepted standard procedure in the vocational assessment of individuals. (App. B34)

If an individual is established in a career that is consistent with the education and prior work experience, it is not necessary to perform an analysis of transferable skills or examine alternate jobs. (App. B11)

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 5

The Vocational and Rehabilitation Model (VRAM) is a published method for performing the Standard Diagnostic Vocational Interview which was developed and noted in by Robinson, R.H. (2014) <u>Foundations of Forensic Vocational Rehabilitation</u>, New York, NY: Springer Publishing Company.[App. B35]  This method details the type of information and topics Rehabilitation Counselors should use to develop their vocational opinions regarding an individual's employability and earning capacity.  The topics detailed in this article were used in conducting the Standardized Diagnostic Interview during this evaluation.

## *VOCATIONAL EVALUATION METHODOLOGY*

The Employability and Earning Capacity Evaluation used the RAPEL method which consists of five sections:

<u>Rehabilitation Plan</u> - Based on the injured person's vocational and functional limitations, vocational strengths, emotional functioning, and cognitive capabilities.  This may include testing, counseling, rehabilitation technology, job analysis, job coaching, and vocational placement.  Also considered are reasonable accommodations.

<u>Access to the Labor Market</u> - Computer programs, transferability analysis, disability statistics, and evaluator's work experience.

<u>Placeability</u> - Likelihood the evaluee will be successfully placed in competitive employment. Consideration is made of disability statistics, employment data (if any) for specific medical conditions, community economic situation (local unemployment rate), and availability of jobs.

<u>Earnings Capacity</u> - Based on the above information, a comparison is made regarding the evaluee's pre-incident ability to earn and post-incident earning capacity.  Also considered are her earnings by education and computer analysis based on worker traits.

<u>Labor Force Participation</u> - Evaluee's work life expectancy.  Consideration is made regarding part-time versus full-time work, time lost due to the injury, medical treatment or follow-up, earlier retirement, etc.

This methodology is described by Roger Weed and Timothy Field in <u>Rehabilitation Consultant's Handbook, 4th Revised Edition</u>.  The RAPEL methodology has been referenced in literature or regarded as a sound methodology.  Field, in "Estimating Earning Capacity," states "RAPEL is a widely inclusive model, encompassing many resources ranging from labor market access, placeability considerations, attention to earning capacity issues and other facets that assist in case conceptualization."  Robinson states RAPEL is the most frequently referenced methodology for earning capacity analysis, with high levels of content validity and face validity. [App. B18]  The RAPEL methodology has been used by Vocational Experts for more than 25 years and has been peer reviewed numerous times.

In order to use this peer reviewed methodology generally accepted in the field of Rehabilitation counseling and commonly used in the discipline of rehabilitation counseling

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 6

by rehabilitation and career professionals and vocational experts in litigation and non-litigation settings, the evaluation consisted of seven parts: [App. B13]

   1. The initial section involves *collecting data and facts specific to Ms. Freckleton* by reviewing the medical records and medical restrictions, earnings information, and Ms. Freckleton's deposition, as well as other documents that describe the evaluee's condition. This data provides background information to better understand the evaluee and her medical treatment and to make a determination as to the nature, extent, permanency, and functional limitations of her medical condition.

   2. The second section consists of performing a standard Vocational Diagnostic Interview to obtain information on the evaluee's background, formal or informal education, past employment and earnings history, medical condition, medical treatment, and residual functional capacity.

   3. A vocational analysis is performed on Ms. Freckleton's vocational goal to obtain a Bachelor of Science Nursing degree. This consists of classifying the evaluee's occupations using standard government codes from the U.S. Department of Labor's <u>Dictionary of Occupational Titles</u> ("DOT")[App. B1] and O she Net [App. B2] to determine the physical demands, Worker Functions, Specific Vocational Preparation (SVP), skill level, and the General Educational Development (GED) of Ms. Freckleton's employment. From these government publications, information is obtained regarding the skills and competencies, the aptitudes, and the job temperaments required for job performance. This data helps the vocational expert to determine the evaluee's pre-injury vocational capacity.[App. B3]

   4. Using the Vocational Diagnosis and Assessment of Residual Employability (VDARE) process, a peer reviewed widely accepted methodology, a Transferability Skills Analysis is performed using the OASYS computer program, which uses the classic method (Work Field, SVP, MPSMS). Ms. Freckleton's work history is analyzed to determine her skills, aptitudes, and skill level.[App. B7] Such government publications as the Dictionary of Occupational Titles, O she Net - 2010 codes (974 occupations), the Guide For Occupational Exploration, and the Classification of Jobs 2000 [App. B1, B2, B5, B6] are used to analyze the skills inherent in Ms. Freckleton's past jobs. This information is used to make a determination regarding Ms. Freckleton's ability to transfer her skills learned from her previous employment or education to other employment, within her vocational capacity, in the competitive labor market. This involves *synthesizing data and information* with an emphasis on her ability to return to work.

   5. A Labor Market Access (LMA) analysis was conducted though the development of the evaluee's pre and post injury worker trait vocational profile made to determine Ms. Freckleton's ability to enter the labor market given her skill level and vocational capacity.[App. B7] This involves *identifying the reasonable consequences and problems* related to the evaluee's work ability and noting jobs, if any, the evaluee can perform.

   6. A review is made of all of the materials and a *vocational expert opinion* is formulated as to Ms. Freckleton's post-injury vocational capacity, transferable skills, employability, earning capacity, and the feasibility of her receiving vocational rehabilitation services.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 7

7. If the individual is found to be employable given the results of the vocational evaluation, research is conducted regarding the evaluee's residual earning capacity and the number of such jobs in the local labor market using state and federal government statistics such as OES (Occupational Employment Survey) - State and Local, OOH (Occupational Outlook Handbook 2019-2029) - National or private labor studies to determine whether jobs exist that Ms. Freckleton can perform within her vocational capacity and the current wage rates for these occupations. This is the standard type of Labor Market Information used and relied upon in the field of Rehabilitation Counseling.

## *VOCATIONAL EVALUATION ASSUMPTIONS*

The vocational opinions regarding Ms. Freckleton's employability, earning capacity, and vocational rehabilitation potential expressed in this report are based on the assumptions that:

1. The records reviewed were complete and accurately reflect Ms. Freckleton's medical condition and medical treatment.

2. The evaluee was cooperative and complied throughout the vocational evaluation process.

3. The evaluee did not intentionally exaggerate or give false information regarding her physical or psychological symptoms.

4. The history and information given during the standardized vocational diagnostic interview was truthful and accurate to the best of the evaluee's ability.

5. Ms. Freckleton's pre-accident vocational functioning is estimated within the average to above average range based on her educational and occupational history.

6. Ms. Freckleton's reduction of vocational capacity resultant of her inability to obtain a Bachelor of Science Nursing Degree is permanent.

7. No opinion is reached by this expert as to the causality of Ms. Freckleton's reduction in earning capacity.

## *EARNING CAPACITY ASSESSMENT*

Several factors were specifically considered during this vocational evaluation to determine Ms. Freckleton's loss of earning capacity. Earning capacity is defined as what a person is able to earn, expected earnings is defined as what a person is expected to earn, and actual earnings are what a person actually earned as discussed in "The Valuation of Earning Capacity Definition, Measurement and Evidence," Horner, S.M. and Sleznick,F., *Journal of Forensic Economics*," (1999) 12 (1) 13-32.[(App. B33)] Earning capacity considers the ability of an individual to select an occupation they are qualified to perform or will be qualified for in the future. The person's ability to earn money is considered their earning capacity.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 8

Consideration was made regarding such factors as the ability to apply previously learned skills, cognition, medical prognosis, future career prospects given the injured person's vocational capacity, pre-existing and acquired vocational handicaps, work motivation, and demonstrated earnings history.(App. B17)

The purpose of the evaluation is to investigate how these factors impact on Ms. Freckleton's ability to work on a sustained, regular, competitive basis and earn money given her residual functional physical and mental capacity.

The analysis of a person's earning capacity is a four-part process:

    1. Subject - Specific factors: medical issues, psychological issues, education, training and specialty skills, work history, and acquired experience and skills.

    2. Data from Examination - Vocational Interview.

    3. Labor Market Research - Dictionary of Occupational Titles, O*NET, State and Federal Government wage information.

    4. Earning Capacity Opinion.

## *FORMULATION OF OPINIONS*

The vocational opinions expressed in this report are given within a reasonable degree of certainty or probability as a Rehabilitation Counselor and Vocational Expert.

In addition to applying the aforementioned methodologies, the fundamental concepts regarding clinical judgment have been applied consistent with Field, T.F., Choppa, A.J, and Weed, R.O. (2010) Clinical Judgment; A Working Definition for the Rehabilitation Professional, *The Rehabilitation Professional*, 17 (4) 185-194. The professional meaning of Clinical Judgment is predicated on valid, reliable, and accepted assessment methodologies, instruments and background information about the evaluee given the vocational rehabilitation professional who has the specialized knowledge, education, training, and/or experience.

Since Kerner v. Flemming, 283 F.2d 916 (2d Cir. 1960), Vocational Experts, who are professionals educated, trained, and skilled in job placement and knowledgeable about labor market conditions, have been asked to formulate vocational opinions about specific job opportunities of a person based on their age, education, background, work experience, and medical condition.

The vocational opinions in this report are based on my education, training, experience, and the information contained in various traditional vocational sources, (App. B) including private, federal and state government publications. The current knowledge and methods used in the field of forensic vocational rehabilitation were applied in determining Ms. Freckleton's employability and earning capacity.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 9

In addition, the opinions are based on the information available to me at the time of my evaluation, including records, the evaluee's history as obtained from the standardized vocational interview, my professional clinical judgment, labor market research, and the conclusions made.

The opinions reached in this report rely on the quality, accuracy, and honesty of the evaluee's reported history, complaints, symptoms, and functional capacity.

If any of the oral or documentary information provided is false, fictitious, fraudulent, incomplete, or misleading, it may change the conclusions and opinions reached in this employability evaluation. The opinions expressed are ***case specific*** to this evaluee. Should there be ***additional*** information that becomes available at a later time for my review that significantly changes my vocational opinions, I reserve the right to modify my opinions and issue a supplemental report.

## *RECORDS REVIEWED*

### *The following hospital and operative records were reviewed:*

The Brooklyn Hospital Center (8/6/18-8/8/16) states "Migraine Headache."

