**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIA M. FRECKLETON

                Plaintiff,

-against-                         22 **CIVIL** 1985 (KMK)

## **JUDGMENT**

MARIA M. FRECKLETON, *et al.,*

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, Defendants' Motion is granted. Accordingly, the case is closed.

**Dated:** New York, New York

       March 28, 2025

                                                    **TAMMI M HELLWIG**
                                                    **Clerk of Court**

                **BY:**

                                              _____
                                                      **Deputy Clerk**