USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Apr 07, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Malvia M. Freckleton

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 1985 (KMK)

-against-

**NOTICE OF APPEAL**

Mercy College/ Mercy University NY, et al,
Susan Moscou, Miriam Ford
_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:   Malvia M. Freckleton

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☒ judgment   ☐ order   entered on:   March 27, 2025
(date that judgment or order was entered on docket)

that:  Defendants' Motion is granted

"Error reported on Judgement" Malvia Freckleton listed as ① Plaintiff ② Defendant on the Judgement
(If the appeal is from an order, provide a brief description above of the decision in the order.)

04/07/2025                          Mfreckleton
Dated                               Signature

Freckleton, Malvia M.
Name (Last, First, MI)

210 E. High Street    Apt 1st Floor    Philadelphia    PA, 19144
Address                City                  State         Zip Code

347-6226800                        Freckleton33@gmail.com
Telephone Number                   E-mail Address (if available)

_____

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Malvia  M. Freckleton

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Mercy College/ Mercy University
Susan Moscou, Miriam Ford
_____
(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 1985 (KMK( )
                    KMK

**MOTION FOR LEAVE TO
PROCEED IN FORMA
PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

04/07/2025
_____
Dated

M Freckleton
_____
Signature

Freckleton, Malvia  M.
_____
Name (Last, First, MI)

210   E. High St  Apt 1st Floor  Philadelphia, PA 19144
_____
Address          City          State          Zip Code

347-6226800
_____
Telephone Number

Freckleton33@gmail.com
_____
E-mail Address (if available)

Rev. 12/23/13

**Application to Appeal In Forma Pauperis**

Malysa Freckleton, Susan Moscou     Mercy College/ Mercy University
Miriam Ford

Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _M freckleton_____ | Date: _04/07/2025____ |

My issues on appeal are: (<u>required</u>):

1.     *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ 0 | $2400 | $ 0 |
| Self-employment | $ | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |

- 1 -

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 212 | $ 212 | $ 212 | $ 212 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Instacart | 50 Beale St. Suite 600 San Francisco CA 94105 | 03/13/25 | $2400 |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4.    *How much cash do you and your spouse have?* $ 92.50

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | Chec | | |
| | Checking | $ 92.50 | $ N/A |
| | Saving | $ 5 | $ N/A |
| | | $ | $ N/A |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $  0 | (Value) $  0 | (Value) $  0 |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $  0 | (Value) $  0 | (Value) $  0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ 0 | $ N/A |
| | $ 0 | $ N/A |
| | $ 0 | $ N/A |
| | $ 0 | $ N/A |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| G F | Daughter | 15 |
| | | |
| | | |

8.    *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | mF $1200.00 Monthly | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 118 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food            S temp | $ 500 | $ N/A |
| Clothing | $ 200 | $ N/A |
| Laundry and dry-cleaning | $ 100 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 200 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ N/A |
| Life: | $ 0 | $ N/A |
| Health: | $ 0 | $ N/A |
| Motor vehicle: | $ 1000 | $ N/A |
| Other: | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ N/A |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ N/A |
| Credit card (name): Capital One  2 cards | $ 250 | $ N/A |
| Department store (name): | $ | $ N/A |
| Other: American Express | $ 400 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 0 | $ 0 N/A |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes    ☒ No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending —any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ _____0_____

- 5 -

11.    *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I lost my Job recently and am getting Food stamps and I do Instacart to pay my son rent for us to stay there.

12.    *Identify the city and state of your legal residence.*

City Philadelphia          State PA

Your daytime phone number: 347 622 6800

Your age: 52     Your years of schooling: 2

Last four digits of your social-security number: 9158