Einstein Medical Center (11/14/23) on discharge instructions state "Freckleton, Malvia was evaluated in the Emergency Department at Einstein Medical Center from 11/14/2023 15:15:47 until approximately 11/14/2023 23:58:32."

### *The following physician records were reviewed:*

Dr. Andrew Chin/Cumberland - A Gotham Health Center (12/18/19) states "This is to confirm that Malvia Freckleton was seen in my clinic on 12/18/2019. She had contact with patient with Bacterial necrotizing fasciitis and c/o 2 lesions of left elbow area and very painful. Please evaluate for possible Bacterial necrotizing fasciitis."

NYC HealthShe Hospitals Medical List: Ferrous Sulfate 325 mg two times daily; sertraline 100 mg (Zoloft) daily; sertraline 25 mg (Zoloft) daily (8/10/22).

Dr. Ramona Cube/Public Health (4/12/23) states "Refill Sertraline HCL: 25 mg 1 tablet orally once a day; Refill Sertraline HCL: 100 mg 1 tablet orally once a day."

### *The following mental health records were reviewed:*

Dr. Alter Kidd/Cumberland Diagnostic and Treatment Center (3/24/16-5/31/17) states "I have been the primary care physician for Ms. Freckleton for the past several years. She shared her difficulties with anxiety and have begun to treat her for this. In addition, she has agreed to meet with a psychotherapist during this period...For the staff at the College of New Rochelle, I would like to make the following request: please accommodate Ms. Freckleton with extended time to take her exams for the next two months (3/24/16)...I have been the

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 10

primary care physician for Ms. Freckleton for the past several years. She shared her difficulties with anxiety and I have begun to treat her for this. In addition, she has agreed to meet with a psychotherapist during this period...For the staff at the College of New Rochelle, I would like to make the request: please accommodate Ms. Freckleton with extended time to take her exams for the next two months. This will give our team sufficient time to assist her in coming to a resolution with this (5/31/17)."

Dr. Craig Crabtree, LMSW, Ph.D./Gotham Health Cumberland (5/17/18-2/2/23) states "I am a psychotherapist who has been working with you periodically for the past two years on your issues with anxiety. It is my impression that this past semester has been especially challenging for you. The stressors seemed to center around lack of clarity on sources of information and on friction with a few individuals within your academic circle (5/17/18)...We first met on 08/16/2019 and my notes show a total of ten sessions with you. I do recall that your difficulties with an EMS job from which you were terminated was a significant source of stress. I noted that you were first prescribed setraline on 02/23/2019 and most recently on 08/10/2022 (2/2/23)."

Isaac Davis, NP/Gotham Health Cumberland Diagnostic and Treatment Center (7/10/19-8/17/21) states "I am writing regarding the above woman who is my patient at Gotham Health Cumberland Medical Clinic. Patient experiences testing anxiety and will benefit from extended accommodations to complete her exams (7/10/19)...I have been treating you for problems with anxiety. This letter is verification that you will need extra time while taking the NCLEX exam (8/17/21)."

***The following academic, employment, and financial records were reviewed:***

Ms. Freckleton's Tax Return Transcripts/Individual Tax Returns: 2019 ($30,567.00); 2020 ($29,869.00); 2021 ($22,093.00); 2022 ($7,730.00).

Ms. Freckleton's W-2 wage and tax statements: 2019 ($18,895.00; $7,577.00; $2,744.00; $1,350.00Ms. Freckleton$30,566.00); 2020 ($18,176.00; $480.00Ms. Freckleton$18,656.00); 2021 (22,093.00); 2022 ($5,466.00; $2,264.00Ms. Freckleton$7,730.00).

Ms. Freckleton's wage and income transcripts (Form 1098-T) Scholarships or Grants: 2015 ($9,470.00); 2016 ($14,819.00); 2017 ($16,138.00).

Ms. Freckleton's profit or loss from business: 2020 ($9,363.00-gross receipts/sales; $6,815.00-net profit); 2022 ($5,397.00-gross receipts/sales; $1,994.00-net profit).

Mr. Freckleton's wage and income transcripts (Form 1099-G) Unemployment Compensation: 2021 ($6,672.00).

Mercy College Student Account Statement noting the following balance due: Fall 2019 Semester ($5,261.11).

Financial Aid award summary noting total balance of $39,586.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 11

Ms. Freckleton's resume.

Ms. Freckleton's Unofficial Academic Transcript from the College of New Rochelle noting the following: Major: Nursing; Attempt Hours: 134.000; Passed Hours: 127.00; Overall GPA: 2.658 (2016-2018).

Ms. Freckleton's Unofficial Transcript from Palm Beach School of Nursing noting Program/Course Title: Associate Degree Nursing and Date Attended Program/Course: 10/24/2018.

Ms. Freckleton's acceptance letter from Mercy College for the 2019-2020 academic year (4/18/19).

Email correspondence from the College of New Rochelle noting that Ms. Freckleton was dismissed in Spring of 2018 and she is not a part of CNR's teach out (7/8/19).

Ms. Freckleton's name plate for BSN Nursing Program at The College of New Rochelle.

Ms. Freckleton's NCLEX-RN Candidate Performance Reports noting she has not passed the National Council Licensure Examination for Registered Nurses (11/4/20; 12/28/20; 3/11/21).

Ms. Freckleton's letter of disapproval of submitted education from The State Education Department noting that her nursing program at Palm Beach School of Nursing, LLC, West Palm Beach was previously approved by the Florida Commission on Independent Education and the Florida Board for Nursing, but was subsequently restricted by the state of Florida or has closed (4/20/23).

Email correspondence from Fairfield University's School of Nursing referencing Ms. Freckleton's interest in their DNP Psychiatric Nurse Practitioner program.

Montgomery County Emergency Service, Inc. termination letter noting discontinuance of Ms. Freckleton's employment effective November 14, 2023.

***The following legal records were reviewed:***

United States Department of Education letter noting on June 29, 2018, the U.S. Department of Education, Office for Civil Rights (OCR) received the complaint filed against The College of New Rochelle, alleging the College discriminated against Ms. Freckleton on the basis of her disability (8/20/18).

New York State Division of Human Rights Determination and Order After Investigation, noting Respondent as Mercy College and determination that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of (Filed Verified Complaint: 8/16/19).

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 12

Confidential Settlement Communication Pursuant to Fed. R. Evid. 408 noting alleged claim as violation of Section 741 of the New York Labor Law (6/1/21).

Notice of Deposition; (Proposed) Protective Order; FED. R.CIV. P. 26(A) Initial Disclosures (3/17/23); FED. R. CIV. P. 26(A)(1) Plaintiff Interrogatories (6/9/23); Second Amended Case Management and Scheduling Order (10/27/23); Non-Disclosure Agreement (11/6/23).

Email correspondence between staff of The College of New Rochelle noting subject as Grievance Committee Follow Up (1/11/18; 5/24/18; 5/29/18).

Email correspondence between staff of Mercy College (3/1/22; 3/7/22).

Mercy College ACCESSibility Documentation Guidelines and emailed Accommodation Letter noting submitted letter does not meet the required criteria dated 7/12/19.

Ms. Freckleton's prescription receipt from Silver Rod Drugs noting the following medication: Sertraline HCL Tab 100 mg and 25 mg (10/14/21).

Deposition of Malvia Freckleton (1/8/24); Deposition of Kevin Joyce (1/30/24); Sara Venezian (1/30/24).

## *GENERAL DESCRIPTION*

Ms. Freckleton was on time for the sessions, neatly groomed and attired. She states being 5 feet, 9 inches in height and weighs 210 pounds. The evaluation is performed from Ms. Freckleton's home. She is using a phone for the Zoom conference.

## *SOCIO-ECONOMIC BACKGROUND INFORMATION*

She is 51 years of age, born 1/13/73 in St. Thomas Parish, Jamaica. She came to the United States in 8/2002. She is divorced and resides in a house 210 East High Street, Philadelphia (Philadelphia County), PA 19144; Telephone: 347-622-6800) with her daughter, age 14.

## *EDUCATIONAL AND TRAINING ACHIEVEMENTS*

Ms. Freckleton attended high school in Jamaica. She received her GED in 2010.

She attended the Borough of Manhattan Community College from 2010 to 2012.

From 2012 to 2016 Ms. Freckleton attended the College of Technology, taking Liberal Arts courses and graduating with an Associate's Degree in Science. She reported having A-B grades.

In 2015 she attended the College of New Rochelle, taking courses toward a Bachelor of Science Degree in Nursing. In 2016 she needed accommodations for her classes. Ms. Freckleton was dismissed from the college in 5/18 due to "conflict" with a teacher.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 13

She transferred to Mercy College in 2019 but was told she was no longer a student at the school due to her being dismissed from the College of New Rochelle.

From 9/18 to 12/18 she attended Farmingdale State University, taking an EMT training program. In 2018 she became licensed as an EMT by the state of New York. Due to reciprocity, she is also licensed as an EMT in the Commonwealth of Pennsylvania.

From 2018 to 2019 she attended the Palm Beach School of Nursing, graduating with an Associate's Degree in Nursing. She reported being valedictorian of the class. However, when Ms. Freckleton tried to take the RN Degree exam, she was told that the school was under federal investigation and she was not eligible.

She reports she will begin Paramedic Training at Kingsborough Community College in Brooklyn on 3/1/24 which will take two semesters, or about six months.

### *LANGUAGE SKILLS*

She speaks English.

### *COMPUTER SKILLS*

Ms. Freckleton reports being able to use a computer for e-mail and Internet.

### *LICENSES/CERTIFICATIONS*

She is licensed as an EMT by the state of New York. Due to reciprocity, she is also licensed as an EMT in the Commonwealth of Pennsylvania.

She reports following education and training:

- NYSDOH Covid-19 Vaccine Vaccinator Training (V4.1) Course (2021)
- BLS certification for healthcare professions (2023)
- HeartSaver First Aid (2018)
- NYS BLS Adult and Pediatric Protocol update EMS (2019)
- Z-MEDICA QuikClot Family of Products Certificate (2019)
- OSHA 30 Hour Construction with Voice Authentication Training (2020)
- Infection Control (2020)
- HIV/AIDS Awareness And Prevention Certificate (2020)
- Covid-19, Pulmonary, ARDS, and Ventilator Resources Certificate (2020)
- New York State Mandatory Infection Control and Barrier Precautions Certificate (2019)
- New York Mandatory Education for Prescribing Controlled Substances Certificate (2019)
- New York State Mandated Reporter Training for Child Abuse Certificate (2019)
- New York State Assembly Certificate of Merit Emergency Medical Technician (2019)
- Youth Mental Health First Aid USA (2018)

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 14

- HeartSaver First Aid (2018)
- Emergency Management Institute - FEMA 100,200, 5a,800c,700b (2019)
- Adult Mental Health First Aid USA (2017)
- The National Society of Leadership and Success (2015)
- The Honors Scholars Program in Chemistry Project (2014)
- Associate of Science Degree in Nursing, Palm Beach School of Nursing (2019)
- Emergency Medical Technician, Long Island Educational Opportunity Center (2019)
- Daniel Kenedy Memorial Award, Long Island Educational Opportunity Center (2019)
- Security Guard Training certification, RJS Security Guards Training School (2018)
- Associate Degree in Science, New York City College of Technology (2010-2015)

## *MILITARY SERVICE*

Military service is denied.

## *FINANCIAL*

Ms. Freckleton is receiving $220 per month in child support.

## *WORK HISTORY*

Employment from 9/23 to present has been as an Emergency Medical Technician for Life Line Medical in Philadelphia. This job involves responding to emergencies and providing emergency care for medical and VA patients.  On the standard five-point physical demand scale of Sedentary - Light - Medium - Heavy - Very Heavy, this occupation would be considered Medium to Very Heavy Work as it involves the lifting and carrying of patients weighing over 100 pounds with assistance.  It is classified as semi-skilled work.  She reports earning $24 an hour, working 40 plus hours a week.

Employment from 9/23 to 11/14/23 was as an Emergency Medical Technician for Montgomery County Emergency Services in Norristown, PA. This job involved responding to emergencies and providing emergency care for psychiatric patients. She reported earning $24 an hour working 40 hours. She was fired from this due to anxiety.

Employment from 6/23 to 9/23 was as an Emergency Medical Technician for Event Medical Staffing Solutions in Sharron Hill, PA.  This job involved responding to emergencies and providing emergency care for medical patients.  She reported earning $23.50 an hour, working 40 plus hours a week. She reported being fired from this job.

Employment from 1/23 to 6/23 was as an Emergency Medical Technician for Superior Medical Response Ambulance in Jobstown, New Jersey. This job involved responding to emergencies and providing emergency care for medical patients.  She reported earning $25 an hour, working 40 plus hours a week.  She reported being fired from this job.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 15

This work is best described in the U.S. Department of Labor's <u>Dictionary of Occupational Titles</u> ("DOT")[App. B1] on page 72 as follows:

EMERGENCY MEDICAL TECHNICIAN (medical services)

Administers first-aid treatment to and transports sick or injured persons to medical facility, working as member of emergency medical team: Responds to instructions from emergency medical dispatcher and drives specially equipped emergency vehicle to specified location. Monitors communication equipment to maintain contact with dispatcher. Removes or assists in removal of victims from scene of accident or catastrophe. Determines nature and extent of illness or injury, or magnitude of catastrophe, to establish first aid procedures to be followed or need for additional assistance, basing decisions on statements of persons involved, examination of victim or victims, and knowledge of emergency medical practice. Administers prescribed first-aid treatment at site of emergency, or in specially equipped vehicle, performing such activities as application of splints, administration of oxygen or intravenous injections, treatment of minor wounds or abrasions, or administration of artificial resuscitation. Communicates with professional medical personnel at emergency treatment facility to obtain instructions regarding further treatment and to arrange for reception of victims at treatment facility. Assists in removal of victims from vehicle and transfer of victims to treatment center. Assists treatment center admitting personnel to obtain and record information related to victims' vital statistics and circumstances of emergency. Maintains vehicles and medical and communication equipment and replenishes first-aid equipment and supplies. May assist in controlling crowds, protecting valuables, or performing other duties at scene of catastrophe. May assist professional medical personnel in emergency treatment administered at medical facility.

It is given code number 079.374-010. On the standard five-point physical demand scale of Sedentary - Light - Medium - Heavy - Very Heavy, this occupation would be considered Medium to Very Heavy Work as it involved the lifting and carrying of patients weighing over 100 pounds with assistance. It is classified as semi-skilled work.

<u>Medium Work</u> is defined by the DOT, page 1013, as exerting 20 to 50 pounds of force occasionally (up to one-third of the time), and/or 10 to 25 pounds of force frequently (one-third to two-thirds of the time), and/or greater than negligible up to 10 pounds of force constantly (two-thirds or more of the time) to move objects. Physical demand requirements are in excess of those required for Light Work.

<u>Very Heavy Work</u> is defined by the DOT, page 1013, as exerting in excess of 100 pounds of force occasionally (up to one-third of the time), and/or in excess of 50 pounds of force frequently (one-third to two-thirds of the time), and/or in excess of 20 pounds of force constantly (two-thirds or more of the time) to move objects. Physical demand requirements are in excess of those required for Heavy Work.

Employment from 9/22 to 6/23 was as a Waitress/Server for Jeffrey A. Miller Catering in Philadelphia. This occupation involved greeting customers, waiting on customers, and

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 16

serving orders via tray service. This work is best described in the U.S. Department of Labor's
Dictionary of Occupational Titles ("DOT")[App. B1] on page 241 as follows:

WAITER/WAITRESS, INFORMAL (hotel & restaurant)

Serves food to patrons at counters and tables of coffee shops, lunchrooms, and other dining
establishments where food service is informal: Presents menu, answers questions, and makes
suggestions regarding food and service. Writes order on check or memorizes it. Relays order
to kitchen and serves courses from kitchen and service bars. Observes guests to respond to
additional requests and to determine when meal has been completed. Totals bill and accepts
payment or refers patron to CASHIER (clerical) II 211.462-010. May ladle soup, toss salads,
portion pies and desserts, brew coffee, and perform other services as determined by
establishment's size and practices. May clear and reset counters or tables at conclusion of
each course [DINING ROOM ATTENDANT (hotel & rest.) 311.677-018].

It is given code number 311.477-030. On the standard five-point physical demand scale of
Sedentary - Light - Medium - Heavy - Very Heavy, this occupation would be considered
Light Work as at times it involved the lifting of up to 25 pounds. It is classified as semi-
skilled work. She worked 10-12 hours per day, three days per week. She reported earning
$13 per hour.

Employment from 4/20 to 8/20 was an Office Cleaner. She cleaned and sanitized offices to
prevent the spread of COVID-19. This work is best described in the U.S. Department of
Labor's Dictionary of Occupational Titles ("DOT")[App. B1] as follows:

CLEANER

Performs any combination of following duties to maintain private home clean and orderly,
to cook and serve meals, and to render personal services to family members: Plans meals and
purchases foodstuffs and household supplies. Prepares and cooks vegetables, meats, and
other foods according to employer's instructions or following own methods. Serves meals and
refreshments. Washes dishes and cleans silverware. Oversees activities of children, assisting
them in dressing and bathing. Cleans furnishings, floors, and windows, using vacuum
cleaner, mops, broom, cloths, and cleaning solutions. Changes linens and makes beds.
Washes linens and other garments by hand or machine, and mends and irons clothing, linens,
and other household articles, using hand iron or electric ironer. Answers telephone and
doorbell. Feeds pets.

It is given code number 301.474-010. On the standard five-point physical demand scale of
Sedentary - Light - Medium - Heavy - Very Heavy, this occupation would be considered
Light Work as it involved the frequent lifting of 10 pounds. It is classified as unskilled work.
She reported earning $40 per hour, working eight hours per week.

Employment from 5/20 to 10/22 was as an Emergency Medical Technician for Ready
Responders in New York. This job involved responding to emergencies and providing

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 17

emergency care for medical patients with COVID-19. She reported earning $20 an hour, working 40 plus hours per week. She reported being fired from this job.

Employment from 6/6/20 to 9/20 was as an Emergency Medical Technician for Pivot Onsite Innovations in New York. This job involved responding to emergencies and providing emergency care for workers. On the standard five-point physical demand scale of Sedentary - Light - Medium - Heavy - Very Heavy, this occupation would be considered Light Work as it involved only scanning workers for COVID-19. It is classified as semi-skilled work. She was fired from this job.

Employment from 3/19 to 12/19 was as an Emergency Medical Technician for Ambulnz, LLC in Queens, New York. This job involved responding to emergencies and providing emergency care for medical patients. She reported earning $18 an hour, working 40 plus hours a week. She reported being fired from this job.

OTHER PHYSICAL DEMANDS:

CL - Climbing - Occasional
BA - Balancing - Occasional
ST - Stooping - Occasional
KN - Kneeling - Occasional
CR - Crouching - Occasional
CW - Crawling - Occasional
RE - Reaching - Frequent
HA - Handling - Frequent
FI - Fingering - Frequent
FE - Feeling - Occasional
TA - Talking - Frequent
HE - Hearing - Frequent
TS - Tasting/Smelling - Occasional

VISION:

NE - Near Acuity - Frequent
FA - Far Acuity - Occasional
DE - Depth Perception - Occasional
AC - Accommodation - Occasional
CV - Color Vision - Frequent
FV - Field of Vision - Occasional

COMMON ENVIRONMENTAL WORKING CONDITIONS (to which the worker is exposed):

WE - Exposure to weather - Frequent
NO - Noise Intensity Level - Moderate

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 18

Every job requires a worker to function, to some degree, in relation to Data, People, and Things. The DOT has identified and defined these "Worker Functions," and the fourth, fifth, and sixth digits of the occupational DOT code reflect these relationships to Data (D), People (P), and Things (T). This occupation has been assigned the following relationships:

D3 - Compiling: Gathering, collating, or classifying information about data, people, or things. Reporting and/or carrying out a prescribed action in relation to the information is frequently involved.

P7 - Serving: Attending to the needs or requests of people or animals or the expressed or implicit wishes of people. Immediate response is involved.

T4 - Manipulating: Using body members, tools, or special devices to work, move, guide, or place objects or materials. Involves some latitude for judgment with regard to precision attained and selecting appropriate tool, object, or material, although this is readily manifest.

The Department of Labor classifies occupations by Specific Vocational Preparation (SVP),[App. B1] which is defined as the amount of lapsed time required by a typical worker to learn the techniques, acquire the information, and develop the facility needed for average performance in a specific work situation.

This occupation requires an SVP level of 5, which includes jobs that take over six months and up to one year to learn.

The General Educational Development (GED)[App. B1] has been analyzed regarding those aspects of education (formal and informal) which are required of the worker for satisfactory job performance. The GED is composed of three divisions: Reasoning Development, Mathematical Development, and Language Development. Ms. Freckleton's occupation has the following GED classifications:

Reasoning Development Level 4, which means a person must at least be able to "apply principles of rational systems to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists" and "interpret a variety of instructions furnished in written, oral, diagrammatic, or schedule form."

Mathematical Development Level 3, which means a person must at least be able to "compute discount, interest, profit and loss; commission, markup, and selling price; ratio and proportion, and percentage" and "calculate surfaces, volumes, weights, and measures." Utilizing algebra, she must at least be able to "calculate variables and formulas; monomials and polynomials; ratio and proportion variables; and square roots and radicals." Utilizing geometry, she must at least be able to "calculate plane and solid figures; circumference, area, and volume" and "understand kinds of angles, and properties of pairs of angles."

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 19

Language Development Level 4, which means a person, when reading, must at least be able to "read novels, poems, newspapers, periodicals, journals, manuals, dictionaries, thesauruses, and encyclopedias." When writing, she must at least be able to "prepare business letters, expositions, summaries, and reports, using prescribed format and conforming to all rules of punctuation, grammar, diction, and style." When speaking, she must at least be able to "participate in panel discussions, dramatizations, and debates" and "speak extemporaneously on a variety of subjects."

## *ANALYSIS OF PAST WORK EXPERIENCE*

An analysis of Ms. Freckleton's past work history indicates that her main occupation is as an Emergency Medical Technician. Based on the job description she gave, this work requires Medium to Very Heavy Physical capability.

Based on the job description given by Ms. Freckleton, on a scale of unskilled (Specific Vocational Preparation 1-3), semi-skilled (Specific Vocational Preparation 4-6), and skilled or professional (Specific Vocational Preparation 7-9), her occupation would be classified as semi-skilled.

*The skills and competencies inherent in this occupation are the following:*

Checks quality of work or information. Cooperates with others. Demonstrates customer service orientation. Enjoys technical work. Establishes credibility. Expands and uses technical knowledge. Follows up with customer. Gets information from many different sources. Has relevant technical or product knowledge. Keeps records. Makes connections and sees patterns. Makes extra effort to meet customer needs. Measures performance. Reflects optimism. Possesses good listening skills. Recognizes key actions and underlying problems. Seeks clarity of roles and information. Shows self confidence. Takes on challenges. Understands attitudes, interests and needs of others. Understands functioning of client organization. Sensitive to diverse cultures.

Reading: Reads medical charts to determine prescribed diagnostic and treatment orders. Reads manuals and special procedures to determine accuracy in providing diagnostic and treatment procedures. Reads instruments to determine and target correct area. May read technical reports summarizing test results. Keeps abreast of proper protocols and new diagnostic procedures. Reads computer information to ensure quality of diagnostic procedures. May read departmental budget information. May read training guides and manuals to assist training of new employees or students. Follows written procedures on radiation protection principles and procedures. Locates, understands and interprets written information in prose and documents, including, manuals, graphs and schedules. Identifies relevant details, facts and specifications. Understands technical vocabulary and medical terminology and judges accuracy of prescribed diagnostic or treatment recommendations.

Writing: Writes results of diagnosis/treatment, noting any information relevant to the procedures and results. Records information regarding instrument settings, patient history, orientation specified and position of entry of electrode connections. Enters data on computer

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 20

keyboard.   Documents any other technical data important to process.   If in a supervisory position, may write computer protocols, new and revised procedures and safety polices and procedures.   Maintains records, reports and files as required.   Communicates information and messages in writing and records information completely and accurately.   Uses language, style, organization and format appropriate to purpose and audience.   Includes all supporting documentation and attends to high level of detail.

Arithmetic: Deals with systems of real numbers, which may include linear, quadratic, rational, exponential, logarithmic, angle and circular functions, inverse functions, related algebraic solution of equations and inequalities, limits, continuity, probability and statistical inference.   Uses deductive axiomatic geometry, plane and solid, and rectangular coordinates.   Uses practical application of fractions, percentages, ratio and proportion, measurement, logarithms, practical algebra, geometric constructions, and essentials of trigonometry.   May use tables, graphs, diagrams and charts to obtain or convey quantitative information.

HEALTH CARING-MEDICAL

Treating people and animals with physical and mental problems.

Bandaging, Bathing, Diagnosing, Disinfecting, Examining, Exercising, Injecting, Inoculating, Interviewing, Investigating, Massaging, Monitoring, Prescribing, Quarantining, Rubbing, Taking Pulse, Treating.

According to Selected Characteristics of Occupations Defined in the Dictionary of Occupational Titles, U.S. Department of Labor, Employment and Training Administration, 1993, COJ 2000 The Classification of Jobs, Fifth Edition, J. E. and T. F. Field, Elliott & Fitzpatrick, Inc., 1999. and Dictionary of Worker Traits, Volume I and Volume II, A. F. Kearns and R. E. Neeley, Vocational Research Institute, 1987, this occupation is found in the Worker Trait Group PATIENT CARE and is GOE coded 10.03.02.   This occupation is given the O *NET code: 29-2041.00 for the occupational unit Emergency Medical Technicians and Paramedics.

In analyzing aptitudes in occupations, the U.S. Department of Labor uses a five-point scale: 1 (highest 10 percent of the population), 2 (highest one-third of the population), 3 (middle one-third of the population), 4 (lowest one-third of the population), and 5 (lowest 10 percent of the population).   Ms. Freckleton's prior work contains the following aptitudes:

G-3 **Intelligence**:  General learning ability.

V-3 **Verbal**:  Ability to understand meanings of words and ideas associated with them.

N-3 **Numerical**:  Ability to perform arithmetic operations quickly and accurately.

S-3 **Spatial**:  Ability to comprehend forms in space and understand relationships of plane and solid objects.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 21

P-2 **Form Perception**:  Ability to perceive pertinent detail in objects or in pictorial or graphic material.

Q-3 **Clerical Perception**: Ability to perceive pertinent detail in verbal or tabular material.

K-2 **Motor Coordination**:  Ability to coordinate eyes, hands, or fingers rapidly and accurately in making precise movements with speed.

F-2 **Finger Dexterity**: Ability to manipulate small objects and move the fingers rapidly and accurately.

M-2 **Manual Dexterity**:  Ability of a person to work with the hands in a skillful manner, as well as work with the hands to perform placing and turning motions.

E-3 **Eye-Hand-Foot Coordination**:  Ability to move the hand and foot coordinately with each other in accordance with visual stimuli.

C-3 **Color Discrimination**:  Ability to perceive or recognize similarities or differences in colors, or in shades, or other values of the same color.

This occupation requires the following Temperaments or Situations to which the worker must adapt:

S - Performing under stress when confronted with emergency, critical, unusual, or dangerous situations or situations in which speed and sustained attention are make-or-break aspects of the job.

P - Dealing with people beyond giving and receiving instructions.

J - Making generalizations, evaluations, or decisions based on sensory or judgmental criteria.

*Significant Points*

Job stress is common because hours of work are irregular and workers often must treat patients in life-or-death situations.  Formal training and certification are required, but State requirements vary.  Employment is projected to grow faster than average as paid emergency medical technician positions replace unpaid volunteers.  Competition will be greater for jobs in local fire, police, and rescue squad departments than in private ambulance services; opportunities will be best for those who have advanced certification.

*Nature of Work*

People's lives often depend on the quick reaction and competent care of emergency medical technicians (EMTs) and paramedics-EMTs with additional advanced training to perform more difficult prehospital medical procedures. Incidents as varied as automobile accidents, heart attacks, drownings, childbirth, and gunshot wounds all require immediate medical

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 22

attention. EMTs and paramedics provide this vital attention as they care for and transport the sick or injured to a medical facility.

In an emergency, EMTs and paramedics typically are dispatched to the scene by a 911 operator, and often work with police and fire department personnel. (Police and detectives and firefighting occupations are discussed elsewhere in the Handbook.) Once they arrive, they determine the nature and extent of the patient's condition while trying to ascertain whether the patient has preexisting medical problems. Following strict rules and guidelines, they give appropriate emergency care and, when necessary, transport the patient. Some paramedics are trained to treat patients with minor injuries on the scene of an accident or at their home without transporting them to a medical facility. Emergency treatment for more complicated problems is carried out under the direction of medical doctors by radio preceding or during transport.

EMTs and paramedics may use special equipment, such as backboards, to immobilize patients before placing them on stretchers and securing them in the ambulance for transport to a medical facility. Usually, one EMT or paramedic drives while the other monitors the patient's vital signs and gives additional care as needed. Some EMTs work as part of the flight crew of helicopters that transport critically ill or injured patients to hospital trauma centers.

At the medical facility, EMTs and paramedics help transfer patients to the emergency department, report their observations and actions to emergency room staff, and may provide additional emergency treatment. After each run, EMTs and paramedics replace used supplies and check equipment. If a transported patient had a contagious disease, EMTs and paramedics decontaminate the interior of the ambulance and report cases to the proper authorities.

Beyond these general duties, the specific responsibilities of EMTs and paramedics depend on their level of qualification and training. To determine this, the National Registry of Emergency Medical Technicians (NREMT) registers emergency medical service (EMS) providers at four levels: First Responder, EMT-Basic, EMT-Intermediate, and EMT-Paramedic. Some States, however, do their own certification and use numeric ratings from 1 to 4 to distinguish levels of proficiency.

The lowest-level workers-First Responders-are trained to provide basic emergency medical care because they tend to be the first persons to arrive at the scene of an incident. Many firefighters, police officers, and other emergency workers have this level of training. The EMT-Basic, also known as EMT-1, represents the first component of the emergency medical technician system. An EMT-1 is trained to care for patients at the scene of an accident and while transporting patients by ambulance to the hospital under medical direction. The EMT-1 has the emergency skills to assess a patient's condition and manage respiratory, cardiac, and trauma emergencies.

The EMT-Intermediate (EMT-2 and EMT-3) has more advanced training that allows the administration of intravenous fluids, the use of manual defibrillators to give lifesaving shocks

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 23

to a stopped heart, and the application of advanced airway techniques and equipment to assist patients experiencing respiratory emergencies. EMT-Paramedics (EMT-4) provide the most extensive prehospital care. In addition to carrying out the procedures already described, paramedics may administer drugs orally and intravenously, interpret electrocardiograms (EKGs), perform endotracheal intubations, and use monitors and other complex equipment.

*WORKING CONDITIONS INFORMATION - Emergency medical technicians and paramedics*

EMTs and paramedics work both indoors and outdoors, in all types of weather. They are required to do considerable kneeling, bending, and heavy lifting. These workers risk noise-induced hearing loss from sirens and back injuries from lifting patients. In addition, EMTs and paramedics may be exposed to diseases such as hepatitis-B and AIDS, as well as violence from drug overdose victims or mentally unstable patients. The work is not only physically strenuous, but also stressful, involving life-or-death situations and suffering patients. Nonetheless, many people find the work exciting and challenging and enjoy the opportunity to help others.

EMTs and paramedics employed by fire departments work about 50 hours a week. Those employed by hospitals frequently work between 45 and 60 hours a week, and those in private ambulance services, between 45 and 50 hours. Some of these workers, especially those in police and fire departments, are on call for extended periods. Because emergency services function 24 hours a day, EMTs and paramedics have irregular working hours that add to job stress.

### ***EMPLOYMENT SUMMARY***

The following is a summary of Ms. Freckleton's dates of employment, job title, and employer based on the work history provided during the interview portion of the evaluation:

| DATES OF EMPLOYMENT | JOB TITLE | EMPLOYER |
|---|---|---|
| 9/23 to present | Emergency Medical Technician | Life Line Medical in Philadelphia |
| 9/23 to 11/14/23 | Emergency Medical Technician | Montgomery County Emergency Services in Norristown, PA |
| 6/23 to 9/23 | Emergency Medical Technician | Event Medical Staffing Solutions in Sharron Hill, PA |
| 1/23 to 6/23 | Emergency Medical Technician | Superior Medical Response Ambulance in Jobstown, New Jersey |

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 24

| DATES OF EMPLOYMENT | JOB TITLE | EMPLOYER |
|---|---|---|
| 9/22 to 6/23 | Waitress/Server | Jeffrey A. Miller Catering in Philadelphia |
| 4/20 to 8/20 | Office Cleaner | |
| 5/20 to 10/22 | Emergency Medical Technician | Ready Responders in New York |
| 6/6/20 to 9/20 | Emergency Medical Technician | Pivot Onsite Innovations in New York |
| 3/19 to 12/19 | Emergency Medical Technician | Ambulnz, LLC in Queens, New York |

## *ECONOMIC/EARNINGS HISTORY*

| Year | Actual W-2 Earnings/Income Tax Returns |
|---|---|
| 2019 | $30,567 |
| 2020 | $29,869 |
| 2021 | $22,093 |
| 2022 | $7,730 |

**\* Wage records reviewed to ascertain evaluee's past earnings history.**

## *EMOTIONAL COMPLAINTS*

Emotionally, Ms. Freckleton reports feelings of anxiety, depression, and difficulty relating to others.

She complains of anger as well as frustration with respect to her chronic pain, functional restrictions, and restricted lifestyle.

Ms. Freckleton reported having two to three anxiety/panic attacks, last in 11/23. The attacks lasted one to two hours. She describes these attacks as having chest pain, shortness of breath, and difficulty breathing.

Ms. Freckleton is receiving individual counseling sessions from Dr. Ramona Chube, a psychiatrist, on an every three month basis. In New York, she was treated by Dr. Crabtree.

***The following mental health records were reviewed:***

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 25

Dr. Ramona Cube/Public Health (4/12/23) states "Refill Sertraline HCL: 25 mg 1 tablet orally once a day; Refill Sertraline HCL: 100 mg 1 tablet orally once a day."

Dr. Alter Kidd/Cumberland Diagnostic and Treatment Center (3/24/16-5/31/17) states "I have been the primary care physician for Ms. Freckleton for the past several years. She shared her difficulties with anxiety and have begun to treat her for this. In addition, she has agreed to meet with a psychotherapist during this period...For the staff at the College of New Rochelle, I would like to make the following request: *please accommodate Ms. Freckleton with extended time to take her exams for the next two months (3/24/16)*...I have been the primary care physician for Ms. Freckleton for the past several years. She shared her difficulties with anxiety and I have begun to treat her for this. In addition, she has agreed to meet with a psychotherapist during this period...For the staff at the College of New Rochelle, I would like to make the request: please accommodate Ms. Freckleton with extended time to take her exams for the next two months. This will give our team sufficient time to assist her in coming to a resolution with this (5/31/17)."

Dr. Craig Crabtree, LMSW, Ph.D./Gotham Health Cumberland (5/17/18-2/2/23) states "I am a psychotherapist who has been working with you periodically for the past two years on your issues with anxiety. It is my impression that this past semester has been especially challenging for you. The stressors seemed to center around lack of clarity on sources of information and on friction with a few individuals within your academic circle (5/17/18)...We first met on 08/16/2019 and my notes show a total of ten sessions with you. I do recall that your difficulties with an EMS job from which you were terminated was a significant source of stress. I noted that you were first prescribed setraline on 02/23/2019 and most recently on 08/10/2022 (2/2/23)."

Isaac Davis, NP/Gotham Health Cumberland Diagnostic and Treatment Center (7/10/19-8/17/21) states "I am writing regarding the above woman who is my patient at Gotham Health Cumberland Medical Clinic. Patient experiences testing anxiety and will benefit from extended accommodations to complete her exams (7/10/19)...I have been treating you for problems with anxiety. This letter is verification that you will need extra time while taking the NCLEX exam (8/17/21)."

## *CURRENT (POST-INJURY) MEDICAL TREATMENT*

### Hospitalizations and Surgeries

Ms. Freckleton was hospitalized at: The Brooklyn Hospital Center (8/6/18-8/8/16) for Migraine Headache; Kings County Hospital (8/18) for panic attacks; Einstein Medical Center (11/14/23).

### Physicians

Her general practitioner is Issac E. Davis, Nurse Practitioner.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 26

Therapy and Chiropractic Treatment

None reported.

Pain Management Modalities

None reported.

Medication Regimen

Ms. Freckleton reports taking the following medications:

| MEDICATION & DOSAGE | FREQUENCY | PURPOSE |
|---|---|---|
| Sertraline 125 mg | 1 X Day | Anxiety |

Orthotic and Positioning Devices

None reported.

## *ACTIVITIES OF DAILY LIVING*

She can independently wash, dress, and bathe herself.

Her daily activities include listening to classical music.

Ms. Freckleton reports having to sometimes rest for 20-25 minutes because of anxiety.

## *HOUSEHOLD ACTIVITIES*

She can perform the shopping and household chores.

## *AVOCATIONAL ACTIVITIES*

She denies current involvement in any hobbies, sports, or special interests. Before the onsen of her condition, Ms. Freckleton participated in jogging. She now reports reading.

## *TRANSPORTATION RESOURCES*

She has a Pennsylvania driver's license. She is able to use public transportation.

## *RESIDUAL FUNCTIONAL CAPACITY SELF-ASSESSMENT*

Ms. Freckleton gives the following as her current physical capacity: able to sit, stand, walk, climb stairs, and bend within normal limits. Ms. Freckleton is able to use the hands to grasp and manipulate objects. The dominant hand is the left. She is able to bend.

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 27

## *IMPAIRED EARNING CAPACITY*

Earning capacity is defined as the potential of a worker, possessing knowledge, skills, and abilities to work and earn money in a competitive labor market. The most commonly accepted definitions of earning capacity involve the amount of money a person can earn because of age, education, training, work experience and residual functional capacity (Field, Weed, & Grimes, 1986; Field and Sink, 1981). The definition usually contains three elements:

(1)     The amount of money that a worker is capable of earning by virtue of physical condition (residual functional capacity), the degree of recovery experience and training.

(2)     The ability to **hold skill and earning power** (Deutsch & Sawyer, 1997); and

(3)     The ability of the individual to obtain and/or hold the **highest paying jobs** to which she or she might have access (Weed & Field 2001).

The foundation for earning capacity comes from residual functional capacity (RFC) and employability.

The impaired earning capacity of an individual is based upon the determination of the probable course of future earnings, or the **capacity** for earnings. For an individual with a demonstrated adult earning capacity, the single best indication of what will be done in the future will depend, to a great extent, upon what has been done in the past. What actually has been accomplished in the past, however, does not necessarily establish the **capacity to earn,** but is rather just some evidence as to this capacity. Generally, the calculations are based upon the level of education she could have been expected to have achieved. Data is published by the U.S. Bureau of Census as to earnings by age, education, and sex. In this case, the statistical group used is **Registered Nurses in New York City.**

The extrapolation of an earnings stream into the future must consider various socioeconomic forces at work in the economy. In most cases, there are three subject matter areas which must be utilized in making such an extrapolation--personnel, economics, and statistics.

## *VOCATIONAL MITIGATION EFFORTS*

In an attempt to mitigate her economic damages resultant of the College of New Rochelle's failure to make accommodations for Ms. Freckleton while she was a student, she has taken additional training and became employed as an Emergency Medical Technician.

## *EMPLOYABILITY AND EARNING CAPACITY OPINION*

This evaluation was completed utilizing the peer reviewed, and RAPEL methodology. This evaluation has been completed within industry standards. Unless otherwise noted, or where

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 28

assumptions are stated, all opinions expressed herein are provided within a reasonable degree of vocational and rehabilitation certainty.

### *Earning Capacity*

Based on the results of the Vocational Evaluation performed on her as well as her age, Associate's Degree level education, and past experience of semi-skilled work as an Emergency Medical Technician, the following are my opinions, as a Vocational Expert, regarding Ms. Freckleton's employability and earning capacity:

1. Ms. Freckleton is unable to perform her vocational goal to become a BSN Registered Nurse.

2. Ms. Freckleton's pre-injury earning capacity is best represented by the average earnings of Registered Nurses in New York City of $104,860 per annum (182,710 jobs).(App. B14)

3. Ms. Freckleton has been able to obtain education and training as an Emergency Medical Technician and become employed in this occupation. The average earnings for this occupation in New York City are $48,820 per annum (12,850 jobs).(App. B14)

4. Ms. Freckleton has sustained a significant diminution of earning capacity of $56,040 per annum over her work life (age 67).

5. Due to her injuries, she has sustained a **total loss of $1,344,960 ($1,120,800 earnings loss at $56,040 per annum for 20 years of work life expectancy using the social security retirement age of 67, plus $224,160 for 20% fringe benefits).** This figure is an **estimate**. It has not been reduced to present value. It does not take into account the discount rate, the inflation rate, or have taxes been subtracted. **THIS DOES NOT REPLACE A FORENSIC ECONOMIC EVALUATION.**(App. B15, B16)

|  | Amount of Loss |
|---|---|
| **Pre-Injury Earning Capacity Loss** | $1,120,800 |
| **Loss of Fringe Benefits** | $224,160 |
| **LOST EARNING CAPACITY** | $1,344,960 |

### *Labor Force Participation*

In formulating my opinion regarding Ms. Freckleton's employability and earning capacity, I considered the various factors which affect an injured person's work life expectancy in the competitive labor market. I considered that it may take her longer to find a job and that she may be unemployed longer between jobs. Ms. Freckleton may require time off for medical

Employability and Earning Capacity Evaluation on Malvia M. Freckleton
February 9, 2023
Page 29

treatment and may have difficulty keeping a job.  Lastly, her limitations may force her to retire earlier than planned.

Prepared by:

Edmond Provder
Certified Rehabilitation Counselor
Diplomate, American Board of Vocational Experts

*Appendix A*

# 5-POINT PHYSICAL DEMAND SCALE

<u>*Sedentary Work involves:*</u>

- ▸ EXERTING 10 pounds of force <u>occasionally</u>, and/or a negligible amount of force to lift, carry, push, pull, or otherwise move objects, including the human body.
- ▸ SITTING most of the time, walking and standing <u>occasionally</u>.

<u>*Light Work involves:*</u>

- ▸ EXERTING 20 pounds of force <u>occasionally</u>, and/or up to 10 pounds of force frequently, and/or a negligible amount of force <u>constantly</u> to move objects.
- ▸ Even if weight exertion is negligible, WALKING OR STANDING to a <u>significant degree</u>, and/or
- ▸ SITTING most of the time but with pushing and/or pulling of arm or leg controls, and/or
- ▸ Working at a production rate pace entailing <u>constant pushing and/or pulling of materials.</u>

<u>*Medium Work involves:*</u>

- ▸ EXERTING 20 to 50 pounds of force <u>occasionally</u>, and/or up to 10 to 25 pounds of force frequently, and/or up to 10 pounds of force <u>constantly</u> to move objects.

<u>*Heavy Work involves:*</u>

- ▸ EXERTING 50 to 100 pounds of force <u>occasionally</u>, and/or up to 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force <u>constantly</u> to move objects.

<u>*Very Heavy Work involves:*</u>

- ▸ EXERTING in excess of 100 pounds of force <u>occasionally</u>, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force <u>constantly</u> to move objects.

*U.S. Department of Labor's Dictionary of Occupational Titles, Fourth Edition, Revised 1991, page 1013*

| | |
|---|---|
| Occasionally | = up to ⅓ of the time |
| Frequently | = ⅓ to ⅔ of the time |
| Constantly | = ⅔ or more of the time |

*Appendix B*

## VOCATIONAL RESOURCES CONSULTED

1.  Dictionary of Occupational Titles, Fourth Edition-Revised, U.S. Department of Labor, Employment and Training Administration/JIST Works, Inc., 1991.

2.  O*Net (Occupational Information Network) Online, http://online.onetonline.org

3.  Job Browser Pro, Version 1.6.6  Skilltran, Spokane, Wa., 2012.

4.  Selected Characteristics of Occupations Defined in the Dictionary of Occupational Titles, U.S. Department of Labor, Employment and Training Administration, 1993.

5.  The Guide For Occupational Exploration, 2000 Edition, Farr, Ludden & Shatkin, Published by JIST Works Inc., 2000.

6.  The Transitional Classification of Jobs, 6th Edition, J. E. and T. F. Field, Elliott & Fitzpatrick, Inc., 2004.

7.  OASYS - Transferable Skills Program, VERTEK, Washington.

8.  The Revised Handbook for Analyzing Jobs, U.S. Department of Labor, Employment and Training Administration/JIST Works, Inc., 1991.

9.  Occupational Outlook Handbook, 2020-2021 Edition, A Dictionary of Occupational Titles Supplement, U.S. Department of Labor, Bureau of Labor Statistics Bulletin, December 2015, http://www.bls.gov/ooh/

10. Rehabilitation Consultant's Handbook, 4th Revised Edition, Roger O. Weed and Timothy F. Field, Athens, GA 2012.

11  A Guide to Rehabilitation Volume I and II, Deutsch, Paul M. & Sawyer, Horace Ahab Press, Purchase, New York 2000.

12. A Theory of Work Adjustment, Dawis, R.V., England, G.W., & Lofquist, L.H.; Minnesota Studies in Rehabilitation XV, Bulletin #38, St. Paul, MN: University of Minnesota, 1964.

13. A Theoretical Model for Rehabilitation Counseling, Rehabilitation Counseling Bulletin, 33 (4), pp268-278.

14.   <u>Occupational Employment Statistics</u>, May 2022 Metropolitan and Nonmetropolitan Area Occupational Employment and Wage Estimates New York-Newark-Jersey City, NY-NJ-PA, https://www.bls.gov/oes/current/oes_35620.htm#49-0000

15.   <u>The Vocational Expert, Revised and Updated (2005)</u>, Blackwell, Terry L, Field, Timothy F et.al. Jenkins. William M, Amderson Robert M, Dietrich Wilson, L., Elliott & Fitzgerald, Inc, Athens, Georgia 2005.

16.   <u>Foundations of Forensic Vocational Rehabilitation</u>, Robinson, Rich H, Editor, Springer Publications, New York, 2014

17.   <u>Work & Disability</u>, 2nd Edition, Szymanski, Edna M, Parker, Randal M., E. Pro-ed Publishing Company, Austin, Texas 2003.

18.   <u>A Guide to Vocational Assessment</u>, 2nd Edition, Power, Paul W., Pro-ed Publishing Company, Austin, Texas 1991.

19.   <u>The Quick Desk Reference for the Forensic Rehabilitation Consultants</u>, Field, Janet E, Elliott & Fitzgerald, Inc, Athens, Georgia 2002.

20.   <u>Advanced Issues in Forensic Rehabilitation,</u>Volume I & II, Havranek, Joseph E., Elliot & Fitzpatrick, Inc, Athens, Georgia 2007.

*Appendix C*

## *Employability - Glossary of Terms*

*Aptitude* - the specific capacities or abilities required of an individual in order to facilitate the learning of or carrying out of some task or job duty.

*Disability* - any physical, mental, or emotional condition that is chronic or long-lasting, which is severe enough to limit the individual's functioning and which results in a handicap to productive activity.

*Earnings Loss* - the individual's expected loss of earnings, if any, which results from the injury. Loss of earnings is based on history whereas loss of earnings capacity is projected into the future.

*Earnings Capacity* - ability of individual to obtain and hold the highest paying of jobs to which he might have access. Access is determined by worker traits, work skills and amount of training.

*Employability* - exists if a person possesses skills, abilities, and traits necessary to perform a job; the kinds and types of jobs which a person with a disability might be able to perform.

*Essential Functions* - (an Americans with Disabilities Act and 1973 Rehab. Act term) fundamental job duties of the employment position the individual with a disability holds or desires.

*Exertional Level* - physical abilities necessary for certain types of jobs; includes sedentary, light, medium, heavy, and very heavy.

*Functional Limitations* - results from physical, mental, and emotional disabilities which adversely affects the workers capacity to function at a job.

*Handicap* - the effect of the disability on the ability to perform gainful work.

*Illiteracy* - inability to read or write; generally little or no formal education.

*Intelligence Quotient* - **(IQ)** it is a measure of general intelligence obtained by testing.

*Job Description* - narrative description of activities and requirements of a job; does not necessarily accurately reflect what a worker will actually do in that job.

*Limited Education* - some ability in reasoning, arithmetic, and language skills, but not enough to perform semi-skilled or skilled job; generally the 7th to 11th grades according to definition by the Social Security Administration.

*Labor Market Access* - **(LMA)** a method for determining the employability and loss of access to the labor market of an individual with a disability. Utilizes the Vocational Diagnosis and Assessment of Residual Employability process (VDARE) to determine residual functional capacity.

*Loss of Access* - generally related to the loss of access to the labor market. Persons with injuries may suffer a reduction in the numbers of jobs which are available to them as a result of reduced work life expectancy (such as earlier retirement, or part-time rather than full time work) or due to functional limitations which prevent the client from choosing certain occupations.

*Marginal Education* - ability in reasoning, arithmetic, and language skills sufficient to perform simple, unskilled types of jobs; generally, 6th grade & below.

*Mental Limitation* - retardation and learning disabilities are grouped as a functional limitation, although the casual circumstances are quite different; both refer to a hindrance or negative effect in the learning and performance of activities and to other overt manifestations of inadequate mental function.

*Mobility Limitations* - function of getting from one place to another is limited; may be caused either by physical disability or environmental barriers.

*Non-Exertional Impairment* - does not limit physical exertion and does not directly affect ability to sit, stand, walk, lift, carry, push, or pull; does have impact on ability to work.

## *Employability - Glossary of Terms*

*Pain Limitation* - pain refers to an unpleasant sensation characterized by throbbing, aching, shooting or other unpleasant feelings associated with bodily injury or disorder.  When pain is continuing, unremitting, uncontrollable, and severe, it may constitute a severe functional limitation to normal living.

*Partial Disability* - exists if the individual cannot perform some or all of the work for which he or she was fitted prior to the injury.

*Physical Demands* - the physical requirements made on the worker by the specific job worker situation.

*Placeability* - economic conditions and employer attitudes are such that a person can actually be placed in a job; the difficulty in placing a person with a disability in a job.

*Psychometric Instruments* - standardized instruments which measure correlative mental functioning of a cognitive, psychomotor, or effective nature purported to be important to specific job performance utilizing abstracted tasks.

*Residual Functional Capacity* - a disabled person's remaining physical and mental work potential and capacity.

*Sheltered Workshop* - It provides transitional and/or long-term employment in a controlled and protected working environment for those who are unable either to compete or to function in the open job market due to their handicap.

*Skill Level* - level of knowledge of work activity and degree of judgment required to perform a certain job; includes unskilled, semi-skilled, and skilled.

*Temperament* - personal traits consisting of the individual's characteristic mode or inclination of emotional response.

*Total Disability* - exists if the individual is unable to return to preinjury employment and unable (due to an injury) to obtain employment with similar livelihood.

*Transferability of Skills* - skills that were used in one job can be interchanged or substituted into another job; used to determine the employability of a person.

*VDARE Process* - (Vocational Diagnosis and Assessment of Residual Employability) uses client's work history as a basis upon which to build an assessment of client vocational functioning capabilities.

*Vocational Assessment* - process by which vocational expert determines loss of vocational functioning due to a disability and helps clients to correlate their characteristics as workers with the characteristics of occupations.

*Vocational Rehabilitation Services* - services designed to enable a handicapped person to secure and retain employment.

*Wage Loss Analysis* - a procedure which addresses the amount of wages lost to a worker as a result of an injury.

*Work Tolerance* - ability to sustain a work effort for a prolonged period of time, ability to maintain a steady flow of production at an acceptable pace and acceptable level of quality, ability to handle a certain amount of pressure.

*Work Samples* - a well defined work activity involving tasks, materials, and tools which are identical or similar to those in an actual job or cluster of jobs.  It is used to assess an individual's vocational aptitude, worker characteristics, and vocational interest.

*Worker Trait* - the requirements made of the worker in terms of aptitudes, general educational development, vocational preparation, physical demands, and personal traits.

*Resources: Vocational Evaluation and Work Adjustment Standards With Interpretive Guidelines and VEWAA Glossary, Copyright, 1977. All rights reserved by the Vocational Evaluation and Work Adjustment Association.*

Appendix D

## VOCATIONAL AND REHABILITATION ASSESSMENT MODEL (VRAM)©



## PROFESSIONAL QUALIFICATIONS OF EDMOND A. PROVDER

16850 Collins Ave #112344, Sunny Isles Beach, FL 33160
1659 W State Hwy 46, STE 115 #420, New Braunfels, TX 78132 - (800) 292-1919 - www.oasinc.org

### EDUCATION

| | |
|---|---|
| 1971 | B.S. Rehabilitation Counseling, Pennsylvania State University |
| 1973 | M.Ed. Rehabilitation Counseling, Pennsylvania State University |
| 1977-1987 | Rehabilitation Counseling Doctoral Candidate, 42 credits, N.Y.U. |
| 2003 | University of Florida/Intelicus Life Care Planning Program for Catastrophic Case Management, 128-post graduate hours |

### PROFESSIONAL EXPERIENCE

**Vocational Expert/Life Care Planner**            *August 1981 to Present*
**Occupational Assessment Services**

Evaluate the vocational potential and employability of able-bodied and disabled individuals through interviewing, reviewing records, and/or administration of vocational testing to provide a vocational appraisal as to the individual's ability to work in the competitive labor market. Develop and implement Life Care Plans for catastrophic individuals. Consult with industry and government agencies regarding Americans with Disabilities Act. Provide initial assessment, vocational evaluation, counseling, case management, and job-placement services to assist industrial-disabled and able-bodied clients return to gainful employment, given their residual functional capacity.

**Vocational Expert/Physician Life Care Planning**            *December 2011 to November 2016*

Evaluate the employability and earning capacity of disabled individuals through interviewing, reviewing records, and/or administration of vocational testing to provide a vocational appraisal as to the individual's ability to work in the competitive labor market.

**Director/Rehabilitation Counselor/Phoenix Rehabilitation Center**            *July 2007 to December 2010*

Develop Rehabilitation Center for poor, physically disabled children in the Vidigal Favela in Rio de Janeiro Brazil which involved community coordination, volunteer recruitment, fund raising, and government liaison.

**Vocational Consultant**            *June 1997 to September 2000*
**Social Security Administration**            *October 1977 to September 1985*

Provided impartial vocational testimony in Social Security Disability hearings as to claimants' ability to perform substantial gainful activity, given their residual functional capacity.

**Supervisor Vocational Facilities**            *December 1979 to December 1981*
**Mount Sinai Hospital**            *July 1974 to August 1978*

Supervised and administered the Sheltered Workshop and Vocational Evaluation Programs, which included the provision of supervision, counseling, work adjustment services, and job placement services to the physically disabled, mentally ill, visually impaired and industrially disabled.

**Vocational Consultant**            *February 1975 to December 1979*

Administered and developed vocational rehabilitation programs for South Beach Psychiatric Center, Staten Island Association for the Visually Handicapped and the Contemporary Guidance Service.

**Rehabilitation Counselor/Federation of the Handicapped**            *March 1973 to July 1974*

Provided individual and group counseling, vocational evaluation, work adjustment, and job placement services to severely physically disabled, visually impaired and developmentally disabled clients.

### PROFESSIONAL AFFILIATIONS

Certified Rehabilitation Counselor (#18792); Diplomate, American Board of Vocational Experts (#00448)
Certified Life Care Planner (#0501)
Professional Member of ABVE, IARPS, AREA, NAFE, RESNA
Commissioner of Life Care Planning

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MALVIA M. FRECKLETON          :
                                         :

   Plaintiff, Pro se          :    **Case No. 7:22-cv-1985**
                                         :    **Hon. Kenneth M. Karas  (KMK)**
                                         :
                                         :    **PLAINTIFF'S IN OPPOSITION**
   vs.                  :    **OF THE DECLARATION  OF SUSAN MOSCOU**
                                         :
                                         :
                                         :

MERCY COLLEGE, SUSAN MOSCOU    :
 and  MIRIAM FORD.              :
                    Defendants.    :
                                         :

----------------------------------------------------------------X


       Retaliatory acts are prohibited. Susan Moscou is prohibited from intimidating, threatening, coercing, or discriminating against Plaintiff Malvia M. Freckleton for the purpose of interfering with any right or privilege secured by ADA disability. These dates are acts of conspiracy between Susan Moscou, Mercy College, and The College of New Rochelle staff members Jennifer Garvey, Susan Wilson, Miriam Ford, Deborah Hunt, Kathleen Golisz, Samantha Rubeo, Jessica Teri, and more who have used the Plaintiff's name in Libel (public text messages) and slander (private text messages) which have harmed the Plaintiff's reputation. Your Honor, please look at these text messages sent to all the above name people about the Plaintiff:

      1.  August 9, 2019  Subject " Challenging Student Malvia M. Freckleton"
- Lawyers can subpoena docs with subject lines
- Please do not put Malvia Freckleton's name in any subject line going forward

- That holds true for any student where there may be issues
- Please pass the word
- Admission just told me the Plaintiff not leaving without the letter
- FYI if you are in she might be making her way down to the nursing department
- Malvia just came into the office she said she does not have access to her CNR email
- Plaintiff was Calm through it all but stated the letter did not say why Plaintiff was not accepted.
- Just keep everyone up to date
- August Letter sent to address Plaintiff Mercy Account
- PS- don't think this will end it with Malvia but hopefully for the time being.
- I do not have a PO for orientation.
- I agree but if the student thinks she can make us take her back, we will get our legal involved
- We need to place a registration hold on CWID: 20263639 (Malvia Freckleton)
- This student is dismissed and we want to make sure, the student (Malvia Freckleton) cannot register.
- Malvia Freckleton was brought over as a migration student
- I need help with getting a hold put on her account, so she does not try to register for classes in the future.
- Jenn is going to work on getting a hold put on Malvia's account
- Hopefully, Malvia Freckleton Banner SAAADMS record will change too
- As of now Malvia Freckleton is still listed as "Full Acceptance" in Banner which is confusing if she goes to others seeking information.

2. August 7, 2019 Subject " Unknown sender (347-622-6800)"
- Do you have her email address? Email: mf5895sn@cnr.edu (do it quickly because ends soon)
- Susan Moscou and Miriam Ford sent an email to a domain and knowingly that CNR does not exist " We are unable to readmit you to CNR teachout. These 2 individuals knew I would not get the email.

- She records conversations and we need to make sure we do not get sucked into her VOTEX.
- Let's say no to Malvia Freckleton (Plaintiff)
- They dismissed her and would not take her back.
- **Susan Wilson would definitely not want this student to return because she dealt with her and according to the student, she named Susan Wilson in her lawsuit.**

- I also think she will not do well at Mercy because of serious problems thus, we should not admit Plaintiff.
- This is a lose-lose situation for us.
- We are unable to admit you to Mercy College
    3. August 27, 2019 Subject "Importance High"
- Communication with the Nursing Program and PACT should cease.
- You may not interact with them on campus, Bronx, New Rochelle, Dobb's Ferry
- That you should not schedule an appointment


    4. March 8, 2022
- Would prefer not to meet with Malvia Freckleton
- Susie the student (Malvia Freckleton was on the email)
- Oh well!!!
    5. March 7, 2022 "WOW!!! We need to name her Malvia Freckleton for harassment.
    6. July 8, 2019 She Malvia Freckleton is not a part of CNR's teachout.
    7. August 27, 2019 For the future I can write her name down and know that is her Malvia Freckleton before answering.
- I will mention that Malvia Freckleton appeared on campus to meet with PACT and how should it be handled referring to legal or call security.
    8. May 31, 2018, Director Elizabeth Spadaccini wrote The Dean of SNHP has indicated due to academic dismissal an internal grievance appeal is not afforded to Malvia Freckleton student with a disability at this time

9. May 24, 2018, Dean Simons has been informed of the decision that your grade appeal be denied. Please refer to the grade appeal process for additional information should you wish to continue with the grievance process. Your Honor no one helped me.



# The College of New Rochelle

The Office for Resources, Equity, Accessibility and Learning ( REAL)

**REAL**Support@cnr.edu

## Disability Services in College: Guidelines and Policy

**Elizabeth Spadaccini, MS, LMSW**
**Director**

# Grievance Procedures

## Grievance Procedure

A professor is entitled to deny a particular accommodation if the accommodation:

- fundamentally alters a requirement of a course or program

- results in an undue financial or administrative hardship for the institution

- is not actually an accommodation, but rather a personal service

- documentation and evidence supporting the disability does not meet criteria of disability as any physical or mental impairment that substantially limits one or more major life activities

## Formal Complaint Procedures

The REAL Office is responsible for providing advice and assistance to individuals who believe they have been discriminated against on the basis of disability. An individual may choose to take action as follows:

1. Request an informal investigation and mediation process. This process may be used with or without the use of the complainants' name. If the complainant is not satisfied with the conclusions reached in the informal investigation and mediation process, a formal complaint may be filed at a later date.

2. Request a formal investigation and hearing process. This option may be used with the complainant's permission to use his/her name.

3. File a charge directly with the local, state or federal agency having jurisdiction. This option may be used separately or in conjunction with the informal or formal investigation process.



## Director's Message

Welcome to The College of New Rochelle. The College of New Rochelle Office for Resources, Equity, Accessibility & Learning (REAL) fosters a student-centered, inclusive educational environment based on the social justice mission of The College of New Rochelle. REAL is dedicated to guiding you to achieve a quality educational experience that leads to successful employment. In order to meet this goal, the REAL offices support accommodations to create equity in the learning environment. It is essential to remember that reasonable accommodations are student driven. Students must take the initiative to self identify as an individual with a disability, request accommodations, and utilize services at the level they feel they need. The REAL office is dedicated to providing the tools for each student to develop self-awareness and self-advocacy skills to improve the likelihood of academic success. Each student is provided with individualized attention to best explore the options to make the college environment an accessible and equitable one. Knowing your educational needs will make it easier to navigate the college setting. There is a procedure to register with the REAL office and this brochure will aid you with this process.

May you experience much success on your educational journey,

Elizabeth Spadaccini, MS, LMSW *Elizabeth Spadaccini*

Director, Office for Resources, Equity, Accessibility and Learning ( REAL)

# Disability Legislation

### What Is Section 504? IDEA Individuals with Disabilities  Education Act (1973)



**Section 504 of the Rehabilitation Act of 1973** is a civil rights law that prohibits discrimination on the basis of disability in programs and activities, public or private, that receive federal financial assistance. This law conforms to the definition of disability under the Americans with Disabilities Act Amendments Act (ADAAA). Section 504 does not provide funding for special education or related services, but it does permit the federal government to take funding away from programs that do not comply with the law.

**Section 504** stipulates that no otherwise qualified person due to disability may be denied the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance (29 U.S.C. § 794(a)). Note that this statute applies only to public and private "recipients" of federal aid.

# Disability Legislation

## What Is the Americans With Disabilities Act Amendments Act?



**The Americans with Disabilities Act Amendments Act (ADAAA)** is a civil rights law that was originally passed by Congress in 1990 (as the Americans with Disabilities Act-ADA) and protects individuals with disabilities from discrimination in the workplace, as well as school and other settings. The ADA was amended in 2008 and became effective January 1, 2009. The law does not provide funding for services or accommodations. The Americans with Disabilities Act (ADA) is a law written to protect persons with disabilities from discrimination. The prohibition against discrimination is very broad and encompasses all the programs, activities, and services that a college provides. The ADA defines disability as any physical or mental impairment that substantially limits one or more major life activities such a

| | | |
|---|---|---|
| caring for oneself; | performing manual tasks; | walking, |
| seeing; | hearing; | speaking; |
| breathing; | learning, | working. |

For more information about the ADA, refer to the web page "More Rights and Responsibilities of Students with Disabilities. "Deciding whether a student meets the definition of disability under the ADA is handled on a case-by-case basis using *Individual Accommodations Model.* Keep in mind that persons are not entitled to protection under the ADA simply because they have been diagnosed with a disability. The disability must substantially limit their ability to perform major life activities.



# COLLEGE SUCCESS SKILLS

## Maximize your success in college:

- Develop strategies, study skills, and a network of support!
- Attend class regularly.
- Arrive on time, pay attention, and participate in class discussions and activities.
- Talk to the instructor.
- Ask questions.
- Complete and check all work.
- Turn in neat and clear assignments.
- Monitor your progress.
- If you begin to fall behind, ask for help.
- Stay in contact with the office of disability support services.



Retrieved from http://www.washington.edu/doit/
Brochures/Academics/survival.html 7.31.12

# CONTENTS

Director's Message.................................................................................i

Office For Resources, Equity, Accessibility and Learning
Mission, Vision and Goals Statements ...............................................ii

Health Centers and Disability Support Services in College..............5

Services for Students With Disabilities FAQ's ...............................6

Disability Legislation..............................................................7-8
          I. What is Americans with Disabilities Act (ADA) ?
          II. Section 504 and Higher Education

Types of Disability...............................................................9-10
          Acquired Brain Impairment
          Attention Deficit Hyperactivity Disorder
          Blind/Visually Impaired
          Chronic Health Impairment
          Communication Impairment
          Deaf/Hearing Impaired
          Learning Disability
          Mobility Impaired
          Other Condition/Impairment
          Psychological Disability

What steps do I take if I have a disability?.......................................11

Guidelines for Disability Documentation...............................12-13-14

Registration Processes.........................................................15

Grievance Procedures..........................................................16

Disability Services Model in the College Setting................................17

What is an accommodation?.....................................................18

What is the difference between accommodation and remediation?.................19

Test Proctoring Guidelines.....................................................20

Note Taking Services..........................................................21

Important Information about Student's Right to Privacy and Confidentiality....22-23

Academic Resources/Learning Commons.........................................24

Rights and Responsibilities....................................................25

College Success Skills........................................................26

Resources....................................................................27

Disability Services Enrollment Checklist.........................................28



## Health Centers and Disability Support Services in College

There are many differences in the supports provided in elementary and secondary education then the supports and /or accommodations provided in college.  Once in college, reasonable accommodations are student driven. Knowing your needs will make it easier to ask for support. With respect to postsecondary education, a qualified student with a disability is one who is able to meet a program's admission, academic, and technical standards (i.e., all essential nonacademic admissions criteria) either with or without accommodation.

Once a student has sufficiently documented that he or she has a qualifying disability, a college is responsible for providing reasonable accommodations or modifications that do not result in unfair advantage, require significant alteration to the program or activity, result in the lowering of academic or technical standards, or cause the college to incur undue financial hardship.

## REFERENCES

*Stephen B. Thomas, Kent State University The Journal of Special Education, Vol.33/NO.4/2000, pp. 248-257<http://www.ldonline.org/article/6082*

# Services for Students with Disabilities : FAQ Sheet



**Disability Services Office**

*Frequently Asked Questions*

### *Is there a separate application to the college for students with disabilities?*

No. Students with disabilities should apply to the college as any student would. If a student would like to disclose a disability in the admission process, they may do so voluntarily. Once a student has been accepted and has decided to attend The College of New Rochelle, they should schedule an intake appointment with the Coordinator of Services for Students with Disabilities. All documentation of disability should be directed to the Coordinator of Services for Students with Disabilities, rather than Admissions.

### *Do I get the same supports in college that I got on my IEP or 504 Plan in High School?*

The IEP and 504 Plans created in K-12 expires once a student graduates from high school. The REAL Office Services will develop your list of accommodations taking into account your academic history, the documentation of disability you provide, as well as your history of supports. In many cases, services are similar to what was received in high school. Accommodations are individualized to the students specific areas of need utilizing a bio-psychosocial approach.

### *What if my impairment lasts less than six months?*

Your impairment will not meet the ADA or Section 504's definition of a "disability" if your impairment is expected to, or in fact does, affect you for six months or less.

### *How do I know if my impairment "substantially limits" a major life activity?*

An institution of higher learning, such as a college or university, determines whether or not an impairment "substantially limits" a major life activity on a case-by-case basis.

### *Can a parent request accommodations?*

No. All requests for accommodations must be made by the student. The WELCOME VISIT or first appointment is for the student and family members are welcome after appointment is completed.

### *Where can I get academic help?*

The College of New Rochelle has several options for academic support. Some of these include:

# Types of Disability

**Please read below a listing of disability categories to help you understand the many disabilities frequently disclosed in higher education and covered by the ADA**

- **Acquired Brain Impairment** – An acquired brain impairment caused by external or internal trauma, resulting in total or partial functional limitations that adversely affects or limits a student's educational performance by impairing cognition, information processing, reasoning, abstract thinking, judgment and/or problem solving; language and/or speech; memory and/or attention; sensory, perceptual and/or motor abilities; psychosocial behavior; or physical functions.

- **Attention Deficit Hyperactivity Disorder-** People with ADHD show a persistent pattern of inattention and/or hyperactivity-impulsivity that interferes with functioning or development. ADHD is categorized by DSM-V as a developmental disorder

- **Blind/Visually Impaired** – Including but not limited to Blindness - visual acuity of 20/200 or less in the better eye after correction, visual loss so severe that it no longer serves as a major channel for information processing, Partial sightedness – visual acuity of 20/70 or less in the better eye after correction, with vision which is still capable of serving as a major channel for information processing.

- **Chronic Health Impairment** – Includes a wide range of health and systemic disorders including but not limited to, diabetes, cancer, cardiac conditions, lupus, multiple Sclerosis sickle cell anemia, seizure disorders, intestinal disorders, renal disease, fibromyalgia, AIDS.

- **Communication Impairment -** A communication disorder is an impairment in the ability to receive, send, process, and comprehend concepts or verbal, nonverbal and graphic symbol systems.

- **Deaf/Hearing Impaired** – total deafness or a hearing loss so severe that a student is impaired in processing information through hearing, with or without amplification. Specific definitions can be found in Title 5, Section IIIA, Article 56034.

# Types of Disability ( continued)

- **Learning Disability** - *Specific learning disability* means a disorder in one or more of the basic psychological processes involved in understanding or in using language, spoken or written, that may manifest itself in an imperfect ability to listen, think, speak, read, write, spell, or to do mathematical calculations, including conditions such as perceptual disabilities, brain injury, minimal brain dysfunction, dyslexia, and developmental aphasia. **(ii) *Disorders not included.*** Specific learning disability does not include learning problems that are primarily the result of visual, hearing, or motor disabilities, of mental retardation, of emotional disturbance, or of environmental, cultural, or economic disadvantage.

- **Mobility Impaired** - Mobility problems can be associated with several different bodily systems: skeletal, musculature, neurological, or combinations of systems. Mobility impairments also include problems associated with motor control, such as hand dexterity and strength, spasticity of head and limbs, and loss of appendages.

- **Other Disability** – This category includes all other verifiable disabilities and health related limitations that adversely affect education performance but do not fall into any of the other disability categories. These conditions may be chronic or acute and may result in limited strength, vitality, or alertness.

- **Psychological Disability** – persistent psychological or psychiatric disorder, emotional or mental illness that adversely affects educational performance.

**Reference:** Education Code Sections 67310, 84850; Title 5, Sections 56000 et. seq.; Section 504 Rehabilitation Act of 1973;  Title 2, Americans with Disabilities Act Title III-4.2300